| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Central District of California** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **FU BANG GROUP CORP, USA** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 3 6 8 1 0 0 2 | |
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 4261 Odyssey Dr Unit 117  Number    Street | Number    Street |
| | Corona, CA 92883  City          State  ZIP Code | City          State  ZIP Code |
| | | **Location of principal assets, if different from principal place of business** |
| | Riverside  County | Number    Street |
| | | City          State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **FU BANG GROUP CORP, USA**                                                              Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**5  3  1  3** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                                                MM / DD / YYYY<br>              District _____ When _____ Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Richard Don**                          Relationship **Affiliate**<br>           District **Central District of California**      When **4/15/2025**<br>                                                                    MM / DD / YYYY<br>           Case number, if known **2:25-bk-13063-NB** |

Debtor **FU BANG GROUP CORP, USA**     Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City     State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   **FU BANG GROUP CORP, USA**   Case number *(if known)* _____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 7, 2025**
            MM/ DD/ YYYY

X _/s/ signature_____   **Bo Don**
Signature of authorized representative of debtor     Printed name

Title     **CEO**

**18. Signature of attorney**

X _/s/ signature_____   Date **05/07/2025**
Signature of attorney for debtor          MM/ DD/ YYYY

**Derrick Talerico**
Printed name

**Weintraub, Zolkin Talerico & Selth LLP**
Firm name

**11766 Wilshire Blvd Suite 730**
Number    Street

**Los Angeles**   **CA**   **90025**
City              State   ZIP Code

**(424) 500-8552**   **dtalerico@wztslaw.com**
Contact phone       Email address

**223763**   **CA**
Bar number   State

ACTION BY UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS OF

FU BANG GROUP CORP, USA

AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, constituting the entire Board of Directors of FU BANG GROUP CORP, USA, a California corporation (the "Company"), organized under the laws of the State of California, hereby certifies and adopts the following resolution as the action of the Company.

RESOLVED, that the Board of Directors has determined, based upon prior events and advice of counsel, that it is in the best interests of the Company, its creditors, and other interested parties, that the Company file a petition under Chapter 11 of title 11 of the United States Code;

FURTHER RESOLVED, that Bo Don, the Company's Chief Executive Officer, Secretary and sole Director, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOVED, that Bo Don, the Company's Chief Executive Officer, Secretary and sole Director, is hereby authorized and directed on behalf of and in the name of the Company, to execute and to file and to cause counsel for the Company to prepare (with the assistance of the Company) as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Em Don, the Company's Chief Executive Officer, Secretary and sole Director, deems necessary and proper in connection with the Company's bankruptcy case without further approval of the Board of Directors;

FURTHER RESOLVED, that the Company is authorized to retain the law office of Weintraub Zolkin Talerico & Selth LLP as bankruptcy counsel for the Company, for the purpose of, among other things, representing the Company in its Chapter 11 bankruptcy case.

Dated: May 7, 2025

By: /s/ Bo Don
Name: Bo Don
Chief Executive Officer, Secretary and Director

Fill in this information to identify the case:

Debtor name: **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dos Lagos Center 4 LP<br>Attn Bo Don<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883 | ..... 827-8788 | Loan | | | | $12,038,111.00 |
| 2 | Dos Lagos Center 2 LP<br>Attn Bo Don<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883 | (510) 827-8788 | Loan | | | | $11,990,000.00 |
| 3 | Dos Lagos Center 3 LP<br>Attn Bo Don<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883 | (510) 827-8788 | Loan | | | | $5,541,416.00 |
| 4 | Dos Lagos Center 1 LP<br>Attn Bo Don<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883 | (510) 827-8788 | Loan | | | | $5,511,250.00 |
| 5 | Dos Lagos Center 5 LP<br>Attn Bo Don<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883 | (510) 827-8788 | Loan | | | | $2,142,500.00 |
| 6 | Micah Property LLC<br>Attn Lucy Seh<br>136 N Grand Ave Unit 235<br>West Covina, CA 91791 | (626) 484-1177 | Loan | | | | $2,000,000.00 |
| 7 | Sierra Home Material Trade Inc<br>Attn Anthony Zhang<br>125 Vineland Ave<br>La Puente, CA 91746 | (310) 245-9980 | Loan | | | | $1,140,570.50 |
| 8 | Hua YiXu / Ge Shixuan<br>4260 Odyssey Dr Unit 116<br>Corona, CA 92883 | Not available | Loan | | | | $520,093.96 |

Debtor **FU BANG GROUP CORP, USA**     Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Chen Yu<br>2786 Evan Ln Unit 101<br>Corona, CA 92883 | (626) 321-8092 | Loan | | | | $500,000.00 |
| 10 | First Federal Development & Co<br>Attn WeiCai Li<br>4280 Odyssey Dr Unit 103<br>Corona, CA 92883 | (626) 321-5503 | Consulting Services | | | | $411,132.06 |
| 11 | Zhang Lang<br>125 Vineland Ave<br>La Puente, CA 91746 | (310) 245-9980 | Loan | | | | $394,693.31 |
| 12 | RDD Freight International (LA) Inc<br>Attn Zhang Lang<br>125 Vineland AVe<br>La Puente, CA 91746 | (310) 245-9980 | Loan | | | | $363,184.68 |
| 13 | Central Trading<br>Attn Zhang Lang<br>125 Vineland Ave<br>La Puente, CA 91746 | (310) 245-9980 | Loan | | | | $215,000.00 |
| 14 | Dos Lagos Realty & Co (WFCMD)<br>Attn Yu Chen<br>2786 Evan Ln Unit 101<br>Corona, CA 92883 | (626) 321-8092 | Management Services | | | | $82,846.80 |
| 15 | Grand United Builder Inc<br>Attn Danny Liwu He CEO<br>132 E Las Tunas Dr<br>San Gabriel, CA 91776 | (213) 595-3333 | Loan | | | | $45,000.00 |
| 16 | Twen Ma Architects<br>17200 Red Hill Ave<br>Irvine, CA 92614 | (626) 203-8125 | Services | | | | $12,800.00 |
| 17 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267 | (866) 266-0212 | Credit Card | | | | $5,471.23 |
| 18 | Richard H Huang<br>102 Summitridge Dr<br>Diamond Bar, CA 91765 | (626) 641-6668 | Loan | | | | $5,000.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case:**

Debtor name: **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/07/2025**
MM/ DD/ YYYY

X _/s/ Bo Don_____
Signature of individual signing on behalf of debtor

**Bo Don**
Printed name

**CEO**
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Not applicable**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Not applicable**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Richard Don, owner of 20% or more of the Debtor's stock, filed a voluntary petition under Chapter 13 on April 15, 2025, bearing Case No. 2:25-bk-13063-NB, in the United States Bankruptcy Court, Central District of California, assigned to the Honorable Neil Bason. Judge Bason has or will shortly enter an OSC for Dismissal which Debtor Richard Don will not oppose.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Not applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Walnut, California

_____
Bo Don
CEO

Date: **05/07/2025**

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                Page 1                F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derrick Talerico**<br>**Bar Number: 223763**<br>**Weintraub, Zolkin Talerico & Selth LLP**<br>**11766 Wilshire Blvd Suite 730**<br>**Los Angeles, CA 90025**<br>**Phone: (424) 500-8552**<br>**Email: dtalerico@wztslaw.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**FU BANG GROUP CORP, USA**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___4___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    **05/07/2025**

_____
CEO

Date:    _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:    _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

**Bank of America**
PO Box 672050
Dallas, TX 75267

**California Dept of Tax & Fee Admin**
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

**California Receivership Group BC**
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405

**Central Trading**
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746

**Chen Yu**
2786 Evan Ln Unit 101
Corona, CA 92883

**Dos Lagos Center 1 LP**
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

**Dos Lagos Center 2 LP**
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

**Dos Lagos Center 3 LP**
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883

**Dos Lagos Center 4 LP**
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883

**Dos Lagos Center 5 LP**
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883

**Dos Lagos Realty & Co (WFCMD)**
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883

**Employment Development Dept**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

**First American Title Insurance Company**
9255 Town Center Dr Ste 200
San Diego, CA 92121

**First Credit Bank**
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069

**First Federal Development & Co**
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883

**Franchise Tax Board**
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

### Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776

### Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

### Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

### Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

### Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791

### Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2914

### Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 130
Irvine, CA 92612-1001

### RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746

**Richard H Huang**
102 Summitridge Dr
Diamond Bar, CA 91765

**Riverside County Sheriffs Office**
4095 Lemon St 4th FL
Riverside, CA 92501

**Riverside County Treasurer-Tax Collector**
PO Box 12005
Riverside, CA 92502-2205

**Shulman Bastian Friedman & Bui LLP**
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

**Sierra Home Material Trade Inc**
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746

**Sparknest LLC**
Attn Managing Member
8 The Green Ste A
Dover, DE 19901

**SZ Properties LLC**
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746

**Twen Ma Architects**
17200 Red Hill Ave
Irvine, CA 92614

**US Discount Center Corp**
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746

**Xiaoyan Tang**
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048

**Zhang Lang**
125 Vineland Ave
La Puente, CA 91746