Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.  6:25-bk-13004 |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **STATEMENT CONCERNING<br>ASSIGNMENT OF CASE** |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
STATEMENT CONCERNING CASE ASSIGNMENT

Fu Bang Group Corp, USA, debtor and debtor in possession herein (the "Debtor"), presents this statement concerning the circumstance of the filing of this case and assignment to the Riverside or Los Angeles Divisions.

As indicated in the petition, there is a pending related case in the Los Angeles Division – a chapter 13 case for Richard Don, Case No. 2:25-bk-13063-NB. (the "Don Case"). The Don Case was filed *pro per* in an effort to forestall foreclosure on the real property owned by the Debtor (the "Property") under the mistaken belief that this was the appropriate means of restructuring the debts secured by the Property. Richard Don and his wife, Bo Don are the owners of the Debtor. At a hearing in the Don Case on May 6, 2025, the Don debtor agreed with the Court that the Don Case could be dismissed and the Court will issue an OSC for dismissal which the Don debtor will not oppose.

At the May 6, 2025, I appeared on behalf of this Debtor to inform the Court of the planned filing for Debtor and to discuss whether this Case should be transferred to Los Angeles or remain in Riverside. This Debtor has no agenda on forum but wanted to streamline the assignment process and inform the Court of the quirk of filing a related case in Riverside that might automatically transfer to Los Angeles for a property that is situated in Riverside and where the Los Angeles case will soon be dismissed. Judge Neil Bason believed this case should remain in Riverside, or if automatically transferred to Los Angeles, should be transferred back. Judge Bason suggested we file a proposed order to inform the Riverside Court of this circumstance, and upon that suggestion the Debtor files this statement to so inform the Court and all parties.

Dated:  May 8, 2025                 **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By  */s/ Derrick Talerico*
    Derrick Talerico
[Proposed] Counsel to Fu Bang Group Corp, USA,
Debtor and Debtor in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT CONCERNING ASSIGNMENT OF CASE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor Fu Bang Group Corp, USA:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- US Trustee's Office:  ustpregion16.la.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Cameron C Ridley**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; wcvbees@gmail.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.