| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico <br> WEINTRAUB ZOLKIN TALERICO & SELTH LLP <br> 11766 Wilshire Blvd., Suite 730 <br> Los Angeles, CA 90025 <br> Telephone:  424-500-8552 <br> Email:  dtalerico@wztslaw.com <br><br><br> ☐ *Debtor appearing without an attorney* <br> ☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: <br><br> FU BANG GROUP CORP, USA, <br><br><br><br><br><br> Debtor(s). | CASE NO.: 6:25-bk-13004-SY <br><br> CHAPTER: 11 <br><br> **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** <br> **(with supporting declaration)** <br> **[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1.  The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

☒ One or more schedules (A/B – J)        ☐ Chapter 13 Plan        ☒ Statement of Financial Affairs
☐ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
☐ Debtor's Certification of Employment Income
☒ Other (*specify*):
   Corporate Ownership Statement (F1007-4); List of Equity Security Holders; Summary of Assets and Liabilities for Non-Individuals; Disclosure of Compensation of Attorney for Debtor

***Note***:  Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1).  If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2.  Date bankruptcy case filed:  May 7, 2025

3.  Date of § 341(a) meeting of creditors:   Not set

4.  Debtor requests extension to and including (extension deadline) (*date*): May 28, 2025

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.   Declaration regarding the reason(s) for extension (*explain*):

On May 7, 2025, the Debtor filed its Chapter 11 case. The Debtor's case is a single-asset real estate case, as the Debtor is the owner of developed land with 93 unit multi-family live/work space located at 2798 Troy Court, Corona, Riverside County, CA 92883.

This case was filed as an "emergency" filing on the heels of a chapter 13 case by one of the Debtor's principals on a pro se basis to forestall with the intent to forestall a foreclosure sale and reorganize the asset. The chapter 13 is now in the process of being dismissed and the Debtor intends to reorganize through this chapter 11 case.

Within the next 48 hours, a related debtor case - Dos Lagos Center 2, LLC ("DLC2") - is anticipated to be filed and pursue a joint reorganization effort with the Debtor. DLC2 owns a vacant piece of property adjacent to the Debtor's property which was intended to comprise a unified development project.

Debtor's counsel has been working with the principals of the Debtor and DLC2 and translators (as needed) to prepare the required disclosures and filings. Debtor requests an extension to the filing of the schedules and other documents set forth above through May 28, 2025.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_05/19/2025_ _____
Date          Signature of Debtor

_____
Date          Signature of Joint Debtor, if applicable

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

[X]  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 19, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

[X]  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 19, 2025 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun        (via Messenger)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

In re FU BANG GROUP CORP, USA                              Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Fu Bang Group Corp, USA</u>:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Courtesy NEF/Interested Party</u>:  **Dennette A Mulvaney**:  dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>US Trustee's Office (RS)</u>:  ustpregion16.la.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Cameron C Ridley**:  abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; wcvbees@gmail.com

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Mon May 19 17:24:36 PDT 2025

Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
*Debtor*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819
*Court*

Bank of America
PO Box 672050
Dallas, TX 75267-2050
 20 Largest

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029
 *Priority Tax*

California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320
 *Special Notice*

Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*

Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605
 *20 Largest*

Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883
 *20 Largest*

Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883
*20 Largest*

Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605
 *20 Largest*

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001
 *Priority Tax*

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
 *Special Notice*

First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
 Secured Creditor

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
 *20 Largest*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
*Priority Tax*

Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402
 *20 Largest*

Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883
 *20 Largest*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Priority Tax*

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
 *Special Notice*

Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728
 *20 Largest*

Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201
 *Secured Creditor*

Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001
 *20 Largest*

RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
 *20 Largest*

Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765
*20 Largest*

Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688
 *Special Notice*

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205
 *Secured Creditor*

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*Special Notice*

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969
*Special Notice*

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618
*Secured Creditor*

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628
*20 Largest*

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*Secured Creditor*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255
*Servec via NEF system*

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126
*Secured Creditor*

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
*Filing Attorney*

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients     39
Bypassed recipients      1
Total                   40