Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Proposed General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
FU BANG GROUP CORP, USA

**FILED & ENTERED**

**MAY 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF AFFAIRS AND OTHER RELATED CASE OPENING DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |

The court having considered the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion") [Docket number 11] filed on May 19, 2025 under Fed. Rule of Bankr. Proc. 1007(c) and Local Bankruptcy Rule 1007-1(b), and with good cause shown,

///

///

ORDER EXTENDING TIME TO FILE SCHEDULES AND CASE OPENING DOCUMENTS

IT IS ORDERED that the Motion is granted and the deadline to file case opening documents is extended from May 21, 2025 to May 28, 2025.

###

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Date: May 21, 2025

Scott H. Yun
United States Bankruptcy Judge

-2-
ORDER EXTENDING TIME TO FILE SCHEDULES AND CASE OPENING DOCUMENTS