**Fill in this information to identify the case:**

Debtor name    **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known):    **6:25-bk-13004-SY**    Chapter    **11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................

   **$24,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................

   **$2,271,331.05**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................

   **$26,271,331.05**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$19,096,561.14**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   **+  $49,436,264.38**

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   **$68,532,825.52**

**Fill in this information to identify the case:**

Debtor Name **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the: **Central** District of **California**

(State)

Case number (If known): **6:25-bk-13004-SY**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **JPMorgan Chase Bank** | **Checking account** | **5  6  0  0** | **$1,096.07** |
| 3.2. **Bank of America** | **Checking account** | **4  4  5  5** | **$4,953.17** |
| 3.3. **GBC Int'l Bank** | **Checking account** | **9  8  0  9** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

4.1

4.2

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$6,049.24**

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor    **FU BANG GROUP CORP, USA**
_____
Name

Case number *(if known)* **6:25-bk-13004-SY**
_____

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =....➔    _____
     face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    **$300,000.00** - **unknown** =....➔    **unknown**
     face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | _____ | _____ |
| 14.2 | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

---

Debtor    **FU BANG GROUP CORP, USA**                    Case number *(if known)* __6:25-bk-13004-SY__
_____
Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [_____]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

Debtor    **FU BANG GROUP CORP, USA**
_____
Name                                                          Case number *(if known)*  **6:25-bk-13004-SY**

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                         _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **FU BANG GROUP CORP, USA**
_____
Name

Case number *(if known)* **6:25-bk-13004-SY**
_____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Furniture and Fixtures | $19,496.58 | | unknown |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and equipment | $13,362.37 | | unknown |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| _____ |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **FU BANG GROUP CORP, USA**
_____    Case number *(if known)* **6:25-bk-13004-SY**
Name

**48.** **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____    _____    _____

48.2 _____    _____    _____    _____

**49.** **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____    _____    _____

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    [_____]

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    **Real property**

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **51 Unit Multi-Family Live/Work Residential/Commercial Development / 2798 Troy Court Corona, CA 92883** | Fee Simple | unknown | Broker Value Opinion | $24,000,000.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    [$24,000,000.00]

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

Debtor    **FU BANG GROUP CORP, USA**
_____    Case number (*if known*) 6:25-bk-13004-SY
Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

Debtor    **FU BANG GROUP CORP, USA**
_____    Case number *(if known)* **6:25-bk-13004-SY**
        Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    **Dos Lagos Center 2 LLC** _____    **$2,171,964.81** – _____ **unknown** _____ = ➔    **$2,171,964.81**
    
    Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **IRS Net Operating Loss** _____    Tax year **2024** _____    **$93,317.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Nature of claim    _____

    Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    Nature of claim    _____

    Amount requested    _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    **$2,265,281.81**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | **FU BANG GROUP CORP, USA** | | | Case number *(if known)* | 6:25-bk-13004-SY |
|---|---|---|---|---|---|
| | Name | | | | |

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,049.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................ ➡ | | $24,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,265,281.81 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $2,271,331.05 | + 91b. $24,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $26,271,331.05 |

Fill in this information to identify the case:

Debtor name **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (if known): **6:25-bk-13004-SY**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name

**First Credit Bank**

Creditor's mailing address

**Attn Kam Ghassemieh**

**9255 Sunset Blvd**

**West Hollywood, CA 90069**

Creditor's email address, if known

_____

Date debt was incurred **4/7/2016**

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

    1) Riverside County Treasurer-Tax Collector; **2) First Credit Bank**; 3) Sparknest LLC; 4) Mingxia Lu et al

**Remarks:** In re First Credit Bank v. Fu Bang Group Corp, USA., et al.; Case No. CVRI2501055

**Describe debtor's property that is subject to a lien**

51 Unit Multi-Family Live/Work Residential/Commercial Development

**$10,709,142.52**    **$24,000,000.00**

**Describe the lien**

**Loan; Litigation**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$19,096,561.14**

Debtor    **FU BANG GROUP CORP, USA**
Name

Case number (if known) **6:25-bk-13004-SY**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**  **Creditor's name**

**Mingxia Lu et al**

**Creditor's mailing address**

**Attn Chris C Han**
**Han LLP**

**515 S Flower St 18th FL**

**Los Angeles, CA 90071-2914**

**Creditor's email address, if known**

Date debt was incurred    **03/29/2023**

Last 4 digits of account
number    __ __ __ __

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
this creditor, and its relative
priority.

   ☑ Yes. The relative priority of creditors
is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

51 Unit Multi-Family Live/Work Residential/Commercial
Development                                                    **$5,500,000.00**        **$24,000,000.00**

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Remarks:** In re Minxia Lu, et al. v. Dos Lagos Regional Center LLC; Case No. CVRI2104945

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page **2** of **6**

Debtor    **FU BANG GROUP CORP, USA**
_____
         Name

Case number (if known) **6:25-bk-13004-SY**
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**Riverside County Treasurer-Tax Collector**

Creditor's mailing address

**PO Box 12005**
_____

**Riverside, CA 92502-2205**
_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

51 Unit Multi-Family Live/Work Residential/Commercial Development

Describe the lien

**Real Property Taxes**
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**$887,418.62**    **$24,000,000.00**

Debtor    **FU BANG GROUP CORP, USA**

Name                                                    Case number (if known)  6:25-bk-13004-SY

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.4** Creditor's name

**Sparknest LLC**

Describe debtor's property that is subject to a lien

51 Unit Multi-Family Live/Work Residential/Commercial Development        **$2,000,000.00**        **$24,000,000.00**

**Creditor's mailing address**

**Attn Managing Member**

**8 The Green Ste A**

**Dover, DE 19901**

Creditor's email address, if known

_____

Date debt was incurred    **10/21/2021**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe the lien**

**Deed of Trust**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Leech Tishman Nelson Hardiman**<br>**Attn Ivan M Posey**<br>**1100 Glendon Ave Fl 14**<br>**Los Angeles, CA 90024-3518** | Line 2. __1__ | ___ ___ ___ ___ |
| **First American Title Insurance Company**<br>**9255 Town Center Dr Ste 200**<br>**San Diego, CA 92121** | Line 2. __1__ | ___ ___ ___ ___ |
| **California Receivership Group BC**<br>**Attn Mark S Adams**<br>**3435 Ocean Park Blvd Ste 107**<br>**Santa Monica, CA 90405** | Line 2. __1__ | ___ ___ ___ ___ |
| **Riverside County Sheriffs Office**<br>**4095 Lemon St 4th FL**<br>**Riverside, CA 92501** | Line 2. __2__ | ___ ___ ___ ___ |
| **Shulman Bastian Friedman & Bui LLP**<br>**Attn Rika M Kido**<br>**100 Spectrum Center Dr Ste 600**<br>**Irvine, CA 92618-4969** | Line 2. __4__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **FU BANG GROUP CORP, USA**

Name

Case number (if known) **6:25-bk-13004-SY**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): **6:25-bk-13004-SY**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

California Dept of Tax & Fee Admin

Account Information Grp MIC:29

PO Box 942879

Sacramento, CA 94279-0029

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

Employment Development Dept

Bankruptcy Group MIC 92E

PO Box 826880

Sacramento, CA 94280-0001

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="4" style="background:black;color:white"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

**Priority creditor's name and mailing address**

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.4**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 672050**

**Dallas, TX 75267**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,471.23**

---

**3.2** Nonpriority creditor's name and mailing address

**Central Trading**

**Attn Zhang Lang**

**125 Vineland Ave**

**La Puente, CA 91746**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$215,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Chen Yu**

**2786 Evan Ln Unit 101**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$500,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**City of Corona Dept of Water & Power**

**755 Public Safety Way**

**Corona, CA 92878**

Date or dates debt was incurred _____

Last 4 digits of account number  **4  4  5  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,403.28**

---

| Debtor | **FU BANG GROUP CORP, USA** | | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

**Cushman & Wakefield of Arizona Inc**

**Attn Medina Husic**

**PO Box 9296**

**New York, NY 10087-9296**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,900.00**

### 3.6

**Nonpriority creditor's name and mailing address**

**Dos Lagos Center 1 LP**

**Attn Bo Don**

**426 Odyssey Dr Unit 116**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,511,250.00**

### 3.7

**Nonpriority creditor's name and mailing address**

**Dos Lagos Center 2 LP**

**Attn Bo Don**

**4260 Odyssey Dr Unit 116**

**Rowland Heights, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,500,000.00**

### 3.8

**Nonpriority creditor's name and mailing address**

**Dos Lagos Center 3 LP**

**Attn Bo Don**

**4261 Odyssey Dr Unit 116**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000,000.00**

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

**Dos Lagos Center 4 LP**

**Attn Bo Don**

**4261 Odyssey Dr Unit 116**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$10,500,000.00

---

**3.10** | Nonpriority creditor's name and mailing address

**Dos Lagos Center 5 LP**

**Attn Bo Don**

**4261 Odyssey Dr Unit 116**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$2,142,500.00

---

**3.11** | Nonpriority creditor's name and mailing address

**Dos Lagos Realty & Co (WFCMD)**

**Attn Yu Chen**

**2786 Evan Ln Unit 101**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Management Services**

Is the claim subject to offset?
☑ No
☐ Yes

$82,846.80

---

**3.12** | Nonpriority creditor's name and mailing address

**First Federal Development & Co**

**Attn WeiCai Li**

**4280 Odyssey Dr Unit 103**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

$402,559.00

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**First Federal Development & Co**

**Attn WeiCai Li**

**4280 Odyssey Dr Unit 103**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$7,695.23

---

**3.14** Nonpriority creditor's name and mailing address

**Grand United Builder Inc**

**Attn Danny Liwu He CEO**

**132 E Las Tunas Dr**

**San Gabriel, CA 91776**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$45,000.00

---

**3.15** Nonpriority creditor's name and mailing address

**Hua YiXu / Ge Shixuan**

**4260 Odyssey Dr Unit 116**

**Corona, CA 92883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$519,093.96

---

**3.16** Nonpriority creditor's name and mailing address

**Law Office of John Hranek**

**Attn John Hranek**

**31165 Temecula Pkwy Ste 351**

**Temecula, CA 92592**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,301.95

---

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address

**Micah Property LLC**

**Attn Lucy Seh**

**136 N Grand Ave Unit 235**

**West Covina, CA 91791**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Na Jiang**

**Attn Robert Harlan**
**Harlan Legal PC**

**2102 Business Center Dr # 13 0PMB 130**

**Irvine, CA 92612-1001**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.19** | Nonpriority creditor's name and mailing address

**RDD Freight International (LA) Inc**

**Attn Zhang Lang**

**125 Vineland AVe**

**La Puente, CA 91746**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$363,184.68**

---

**3.20** | Nonpriority creditor's name and mailing address

**Richard H Huang**

**102 Summitridge Dr**

**Diamond Bar, CA 91765**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,000.00**

---

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.21

**Nonpriority creditor's name and mailing address**

Sierra Home Material Trade Inc

Attn Anthony Zhang

125 Vineland Ave

La Puente, CA 91746

Date or dates debt was incurred    10/28/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$1,140,570.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.22

**Nonpriority creditor's name and mailing address**

Sophie Roland International

4261 Odyssey Dr Ste 117

Corona, CA 92883

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$1,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.23

**Nonpriority creditor's name and mailing address**

SZ Properties LLC

Attn Anthony Zhang

125 Vineland Ave

La Puente, CA 91746

Date or dates debt was incurred    10/28/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$8,730,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.24

**Nonpriority creditor's name and mailing address**

Twen Ma Architects

17200 Red Hill Ave

Irvine, CA 92614

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$12,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **FU BANG GROUP CORP, USA** | | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.25

**Nonpriority creditor's name and mailing address**

**US Discount Center Corp**

**Attn Anthony Zhang**

**125 Vineland Ave**

**La Puente, CA 91746**

Date or dates debt was incurred    **5/1/2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$817,499.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.26

**Nonpriority creditor's name and mailing address**

**Walnut Tax & Accounting Services**

**18780 Ama Rd Ste 106**

**Walnut, CA 91789**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$3,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Accounting Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.27

**Nonpriority creditor's name and mailing address**

**Xiaoyan Tang**

**Attn Richard Song**

**6230 Wilshire Blvd No 157**

**Los Angeles, CA 90048**

Date or dates debt was incurred    **11/26/2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$530,205.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **Judgment**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks:
In re Xiaoyan Tang v. Chuan Dong, et al.; Case No. CVRI2105465

---

### 3.28

**Nonpriority creditor's name and mailing address**

**Zhang Lang**

**125 Vineland Ave**

**La Puente, CA 91746**

Date or dates debt was incurred    **10/28/2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$387,782.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 3:**  **List Others to Be Notified About Unsecured Claims**</td></tr>
</table>

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **City of Corona Utilities Dept** <br><br> **400 S Vicentia Ave** <br><br> **Corona, CA 92882** | Line **3.4** <br><br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2 **DT Law Corporation** <br><br> **Attn Daisy Yun Zhao** <br><br> **7700 Irvine Center Dr Ste 800** <br><br> **Irvine, CA 92618** | Line **3.18** <br><br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

| Debtor | **FU BANG GROUP CORP, USA** | Case number *(if known)* | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:**</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$49,436,264.38** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$49,436,264.38** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **FU BANG GROUP CORP, USA** |
| United States Bankruptcy Court for the: | **Central**  District of  **California** |
| | (State) |
| Case number (If known): | **6:25-bk-13004-SY**  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐    No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑    Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4280 Odyssey Dr, Unit 102, Corona, CA 92883** | **Brian H Kaneshiro** |
| | | | **Sandra Kwong Chee** |
| | State the term remaining | **34 months** | **4280 Odyssey Dr Unit 102** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 111, Corona, CA 92883** | **Chods Chirophactic Inc** |
| | | | **Attn Palwasha Ghods** |
| | State the term remaining | **21 months** | **4261 Odyssey Dr Unit 111** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 106, Corona, CA 92883** | **CRE8** |
| | | | **Attn Eleazar Graham / Jennifer Serrano** |
| | State the term remaining | **5 months** | **4261 Odyssey Dr Unit 106** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Mo-to-Mo Lease for 2789 Troy Court, Unit 101, Corona, CA 92883** | **CRE8 Design Plus** |
| | | | **Attn Eleazar Graham** |
| | | | **2789 Troy Ct Unit 101** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) **6:25-bk-13004-SY** |
|---|---|---|
| | Name | |

---

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2777 Evans Lane, Unit 103, Corona, CA 92883** | **Devin Lauren Rich** |
| | | | **2777 Evans Ln Unit 103** |
| | State the term remaining | 0 months | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 108, Corona, CA 92883** | **Dion Henderson** |
| | | | **Michelle D Jeter Felicia A Wells** |
| | State the term remaining | 5 months | **4261 Odyssey Dr Unit 108** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 101, Corona, CA 92883** | **Dwayne Pearson** |
| | | | **4261 Odyssey Dr Unit 101** |
| | State the term remaining | 0 months | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2786 Evans Lane, Unit 106, Corona, CA 92883** | **Electrical Service by Mr Kool Inc** |
| | | | **Attn Esmeralda Panduro / Everardo Panduro Jr** |
| | State the term remaining | 27 months | **2786 Evans Ln Unit 106** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4280 Odyssey Dr, Unit 101, Corona, CA 92883** | **Evelyn M Ivory** |
| | | | **Flores Del Lagos** |
| | State the term remaining | 1 month | **4280 Odyssey Dr Unit 101** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 115, Corona, CA 92883** | **Float State** |
| | | | **Attn James Justin Sirls** |
| | State the term remaining | 2 months | **4261 Odyssey Dr Unit 115** |
| | List the contract number of any government contract | | **Corona, CA 92883** |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page __2__ of __8__

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2777 Evans Lane, Unit 105, Corona, CA 92883** | **Flos Desserts** |
| | | | **Attn Forrest Lawrence / Miashia Alana** |
| | State the term remaining | **0 months** | **2777 Evans Ln Unit 105** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2786 Evans Lane, Unit 103, Corona, CA 92883** | **Glenda Mcphan** |
| | | | **2786 Evans Ln Unit 103** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2789 Troy Court, Unit 104, Corona, CA 92883** | **Haratyk Mobile Notary Service** |
| | | | **Attn Haratyk Darien** |
| | State the term remaining | **22 months** | **2789 Troy Ct Unit 104** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2777 Evans Lane, Unit 106, Corona, CA 92883** | **Harminder Pacsinah Anand** |
| | | | **2777 Evans Ln Unit 106** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2789 Troy Court, Unit 106, Corona, CA 92883** | **J Stills Incorporation** |
| | | | **Attn Keithen Stillwell / Letishia Stillwell** |
| | State the term remaining | **0 months** | **2789 Troy Ct Unit 106** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2777 Evans Lane, Unit 104, Corona, CA 92883** | **John Stacy Spann** |
| | | | **2777 Evans Ln Unit 104** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) **6:25-bk-13004-SY** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 2798 Troy Court, Unit 102, Corona, CA 92883** | **Joshua Huyett CPT** <br><br> **Attn Joshua Huyett** <br><br> **2798 Troy Ct Unit 102** <br><br> **Corona, CA 92883** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 2772 Apollo Way, Unit 105, Corona, CA 92883** | **Kristin Gentner** <br><br> **2772 Apollo Way Unit 105** <br><br> **Corona, CA 92883** |
| | State the term remaining: **24 months** | |
| | List the contract number of any government contract | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 2789 Troy Court, Unit 105, Corona, CA 92883** | **Living Better 101** <br><br> **Attn John Haratyk / Connie Larson** <br><br> **2789 Troy Ct Unit 105** <br><br> **Corona, CA 92883** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 4280 Odyssey Dr, Unit 107, Corona, CA 92883** | **Michael Anthony Ramirez** <br><br> **4280 Odyssey Dr Unit 107** <br><br> **Corona, CA 92883** |
| | State the term remaining: **11 months** | |
| | List the contract number of any government contract | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 2798 Troy Court, Unit 104, Corona, CA 92883** | **Michael Joseph Jahn** <br><br> **2798 Troy Ct Unit 104** <br><br> **Corona, CA 92883** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for 4261 Odyssey Dr, Unit 102, Corona, CA 92883** | **Nadeen Park** <br><br> **4261 Odyssey Dr Unit 102** <br><br> **Corona, CA 92883** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) **6:25-bk-13004-SY** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 109, Corona, CA 92883** | **New Movement Borber LLC** |
| | | | **Attn Russell Preciado Ocampo** |
| | State the term remaining | **18 months** | **4261 Odysse Dr Unit 109** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2777 Evans Lane, Unit 101, Corona, CA 92883** | **Parota Builders** |
| | | | **Attn Sandra Diaz** |
| | State the term remaining | **0 months** | **2777 Evans Ln Unit 101** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 104, Corona, CA 92883** | **Posh Studio** |
| | | | **Attn Brea Ervin** |
| | State the term remaining | **11 months** | **4261 Odyssey Dr Unit 104** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 107, Corona, CA 92883** | **Sarah Bier** |
| | | | **4261 Odyssey Dr Unit 107** |
| | State the term remaining | **25 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2798 Troy Court, Unit 105, Corona, CA 92883** | **Sebastians Tax Service Inc** |
| | | | **Attn Sebastian Alexander Herrera** |
| | State the term remaining | **22 months** | **2798 Troy Ct Unit 105** |
| | List the contract number of any government contract | | **Corona, CA 92883** |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 112, Corona, CA 92883** | **Sharon Vargas** |
| | | | **4261 Odyssey Dr Unit 112** |
| | State the term remaining | **23 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) **6:25-bk-13004-SY** |
|---|---|---|
| | Name | |

---

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2786 Evans Lane, Unit 105, Corona, CA 92883** | **Shayna Kohler** |
| | | | **2786 Evans Ln Unit 105** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2772 Apollo Way, Unit 102, Corona, CA 92883** | **Shelley Flowers** |
| | | | **2772 Apollo Way Unit 102** |
| | State the term remaining | **0 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2798 Troy Court, Unit 103, Corona, CA 92883** | **Skin by Elle** |
| | | | **Attn Danielle Ines Chavando** |
| | | | **2798 Troy Ct Unit 103** |
| | State the term remaining | **24 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4261 Odyssey Dr, Unit 103, Corona, CA 92883** | **Spartan Consulting Group LLC** |
| | | | **4261 Odyssey Dr Unit 103** |
| | | | **Corona, CA 92883** |
| | State the term remaining | **1 month** | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4280 Odyssey Dr, Unit 106, Corona, CA 92883** | **The Lab by Diamonds & Pearls** |
| | | | **Attn Diamond Arriana Gary** |
| | | | **4280 Odyssey Dr Unit 106** |
| | State the term remaining | **12 months** | **Corona, CA 92883** |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2772 Apollo Way, Unit 101, Corona, CA 92883** | **Tiffany Shanean Cottrell-Ramirez** |
| | | | **2772 Apollo Way Unit 101** |
| | | | **Corona, CA 92883** |
| | State the term remaining | **26 months** | |
| | List the contract number of any government contract | | |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) **6:25-bk-13004-SY** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2777 Evans Lane, Unit 102, Corona, CA 92883 | Tina Thayer |
| | | | 2777 Evans Ln Unit 102 |
| | State the term remaining | 0 months | Corona, CA 92883 |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2772 Apollo Way, Unit 103, Corona, CA 92883 | Trascender Tattoo Studio Inc |
| | | | Attn Samantha and Alesandro Velazquez |
| | State the term remaining | 10 months | 2772 Apollo Way Unit 103 |
| | | | Corona, CA 92883 |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **FU BANG GROUP CORP, USA**                                    Case number (if known) **6:25-bk-13004-SY**
         Name

███████   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | _____ | _____ |
| | | _____ | _____ |
| | **State the term remaining** | _____ | _____ |
| | **List the contract number of any government contract** | _____ | |

**Fill in this information to identify the case:**

Debtor name    **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    **6:25-bk-13004-SY**

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|----|---|

     ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
*Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   **Don, Bo** | **4261 Odyssey Dr Unit 116**<br>Street | **Na Jiang** | ☐ D<br>☑ E/F<br>☐ G |
| | **Corona, CA 92883**<br>City    State    ZIP Code | **Mingxia Lu et al** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2**   **Don, Richard** | **4261 Odyssey Dr Unit 117**<br>Street | **First Credit Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Corona, CA 92883**<br>City    State    ZIP Code | **Na Jiang** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Mingxia Lu et al** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3**   **Don, Richard** | **4261 Odyssey Dr Unit 116**<br>Street | **First Credit Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Corona, CA 92883**<br>City    State    ZIP Code | **Na Jiang** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Mingxia Lu et al** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **FU BANG GROUP CORP, USA** | Case number (if known) | **6:25-bk-13004-SY** |
|---|---|---|---|
| | Name | | |

### ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.4 | **Dos Lagos Center 4 LP** <br> **4261 Odyssey Dr Unit 106** <br> Street <br><br> **Corona, CA 92883** <br> City / State / ZIP Code | | **Xiaoyan Tang** <br><br><br> **Na Jiang** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G |
| 2.5 | **Dos Lagos Regional Center LLC** <br> **4261 Odyssey Dr Unit 116** <br> Street <br><br> **Corona, CA 92883** <br> City / State / ZIP Code | | **Xiaoyan Tang** <br><br><br> **Na Jiang** <br><br><br> **Mingxia Lu et al** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G |
| 2.6 | **Richard Don** <br> **4261 Odyssey Dr Unit 117** <br> Street <br><br> **Corona, CA 92883** <br> City / State / ZIP Code | | **First Credit Bank** <br><br><br> **Na Jiang** <br><br><br> **Mingxia Lu et al** | ☑ D ☐ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G |
| 2.7 | **Sophie Roland Dos Lagos Inc** <br> **4261 Odyssey Dr Unit 117** <br> Street <br> **Attn Bo Don** <br> **Corona, CA 92883** <br> City / State / ZIP Code | | **Na Jiang** | ☐ D ☑ E/F ☐ G |
| 2.8 | **Zhang Lang** <br> **125 Vineland Ave** <br> Street <br><br> **La Puente, CA 91746** <br> City / State / ZIP Code | | **First Credit Bank** | ☑ D ☐ E/F ☐ G |
| 2.9 | <br> Street <br><br><br> City / State / ZIP Code | | | ☐ D ☐ E/F ☐ G |

Debtor    **FU BANG GROUP CORP, USA**                    Case number (if known) **6:25-bk-13004-SY**

Name

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.10 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.11 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.12 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.13 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.14 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.15 _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name        **FU BANG GROUP CORP, USA**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known):        **6:25-bk-13004-SY**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/28/2025**
                MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Bo Don** _____
Printed name

**CEO** _____
Position or relationship to debtor