Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **NOTICE OF ERRATA RE: CHRISTOPHER MALING DECLARATION IN SUPPORT OF DEBTOR'S OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC [Dkt. 30]** |

Hearing:
Date:          June 12, 2025
Time:          1:30 p.m.
Crtrm:        302
                    3420 Twelfth Street
                    Riverside, CA 92501

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
NOTICE OF ERRATA

Fu Bang Group Corp, USA, debtor and debtor in possession herein (the "Debtor"), hereby files this *Notice of Errata* regarding the *Declaration of Christopher Maling in Support of Debtors Omnibus Opposition to (1) Motion For Relief From the Automatic Stay and For Relief From Turnover Filed By First Credit Bank, and (2) Motion For Relief From the Automatic Stay Filed By Sparknest, LLC* (the "Maling Declaration") filed on May 29, 2025 at Dkt. 30.

Upon review of the e-filed Maling Declaration, it has come to the Debtor's attention that the version filed with the Court was an earlier version of the Maling Declaration, which was inadvertently used when the document was prepared for filing. Attached hereto is the correct version of the Maling Declaration with exhibits.

Dated: May 30, 2025        **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By _/s/ Derrick Talerico_
       Derrick Talerico
[Proposed] Counsel to Fu Bang Group Corp, USA,
Debtor and Debtor in Possession

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

FU BANG GROUP CORP, USA,

                Debtor and
                Debtor in Possession.

Case No. 6:25-bk-13004-SY

Chapter 11

**DECLARATION OF CHRISTOPHER MALING IN SUPPORT OF DEBTOR'S OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC**

Hearing:
Date:        June 12, 2025
Time:       1:30 p.m.
Crtrm:     302
              3420 Twelfth Street
              Riverside, CA 92501

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
DECLARATION OF CHRISTOPHER MALING IN SUPPORT OF OMNI OPPOSITION

## DECLARATION OF CHRISTOPHER MALING

I, Christopher E. Maling, hereby declare as follows:

1.      I am a Principal in the Capital Markets Group at Avison Young, a position I have held for six years. Prior to Avison Young I was an Executive Vice President at Colliers International for eight years. Prior to that I held various positions at Marcus Millichap – including Senior Director of the National Retail Group – for twenty-one years. I specialize in and have years of experience in the commercial real estate market in the Southern California region especially in Riverside County. My full CV is attached as Exhibit 1. The conclusions of value set forth herein are my own.

2.      In preparing this declaration and the conclusions of value contained herein, I have visited the property at 2798 Troy Court, Corona, California (the "Property"). I surveyed the latest sale transactions and leasing statistics in the Covina/Riverside area, discussed the status of development with counsel to Fu Bang, and reviewed a recent rent roll and monthly expenses for the Property. After making my value conclusions, I subsequently reviewed four existing value opinions and valuations ("Value Opinions"). I did not alter my opinion of value after reviewing and considering the Value Opinions. My thoughts on the Value Opinions are set forth below. I make this declaration in consideration of my review and analysis of the circumstances of the Property, and my decades of experience with the Los Angeles area real estate market.

3.      In my observation, there is some deferred maintenance required to bring the Property to top operating and marketing condition. The exterior stucco on some structures needs to be power washed and some painting is required, but I did not observe any other deferred maintenance issues. The Property generally appears to be in fair condition. I did not observe any safety hazards, and the undeveloped parcel is appropriately secured.

4.      Based on the as-is condition of the Property, my opinion of the current value of the Property is $24,000,000. If it were to be listed for sale, this is the amount at which I would list the Property. Considering the potential to increase the net operating income due to unrented units and

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

units occupied but no currently paying rent, the development possibility of "Phase III" with an additional 43 units, the Property holds incredible upside for a savvy developer. If properly marketed, it would not be surprising to see the Property sell for significantly more than my current value estimate.

5. As to the other Value Opinions I reviewed, my thoughts are as follows:

a. Yin Yan Broker's Opinion of Value (at Dkt 17, p. 18-52). The conclusion of value is between $12 - $14 million. This value range is completely out of line with the other Value Opinions and my own opinion of value. I struggle to understand its conclusions.

b. CBRE Opinion of Value (at Dkt. 12·1, p. 92). The conclusion of value is between $21.5 and $23 million. I believe this value to be a little low. But the CBRE opinion is a three-sentence statement that acknowledges it was made based upon "general market assumptions and the lack of available property information." It does not appear a site visit occurred or that CBRE was privy to rent roll and expense data which I had the benefit of reviewing. For these reasons, although the CBRE conclusion is not far off from my own, I believe my conclusion to be more accurate and better supported.

c. Tina Fu Valuation (attached as Exhibit 2). The conclusion of value is $26 million as-is and $37 million repaired and restored for condominium sales. This is a thorough valuation and although I have not carefully examined the methodology employed, the as-is conclusion of value of $26 million is close to my own valuation and would certainly be justifiable. A valuation of $37 million after condominium conversion also appears justifiable, although I have not considered value myself other than the current as-is value.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this day 29th of May, 2025, at Los Angeles, California.

_____
CHRISTOPHER E. MALING

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# MALING DECL. - EXHIBIT 1

# CV

# Christopher E. Maling

PRINCIPAL



Chris.maling@avisonyoung.com

## EDUCATION AND QUALIFICATIONS

Bachelor of Science

Real Estate Finance & Marketing

University of Southern California

## AFFILIATIONS AND MEMBERSHIPS

International Council of Shopping Centers (ICSC)

---

## CONTACT DETAILS

DIR +1 213 618 3824

MOB +1 213 364 7222

Avison Young
601 S. Figueroa Street
Suite 4450
Los Angeles, CA 90017

**www.avisonyoung.com**

## AREA OF EXPERTISE

Christopher Maling recently joined Avison Young as a Principal based in the Downtown Los Angeles office.

Chris specializes in investment sales and has successfully listed and sold apartment buildings, retail shopping centers, office buildings and industrial office warehouse properties throughout Southern California, as well as nationally.

He has extensive experience with 1031 tax-deferred exchanges, receiverships, foreclosures and Chapter 7 and Chapter 11 bankruptcies.

## PROFESSIONAL ACCOMPLISHMENTS

Top 10 Avison Young Southern California 2020 and 2021

- Number 1 Colliers Retail Investment Specialists in 2012
- One of Top 10 Producers in Greater Los Angeles Region in 2012 - 2016
- Won Marcus & Millichap's sales recognition awards virtually every year since 1993
- Top 20 Producer nationally in multi & single tenant retail
- Awarded Marcus & Millichap's Top Closing Agent in 2010 with 65 transactions
- Closed more than $3 billion in sales during his commercial real estate career

## BUSINESS AND EDUCATIONAL BACKGROUND

Previously, Chris was Executive Vice President at Colliers International. Prior to Colliers he was with Marcus & Millichap's Los Angeles office where he started out as a broker's assistant in September 1987 and then became a commercial real estate investment broker in November 1989.

He earned his B.S. in real estate finance and marketing from the University of Southern California in 1988.

## COMMUNITY INVOLVEMENT

Chris has been active in local community organizations and supports charities that benefit under-privileged children throughout Los Angeles County. One in particular he supports is Wayfinder Family Services, where they help empower children, youth and adults to reach their greatest potential.

# Christopher Maling

PRINCIPAL

Chris.maling@avisonyoung.com

## REPRESENTATIVE CLIENTS AND PROJECTS

Regency Centers

Westwood Financial Corporation

JP Morgan Chase

Wells Fargo Servicing

Midland Loan Services

Barker Pacific Group

Angelo Gordon

Cathay Bank

Duckett - Wilson Development

Aurora Bank

Bayview Financial

Popular Community Bank

**MALING DECL. - EXHIBIT 1 - Page 7**

# MALING DECL. - EXHIBIT 2

# TINA FU VALUATION

# 53 Unite Multifamily Live/ Work Property
# BROKER PRICE OPINION

REO# CORONA 0001

ADDRESS:
2798 TROY COURT,CORONA, CA 92883

BORROWER'S NAME:
FU BANG GROUP CORP.
2798 TROY COURT,CORONA, CA 92883

PREPARED BY:

TINA. C. FU
BALSWICK REALITY LLC.



January 29,2025

Fa Bang Group,

RE:  53 Unite Multifamily Live/ Work Property
2798 Troy Court
Corona, CA 92883

Dear Fa Bang Group,

As per your request, we have completed the Broker Price Opinion (BPO) in accordance with the scope of work agreed upon with Fa Bang Group. The subject property is a 97,287 SF multifamily residential (live/work) property with 53 units, plus additional land for the potential development of two additional 48-unit buildings and a commercial hotel. The site totals 5.29 acres and is located in the Dos Lagos community of Corona, Riverside County, California.

Based on our understanding and the extraordinary assumptions provided below, it is noted that the subject property is currently 97% occupied by third-party tenants on a month-to-month and/ or short-term lease basis.

The purpose of this Broker Price Opinion is to provide an estimated Fair Market Value (Leased Fee), using the Sales Comparison (Market) Approach, assuming completion of repairs and condo conversion of the subject property as of January 29, 2025. A limited inspection of the exterior and interior was conducted on January 29, 2025.

After careful investigation and analysis of the available information, the opinion of the Fair Market Value for the property, based on the requested scenario and post-repair/condo conversion, is as follows:

| VALUE SCENARIO | MARKET VALUE | ADDITIONAL LAND VALUE | VALUE OPINION |
|---|---|---|---|
| AS IS | $26,000,000 | $6,000,000 | $32,000,000 |
| REPAIRED/ CONDO CONVERSION | $37,000,000 | $6,000,000 | $43,000,000 |

| General Market Conditions (lease) | |
|---|---|
| General market conditions | increasing |
| Employment conditions | Increasing |
| Market price of this type property ( rental) | Increasing |

**MALING DECL. - EXHIBIT 2 - Page 10**

| General Market Conditions ( Sale as condo) | |
|---|---|
| General market conditions | Stable/ improving |
| Employment conditions | increasing |
| Market price of this type property ( sale) | 4.7% increase VS 2023 |
| Approximate number of comparable unite for sale | 250 |
| Median Sold Price per unite | $752,528 |
| Average sale time | 43 days |
| Average sale per sqft | $380 |

Corona is experiencing growth both in the job market and the housing sector. The city's location within the Inland Empire, its proximity to larger cities, and its affordability compared to LA or Orange County make it an attractive choice for people seeking a balance of suburban living with access to bigger job markets.

The job market is being fueled by industries like logistics, healthcare, and tech, while the housing market continues to appreciate as demand rises for more affordable homes in the region.

**COMMENTS:**
1)The property is currently 97% leased to third-party tenants on a month-to-month or short-term lease basis. The most likely buyer would be a local or regional investor.

2)The property is zoned for both commercial and residential use. The ground floor can accommodate business operations, making it suitable for mixed-use purposes.

3) The condominium units come in six different models and sizes, offering a variety of options for potential buyers.

4) The property has strong market value and is primed for sale as individual condominium units following a condo conversion. It is in good condition, requiring no major repairs, and is ready for immediate sale or occupancy.

5)The site is located in Flood Zone X, which is considered a low-risk flood area.

6)Additionally, the property is within Seismic Zone 4, the highest seismic hazard zone in the U.S. However, it's worth noting that the entire county and much of the state are also in Zone 4. According to the California Geological Survey, the property is located within an Alquist-Priolo Earthquake Zone and a liquefaction zone. While no geotechnical study was provided, the soils appear to have sufficient bearing capacity for low-rise construction, based on the existing structures and surrounding development.

**MALING DECL. - EXHIBIT 2 - Page 11**

This valuation is also subject to the conditions outlined in the Assumptions and Limiting Conditions section of this report. Should you have any questions, please feel free to contact the undersigned.

Sincerely,

Tina. Fu
Real Estate Agent
BALSWICK REALITY LLC.
DRE#02100509
626 347 0776




Swimming Pool







Condo Building



Club House



Pool and SPA



Condo unit from door          1st floor office suite

 

dinning and living room

 

Kitchen

 

Bathroom 1

Bathroom 2

**MALING DECL. - EXHIBIT 2 - Page 15**



Room #1

Room #2



Room #3





2ND FLOOR                                    1ST FLOOR

Floor plan #A

**Aerial View**





MALING DECL. - EXHIBIT 2 - Page 19



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE DECLARATION OF CHRISTOPHER MALING IN SUPPORT OF DEBTORS OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC [DKT. 30],** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF service list

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _May 30, 2025_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                    (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company: **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS): ustpregion16.la.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin, Cameron C Ridley**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; wcvbees@gmail.com; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.