Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and Debtor in Possession. | **BO DON DECLARATIONS IN SUPPORT OF DEBTOR'S OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC** |
| | Hearing: |
| | Date:       June 12, 2025 |
| | Time:       1:30 p.m. |
| | Crtrm:      302 |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |

*Margin firm name:* WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
BO DON DECLARATIONS REGARDING OPPOSITIONS

The Debtor's CEO and owner, Bo Don communicated certain background facts and other information to counsel to Fu Bang, which were presented in: (i) the Debtor's Omnibus Opposition to (1) Motion for Relief from the Automatic Stay and Relief from Turnover filed by First Credit Bank; and (2) Motion for Relief from the Automatic Stay filed by Sparknest, LLC [Dkt. 27]; and (ii) Debtor's Opposition to Motion to Dismiss filed by Sparknest, LLC [Dkt. 28] (together, the "**Oppositions**"). Ms. Don does not read or speak English. The information sourced from Ms. Don was communicated through associates of Fu Bang and Ms. Don who are bilingual in English and Mandarin to varying degrees.

In order to present her declaration to this Court, Fu Bang has acquired certified translations of her declaration. In the process of obtaining such certified translations, it was discovered that despite best efforts to translate that resulted in the narrative and facts presented in the Oppositions, the facts and circumstances presented in the Oppositions were not 100% accurate. Fu Bang believes the inaccuracies are minor in nature and do not materially change the overall narrative of the Debtor's history and bankruptcy nor impact the Oppositions or any anticipated reply.

Attached as **Exhibit 1** is a certified English translation of Bo Don's Chinese (Mandarin) declaration. Attached as **Exhibit 2** is Bo Don's Chinese (Mandarin) declaration, which includes the certification of the English translation. Both the English and Mandarin declarations are signed by Bo Don.

DATED:  June 5, 2025                    WEINTRAUB ZOLKIN TALERICO & SELTH LLP


By: */s/ Derrick Talerico*
       Derrick Talerico
       [Proposed] Attorneys for Fu Bang Group Corp, USA
       Debtor and Debtor in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-

# EXHIBIT 1

# Bo Don Declaration
# (English Translation)

EXHIBIT 1 - Page 3

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF BO DON IN SUPPORT OF DEBTOR'S OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC** |
| | Hearing:<br>Date: June 12, 2025<br>Time: 1:30 p.m.<br>Crtrm: 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
DECLARATION OF BO DON IN SUPPORT OF OMNI OPPOSITION

EXHIBIT 1 - Page 4

I, Bo Don, hereby declare as follows:

1.    I am the CEO and owner of Fu Bang Group Corp, USA, the debtor and debtor-in-possession. I am also known as and go by the name "Bo Chen." I have personal knowledge of the facts stated herein and knowledge based on the business records of the Debtor.

2.    I am one of two current board members of Fu Bang. On August 14, 2023, the Fu Bang board (then a four-member board) elected me as Secretary of Fu Bang. As of December 2024, I am also the CEO of Fu Bang, replacing Lang (Anthony) Zhang.

3.    Fu Bang acquired its Property (APN 279-460-064) in 2013 for $7.3 million. In 2016, Fu Bang closed on a loan with First Credit Bank for $12 million that consolidated earlier loans from First Credit Bank (a 2013 loan for $4,175,000) and one or more other lenders. First Credit Bank holds a first priority lien on the Fu Bang Property with a current balanced calculated by First Credit Bank to be $10,873,592.52. Fu Bang also financed construction and development through EB5 investment, taking in multiple tranches of loans through Dos Lagos Regional Center and associated limited partnerships ("EB5 Center").

4.    Construction of the first 51 units in phases 1 and 2 of development was completed in 2016 and Fu Bang began renting units to small business third parties for compliance with EB5 terms. The Fu Bang units were intended to be sold as condominiums and to that end, Fu Bang had obtained a condo map for individual unit sales. However, Fu Bang was not able to obtain releases from lien holders for individual condominium sales. In part, this was because 12 of the EB5 investors (the "Mingxhia Lu Plaintiffs") brought suit against Fu Bang and recorded a *lis pendens* on the Property. That lawsuit was dismissed but the *lis pendens* was not released. The Mingxhia Lu Plaintiffs brought suit again and obtained a judgment in 2024 that is currently a third priority lien against the Fu Bang Property (the "Mingxhia Lu Judgment Lien").

5.    Further complicating its business plan, the *lis pendens* frustrated Fu Bang's efforts to refinance the First Credit Bank construction loan. Unable to sell condo units, Fu Bang continued to rent units to third parties and provided long-term leases for nominal monthly payments to certain of the EB5 investors in exchange for satisfaction of debt and an intent to transfer ownership when it was able to sell condominiums. As of the bankruptcy filing, 36 units

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
DECLARATION OF BO DON IN SUPPORT OF OMNI OPPOSITION

EXHIBIT 1 - Page 5

are rented to third parties at various market rates, 8 units are rented to EB5 investors for nominal rates, and one unit is provided rent-free to a religious organization for use as a temple. Four units are vacant and available for rent. One unit is used by Fu Bang as an office and one unit is a community center. At this time, the condo map has expired and would need to be renewed in order for units to be sold individually.

6. The phase 3 development site on the Fu Bang property is intended for 43 additional condo units. Concrete slabs have been laid down for this development along with utilities stubbed to the site. The Fu Bang Property has recently been appraised at $24 million.

7. In addition to the First Credit Bank first lien, Mingzhe Li was granted a second priority lien on account of a $2 million loan. The Mingzhe Li interests were transferred to Sparknest, LLC. There are three recorded liens related to Lang Zhang – SZ Properties LLC and U.S. Discount Center Corp. Although Lang Zhang and/or his related companies did make loans to Fu Bang, Fu Bang did not grant Lang Zhang a security interest in the Property. As such, Fu Bang contests the recorded liens related to Lang Zhang and his companies and will bring a motion to avoid these liens. Fu Bang also acknowledges a third priority tax lien that may exceed $1 million.

8. Fu Bang has not made loan payments to First Credit Bank since January 2025. First Credit Bank brought suit on its loan and for a receiver. In April 2025, Mark Adams (the "Receiver") was appointed as receiver and took possession of the Fu Bang Property. The Receiver is now responsible for collecting rents and paying for the operating costs of the Fu Bang Property. First Credit Bank also recorded a Notice of Default on December 16, 2024 and a Notice of Sale on April 15, 2025 with an initial sale date of May 21, 2025. First Credit Bank also took action to recover against the Dos Lagos Center 2, LLC ("DLC2") property and recorded a Notice of Default on January 15, 2025 and a Notice of Sale on April 15, 2025 with an initial sale date of May 21, 2025. Sparknest recorded a Notice of Sale on March 11, 2025 with an initial sale date of April 15, 2025.

9. Without the guidance of bankruptcy counsel, a chapter 13 case was filed for Mr. Richard Don in a good faith – although misguided – effort to forestall the Fu Bang foreclosure

DECLARATION OF BO DON IN SUPPORT OF OMNI OPPOSITION    **EXHIBIT 1 - Page 6**

and to restructure the Fu Bang debt. That proceeding was filed on April 15, 2025 and was pending before Judge Neil Bason in the Los Angeles Division, Case No. 2:25-bk-13063-NB (the "Don Bankruptcy"). Sparknest sought relief from the automatic stay in the Don Bankruptcy, which was granted at a hearing where counsel to Fu Bang (recently engaged) appeared to explain to the Court that a chapter 11 would be imminently filed for Fu Bang to appropriately engage in a restructuring.

10.    My native language is Chinese (Mandarin). I do not read or speak English. This declaration was prepared in the first instance by Fu Bang's counsel through documents reviewed by counsel and information gathered by counsel from myself and others with knowledge of Fu Bang's business with aid interpreters when needed. This declaration was then translated into Chinese (Mandarin), which I reviewed for accuracy and approved for presentation to this Court. I have signed both the English and Chinese (Mandarin) versions of this declaration attesting to the accuracy and truthfulness of its contents under penalty of perjury under the laws of the United States of America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of June, 2025, at Los Angeles, California.



Bo Don

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-4-
DECLARATION OF BO DON IN SUPPORT OF OMNI OPPOSITION

EXHIBIT 1 - Page 7

# EXHIBIT 2

# Bo Don Declaration
# (Chinese (Mandarin) with
# Certification)

EXHIBIT 2 - Page 8



**U.S. Language Services L.L.C.**
info@uslanguageservices.com | +1-240-673-2933
3 Bethesda Metro Center, Suite 700
Bethesda, Maryland, 20814 - USA



**American Translators Association**
**Corporate Member: 272027**

# Certification of Translation Accuracy

**Translation of a Declaration from English to Chinese**

**Furnished on June 5, 2025**

As an authorized representative of U.S. Language Services LLC, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by Mu Liu

(　　　　　　　　　) an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

Accordingly, as an authorized representative of U.S. Language Services LLC, I verify that I have proofread this document and I certify that the attached document is a faithful and authentic translation of its original. This is to certify the correctness of the translation only. We do not make any claims or guarantees about the authenticity or content of the original document. Furthermore, U.S. Language Services LLC assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

---------/---------------------------------------
Alyssa Morse-Salvati
U.S. Language Services LLC
Order Date: June 5, 2025

U.S. Language Services LLC verifies the credentials and/or competency of its translators and this certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). U.S. Language Services LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. By having accepted the terms and conditions set forth in order to contract U.S. Language Services LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against U.S. Language Services LLC. Consequently, U.S. Language Services LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of U.S. Language Services LLC's services.

EXHIBIT 2 - Page 9



**U.S. Language Services L.L.C.**
info@uslanguageservices.com | +1-240-673-2933
3 Bethesda Metro Center, Suite 700
Bethesda, Maryland, 20814 - USA



**American Translators Association**
**Corporate Member: 272027**

# Certification of Translation Accuracy

**Translation of a Declaration from Chinese to English**

**Furnished on June 5, 2025**

As an authorized representative of U.S. Language Services LLC, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by Mu Liu ( ) an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

Accordingly, as an authorized representative of U.S. Language Services LLC, I verify that I have proofread this document and I certify that the attached document is a faithful and authentic translation of its original. This is to certify the correctness of the translation only. We do not make any claims or guarantees about the authenticity or content of the original document. Furthermore, U.S. Language Services LLC assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

--------/-------------------------------------
Alyssa Morse-Salvati
U.S. Language Services LLC
Order Date: June 5, 2025

U.S. Language Services LLC verifies the credentials and/or competency of its translators and this certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). U.S. Language Services LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. By having accepted the terms and conditions set forth in order to contract U.S. Language Services LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against U.S. Language Services LLC. Consequently, U.S. Language Services LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of U.S. Language Services LLC's services.

**EXHIBIT 2 - Page 10**

Derrick Talerico（州律师编号：223763）
dtalerico@wztslaw.com
Paige T. Rolfe（州律师执照编号 331096）
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
威尔希尔大道 11766 号，730 室
洛杉矶，加州 90025
电话：(424) 500-8552

[拟议] Fu Bang 的律师
美国集团公司，债务人和自行管理的债务人

## 美国破产法院

## 加州中区 - 河滨分院

| | |
|---|---|
| 关于： | 案件编号 6:25-bk-13004-SY |
| 美国 Fu Bang 集团公司 | 第十一章 |
| 债务人兼<br>自行管理的债务人 | **陈波就债务人对以下事项的综合异议所作的声明 (1) 对第一信贷银行提出的自动中止令解除与财产返还动议，以及 (2) 对 SPARKNEST 有限责任公司提出的自动中止令解除动议** |

听证会：
日期： 2025 年 6 月 12 日
时间： 下午 1:30
中心： 302
第十二街 3420 号
加州河滨 92501

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

- 1 -
BO DON 声明支持 OMNI 反对派

EXHIBIT 2 - Page 11

本人，Bo Don (陈波)，特此声明如下：

1.　本人是美国 Fu Bang 集团的首席执行官兼所有者，也是债务人以及自行管理的债务人。本人亦以"陈波"之名为人所知或使用该姓名。我本人对本文所述事实知情，亦基于债务人商业记录获知相关认知。

2.　本人为 Fu Bang 现任两名董事之一。2023年8月14日，Fu Bang 董事会（当时为四人董事会）选举本人为 Fu Bang 秘书。自2024年12月起，本人接替Lang (Anthony)Zhang出任 Fu Bang 首席执行官。

3.　Fu Bang 于2013年以730万美元收购了其名下不动产（APN 279-460-064）。2016年，Fu Bang 与第一信贷银行达成1200万美元的贷款协议，以整合来自第一信贷银行（2013年贷款为4,175,000美元）的先前贷款以及其他一家或多家贷款机构的贷款。第一信贷银行对Fu Bang物业拥有第一优先留置权，目前第一信贷银行计算的剩余贷款为1087.3592.52美元。Fu Bang 还通过EB5投资计划筹措建设开发资金，分批次通过多斯拉各斯区域中心及其相关有限合伙企业（"EB5中心"）获得贷款。

4.　Fu Bang 于2016年完成一期和二期 51 套单元的开发建设，并开始将单元租赁给第三方小型企业以符合 EB5 计划的相关要求。上述单元计划作为公寓出售，Fu Bang 亦已取得可供分户销售的公寓地图。然而，由于无法获得留置权人的分户解押许可，公寓销售未能实施。部分原因是 12 名 EB5 投资者（"Mingxhia Lu 等原告"）对Fu Bang 提起诉讼，并在物业上登记了*未决诉讼通知*。尽管该诉讼被驳回，但*未决诉讼通知*并未解除。Mingxhia Lu 等原告再次提起诉讼，并于 2024 年获得判决，目前该判决构成Fu Bang 房产的第三优先留置权（"Mingxhia Lu 判决留置权"）。

5.　*未决诉讼通知*进一步妨碍了Fu Bnag对第一信贷银行建设贷款的再融资努力。由于无法出售公寓单元，Fu Bang 继续将单元租赁予第三方，并向部分EB5投资者以象征性租金提供长期租约以冲抵债务，并在未来具备出售条件时转移所有权。截至申请破产时，36个单元以市场价格租予第三方，8个单元以象征性价格出租予EB5投资者，另有一个单元免租提供给宗教组织作为寺庙使用。四个单元目前空置可供出租。其中一个单元被 Fu Bang 用作办公室使用，另一个单元用作社区中心。目前，公寓地图已失效，若要继续进行单元销售，需要重新申请。

6.　Fu Bang 物业的三期开发区域计划建设43套公寓单元。目前已完成基础混凝

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

土板铺设，并完成配套管线铺设。Fu Bang 物业近期经评估价值为2400万美元。

7. 除第一信用银行的第一留置权外，Mingzhe Li 因提供200万美元贷款获得了第二优先留置权。Mingzhe Li的权益已转让予Sparknest有限责任公司。此外，与Lang Zhang相关的三项留置权已登记——包括SZ Properties LLC和US Discount Center Corp。尽管Lang Zhang及其关联公司确实向Fu Bang 提供了贷款，但Fu Bang并未授予张朗对该房产的担保权益。因此，Fu Bang 对与Lang Zhang及其公司相关的记录留置权提出异议，并将提起动议以撤销留置权。Fu Bang 还承认其拥有第三优先税收留置权，该留置权金额可能超过100万美元。

8. Fu Bang自2025年1月起即未向第一信贷银行支付贷款款项。第一信贷银行就其贷款提起诉讼，并要求指定接管人。2025年4月，马克·亚当斯（Mark Adams，以下称"接管人"）被任命为接管人，接管了Fu Bang 物业。接管人目前负责收取租金并支付Fu Bang房产的运营成本。第一信贷银行还于 2024 年 12 月 16 日登记了违约通知，并于 2025 年 4 月 15 日登记了销售通知，初始销售日期为 2025 年 5 月 21 日。第一信贷银行针对 Dos Lagos Center 2, LLC（" DLC2 "）的不动产提起追索，并于 2025 年 1 月 15 日登记违约通知，于 2025 年 4 月 15 日登记了出售通知，初始销售日期为 2025 年 5 月 21 日。Sparknest 于 2025 年 3 月 11 日登记了出售通知，初始销售日期为 2025 年 4 月 15 日。

9. 在未获得破产律师指导的情况下， Richard Don 以善意，但存在误解的方式根据破产法第13章提起诉讼，旨在阻止 Fu Bang止赎并重组债务。该诉讼于2025年4月15日提交，目前正由洛杉矶分院的 Neil Bason法官审理，案件编号为2:25-bk-13063-NB（"Don 破产案"）。Sparknest寻求解除唐破产案的自动中止令，该请求在听证会上获得批准。Fu Bang 的律师（最近聘请）出庭向法院解释，Fu Bang 即将根据破产法第11章提起诉讼，以便公司能够妥善地进行重组。

10. 本人母语是中文（普通话），不具备英文阅读或口语能力。本声明初稿由Fu Bang 的律师根据其所阅的文件以及自本人和其他了解 Fu Bang 业务的人员收集的信息拟定，必要时辅以翻译协助。随后，本声明被翻译成中文（普通话），经本人审阅确认无误并提交法院。本人已签署本声明的英文和中文（普通话）版本，并在此依照美利坚合众国法律之规定，以作伪证罪为惩处前提，郑重声明上述内容真实、准确。

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

本人在此依照美利坚合众国法律之规定，在作伪证罪处罚下郑重声明：上述内容真实、准确、无误。

本声明于 2025 年 6 月 4 日签署于加利福尼亚州洛杉矶市。



陈波

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

- 4-
BO DON 声明支持 OMNI 反对派

EXHIBIT 2 - Page 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **BO DON DECLARATIONS IN SUPPORT OF DEBTORS OMNIBUS OPPOSITION TO (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM TURNOVER FILED BY FIRST CREDIT BANK, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SPARKNEST, LLC,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF service list

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _June 5, 2025_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                          (via Messenger)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company: **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS): ustpregion16.la.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin, Cameron C Ridley**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; wcvbees@gmail.com; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                             **F 9013-3.1.PROOF.SERVICE**