Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **PROOF OF SERVICE OF: ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE** |

Hearing:
Date:          July 10, 2025
Time:          1:30 p.m.
Crtrm:        302
                  3420 Twelfth Street
                  Riverside, CA 92501

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
PROOF OF SERVICE OF SCHEDULING ORDER

FILED & ENTERED

MAY 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

Fu Bang Group Corp, USA

Debtor(s).

Case No.: 6:25-bk-13004-SY

CHAPTER 11

**ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE**

Date:    July 10, 2025
Time:    1:30 p.m.
Courtroom:    302

In order to promote an expeditious and economical resolution of this chapter 11 bankruptcy case by, among other things, establishing realistic deadlines, managing litigation and facilitating settlement where appropriate, encouraging active participation by parties in interest, avoiding unnecessary administrative costs, and moving the case along through confirmation of a plan,

**IT IS HEREBY ORDERED** as follows:

**A.  CHAPTER 11 STATUS CONFERENCE**.

Pursuant to 11 U.S.C. § 105(d), a status conference in this case will be held on **July 10, 2025** at **1:30 p.m**.in Courtroom 302, United States Bankruptcy Court, 3420 Twelfth Street, Riverside,

-1-

California 92501. Counsel for the Debtor[1] is required to appear in person. Counsel for the United States Trustee should appear, as well as counsel for the official committee of unsecured creditors, if a committee has been appointed. Any other interested party may also appear. Based upon the record in this case and evidence presented at the status conference, the court may consider and take any of the following actions at the status conference (or any continued status conference or hearing) without further notice:

1. Dismiss the case or convert it to another chapter.

2. Order the appointment of a chapter 11 trustee.

3. Establish deadlines for the filing of claims, requests for payment of administrative expenses, or objections to claims.

4. Set deadlines for filing a disclosure statement and plan.

5. Establish the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement, voting on the plan, and hearing to confirm the plan.

6. Provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan.

7. Set deadlines for voting on the plan and confirmation of the plan.

8. Set deadlines for compliance with reporting and other chapter 11 debtor in possession requirements.

9. Set deadlines for the assumption, rejection, or assumption and assignment of executory contracts and unexpired leases.

10. Adopt procedures for managing adversary proceedings, contested matters and other matters as may promote the progress of the chapter 11 case, including referring matters to mediation.

///

///

---

[1] The term "Debtor," as used in this order, refers to the debtor-in-possession or debtors-in-possession in the above-captioned bankruptcy case.

**B.** **CHAPTER 11 STATUS REPORT**.

1. Service of this Order. The Debtor must serve a copy of this order on the following parties, so that the order is received not later than 21 days before the status conference, and file a proof of service with the court: (a) the United States Trustee; (b) the official committee of unsecured creditors and its counsel or, if no committee has been appointed, the holders of the 20 largest unsecured claims (excluding insiders) (c) all holders of secured claims; and (d) all parties that have requested special notice in this case.

2. Service of Chapter 11 Status Report. At least 14 days before the status conference, the Debtor must file and serve on the parties identified in the preceding paragraph a written status report, and file a proof of service with the court.

3. Contents of Chapter 11 Status Report. The status report must comply with the "Status Conference Procedures" for Judge Scott H. Yun posted on the court's website, http://www.cacb.uscourts.gov. The procedures may be found by selecting "Judges," and then Judge Yun's name under "Our Judges," and then "Instructions/Procedures." In addition, the status report must include the following information:

A. A brief description of the Debtor's business and operations, if any, and the principal assets and liabilities of the estate.

B. Brief answers to the following questions:

1. What precipitated the filing of this case?

2. What does the Debtor hope to accomplish in this case?

3. What are the principal business and financial problems facing the Debtor and how does the Debtor intend to address these problems?

4. What are the main legal disputes facing the Debtor and likely to be encountered during this case, and how does the Debtor recommend that these disputes be resolved?

5. What is the Debtor's estimate regarding timing for confirmation of a plan?

6. Is the Debtor a small business debtor as defined in 11 U.S.C. § 101(51D)?

7. Is this case a single asset real estate case as contemplated in 11 U.S.C. § 101(51B)?

8. Has the Debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106, & 1107, Fed. R. Bankr. P. 1007, and all applicable guidelines of the Office of the United States Trustee?

9. Do any parties claim an interest in cash collateral of the Debtor? Is the Debtor using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of the party?

C. The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any),  a general description of the services to be rendered by each professional, and an estimate of the expected amount of compensation for each professional.

D. In operating cases, evidence regarding projected income, expenses, and cash flow for the first six months of the case and a comparison to actual results for the 12 months preceding the filing of the case.

E. Proposed deadlines for the filing of claims and objections to claims.

F. A discussion of the unexpired leases and executory contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts.

///

///

///

-4-

G.  Whether the Debtor anticipates the sale of any estate assets by motion or in connection with a plan.

H.  A proposed deadline for the filing of a disclosure statement and plan.

4.  <u>Sanctions for Failure to Comply</u>. Failure to comply with this order may result in sanctions including monetary sanctions, dismissal, conversion, or the appointment of a trustee.

###

Date: May 13, 2025

Scott H. Yun
United States Bankruptcy Judge

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
       11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   June 10, 2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                                    (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Fu Bang Group Corp, USA</u>:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company</u>:  **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- <u>Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney</u>:  **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>US Trustee's Office (RS)</u>:  ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Mon May 19 17:24:36 PDT 2025

Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
*Debtor*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819
*Court*

Bank of America
PO Box 672050
Dallas, TX 75267-2050
 20 Largest

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029
 *Priority Tax*

California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320
 *Special Notice*

Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*

Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605
 *20 Largest*

Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883
 *20 Largest*

Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883
*20 Largest*

Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *20 Largest*

Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605
 *20 Largest*

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001
 *Priority Tax*

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
 *Special Notice*

First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
 Secured Creditor

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
 *20 Largest*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
*Priority Tax*

Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402
 *20 Largest*

Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883
 *20 Largest*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Priority Tax*

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
 *Special Notice*

Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728
 *20 Largest*

Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201
 *Secured Creditor*

Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001
 *20 Largest*

RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
 *20 Largest*

Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765
*20 Largest*

Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688
 *Special Notice*

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205
 *Secured Creditor*

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*Special Notice*

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618
*Secured Creditor*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
*Filing Attorney*

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969
*Special Notice*

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628
*20 Largest*

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126
*Secured Creditor*

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318
*Secured Creditor*

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318
*20 Largest*