| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>Paige T. Rolfe (State Bar No. 331096)<br>prolfe@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone:  (424) 500-8552 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Fu Bang Group Corp, USA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>FU BANG GROUP CORP, USA | CASE NO.:  6:25-13004-SY |
|---|---|
| | CHAPTER: 11 |
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
| Debtor(s). | |

1.  Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

     a.   Title of motion:  Motion Authorizing Debtor to Retain Force Ten Partners, LLC to Provide CRO

     b.   Date of filing of motion:  6/10/2025

2.  Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

     a.   Briefly specify the relief requested in the motion:
          Retention of Force 10 Partners to provide Nicholas Rubin as Chief Restructuring Officer and other Force 10 Partners restructuring advisory professionals to support Mr. Rubin and facilitate the Debtor's restructuring.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.  Identify the parties affected by the relief requested in the motion:

First Credit Bank is impacted by this Motion as the Receiver put in place by First Credit Bank would be turning over control of the Debtor's assets to Mr. Rubin as CRO.

c.  State the reasons necessitating a hearing on shortened time:

A hearing on motions for relief from stay by First Credit Bank and Sparknest; to keep the Receiver in place by First Credit Bank; and to dismiss the case by Sparknest, are scheduled to be heard on Thursday June 12 at 1:30pm. Having these motions and oppositions considered at the same time as the proposed retention of Force 10 and Mr. Rubin as CRO may materially impact the Court's rulings on these motions. The Debtor and Mr. Rubin have identified significant value that can be maintained and created for creditors but only if the Debtor can regain possession of its assets from the Receiver. Considering the concerns briefed by First Credit Bank on removing the Receiver, the Debtor's retention of Mr. Rubin as a CRO should serve to allay those concerns for the Court.

3.  Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.  Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: 6/10/2025

Weintraub Zolkin Talerico & Selth LLP
Printed name of law firm


/s/ Derrick Talerico
Signature of individual Movant or attorney for Movant

Derrick Talerico
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**<u>DECLARATION OF DERRICK TALERICO</u>**

I, Derrick Talerico, hereby declare as follows:

1.      I am an attorney duly admitted to practice law in the state of California and am admitted inter alia to the United States District Court for the Central District of California, and therefore to practice in the United States Bankruptcy Court for the Central District of California.  I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm Weintraub Zolkin Talerico & Selth LLP (the "Firm").

2.      I am the general bankruptcy counsel for Fu Bang Group Corp, USA ("Fu Bang" or the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case.

3.      I make this declaration in support of the *Application for Order Setting Hearing on Shortened Notice* (the "<u>Application</u>"), to which this declaration is attached.  All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Application or Motion.

4.      A hearing on motions for relief from stay by First Credit Bank and Sparknest; to keep the Receiver in place by First Credit Bank; and to dismiss the case by Sparknest, are scheduled to be heard on Thursday June 12 at 1:30 p.m. Having these motions and oppositions considered at the same time as the proposed retention of Force 10 and Mr. Rubin as CRO may materially impact the Court's rulings on these motions.

5.      The Debtor and Mr. Rubin have identified significant value that can be maintained and created for creditors but only if the Debtor can regain possession of its assets from the Receiver. Considering the concerns briefed by First Credit Bank on removing the Receiver, the Debtor's retention of Mr. Rubin as a CRO should serve to allay those concerns for the Court.

6.      The Debtor is a single asset real estate debtor and at this point has approximately two months to propose a plan before Section 362(d)(3) would allow for relief from stay, which would end this case. There is a short window for Mr. Rubin and Force 10 to secure restructuring options and maintain and create value for the estate and creditors. Waiting to do so on regular notice

TALERICO DECLARATION IN SUPPORT OF APPLICATION TO SHORTEN TIME

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

would squander significant and precious time. Furthermore, if Mr. Rubin can be approved as CRO on Thursday, the Court could enter orders for a smooth transition from the Receiver to the CRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of June, 2025, at Los Angeles, California.

*/s/ Derrick Talerico*
DERRICK TALERICO

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
TALERICO DECLARATION IN SUPPORT OF APPLICATION TO SHORTEN TIME

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025


A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 06/10/2025    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/10/2025    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
 The Honorable Scott Yun              (via Messenger)
 United States Bankruptcy Court
 3420 Twelfth St., Suite 345
 Riverside, CA 92501-3819

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/10/2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

In re Fu Bang Group Corp, USA                                               Case No. 6:25-bk-13004-SY

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company: **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS): ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                     **F 9013-3.1.PROOF.SERVICE**