# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Thursday, June 12, 2025**                                                        **Hearing Room     302**

---

<u>1:30 PM</u>
**6:25-13004    Fu Bang Group Corp, USA**                                           **Chapter 11**

#### #4.00    Creditor's Motion to Dismiss Debtor

Docket       18

**Matter Notes:**

GRANTED: _____        DENIED: _____

CONT'D. TO: ___*6-18-25@1:30pm*___

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

**WITHDRAWN:** _____

Order Lodged by: _____

**Tentative Ruling:**

CONTINUE to 6/18/25 @ 1:30 p.m.

NO APPEARANCES.

| Party Information |
|---|

**Debtor(s):**

Fu Bang Group Corp, USA                Represented By
                                       Derrick  Talerico

**Movant(s):**

Sparknest, LLC, a Delaware Limited     Represented By
                                       Rika  Kido

---