# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, June 12, 2025**                                    **Hearing Room    302**

1:30 PM
**6:25-13004    Fu Bang Group Corp, USA**                              **Chapter 11**

**#5.00**    Notice of motion and motion for relief from the automatic
stay with supporting declarations REAL PROPERTY
RE: 2798 Troy Court, Corona, CA 92883-5631

Docket    17

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: _6-18-25 @ 1:30pm_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

CONTINUE to 6/18/25 @ 1:30 p.m.

NO APPEARANCES.

| Party Information |
|---|

**Debtor(s):**

Fu Bang Group Corp, USA                    Represented By
                                           Derrick  Talerico

**Movant(s):**

Sparknest, LLC, a Delaware Limited         Represented By
                                           Rika  Kido