Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Fu Bang Group Corp, USA,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and Debtor in Possession. | **SUPPLEMENT TO APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF BO DON IN SUPPORT THEREOF** |
| | [No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

SUPPLEMENT TO DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

Fu Bang Group Corp, USA (the "Debtor" or "Fu Bang"), the above-captioned chapter 11 debtor and debtor in possession, filed an application (the "Application") for the entry of an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as its general bankruptcy counsel in the above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to Sections 327 and 1107 of Title 11 of the United States Code (beginning at 11 U.S.C. §§ 101, et seq., the "Bankruptcy Code"), with compensation to be paid to the Firm pursuant to Section 330 of the Bankruptcy Code on June 9, 2025 [Dkt. 37].

In response to inquiry from the United States Trustee as to further information regarding the retainer paid to the Firm and the role of Sachie Fritz, Practice Assistant, the Debtor submits this Supplement.

Following the takeover of Fu Bang's business by the state court appointed receiver, Fu Bang was left with insufficient funds to pay a retainer to bankruptcy counsel. Fu Bang secured a loan from Grand United Builder Inc. ("GUB") for $45,000 to Fu Bang (the "GUB Loan") for the purpose of funding a retainer to Weintraub Zolkin Talerico & Selth LLP ("WZTS"). Fu Bang directed GUB to wire the loan proceeds directly to WZTS. The principal of GUB is Danny Liwu He. Mr. He is a friend of Bo Don. Neither Mr. He nor GUB are an insider of the Debtor.

Sachie Fritz, in her role as Practice Assistant, primarily assists paralegal Martha Araki in completion of her work and assignments and on occasion assists the Firm's attorneys in their work. The Firm intends to submit for compensation only the time of Ms. Fritz that is deemed by the Firm to be professional services and not any time that is secretarial or overhead in nature.

Dated: June 16, 2025                **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
           Derrick Talerico
           Paige T. Rolfe
[Proposed] Counsel to Debtor Fu Bang Group Corp. USA

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

### **DECLARATION OF BO DON**

I, Bo Don, hereby declare as follows:

1.      I am the CEO and owner of Fu Bang Group Corp, USA, the debtor and debtor-in-possession. I am also known as and go by the name "Bo Chen." I have personal knowledge of the facts stated herein and knowledge based on the business records of the Debtor.

2.      I am one of two current board members of Fu Bang. On August 14, 2023, the Fu Bang board (then a four-member board) elected me as Secretary of Fu Bang. As of December 2024, I am also the CEO of Fu Bang, replacing Lang (Anthony) Zhang.

3.      Following the takeover of Fu Bang's business by the state court appointed receiver, Fu Bang was left with insufficient funds to pay a retainer to bankruptcy counsel. I secured a loan from Grand United Builder Inc. for $45,000 to Fu Bang (the "GUB Loan") for the purpose of funding a retainer to Weintraub Zolkin Talerico & Selth LLP ("WZTS"). I directed GUB to wire the loan proceeds directly to WZTS. I also provided a personal guaranty of the GUB Loan to GUB. Attached as **Exhibit 1** is the Promissory Note issued by Fu Bang to GUB related to the Loan.

4.      The principal of GUB is Danny Liwu He. Mr. He is a friend of mine. We are not related and he is not involved in Fu Bang.

5.      My native language is Chinese (Mandarin). I do not read or speak English. This declaration was prepared in the first instance by Fu Bang's counsel. This declaration has been translated into Chinese (Mandarin) for me and I understand its statements and contents and adopt them as my own.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of June, 2025, at __06/16/2025_____, California.



_____
Bo Don

SUPPLEMENT TO DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# EXHIBIT 1

EXHIBIT 1 - Page 4

## PROMISSORY NOTE

$45,000.00                                                                                    April 30, 2025
                                                                                               Corona, California

**FOR VALUE RECEIVED**, the undersigned, Fu Bang Group Corp, Inc. ("Borrower"), promises to pay to the order of Grand United Builder Inc. (hereinafter "Lender"), at San Gabriel, California (or at such other place as Lender may from time to time designate by written notice to Borrower), in lawful money of the United States, the principal sum of Forty Five Thousand ($45,000.00) (hereinafter "Principal"), together with interest thereon at the rate described below and on the following terms:

1.      Payment: The Principal and interest due pursuant to this Promissory Note (hereinafter "Note") shall be paid as follows:

(a)      Interest shall accrue on any outstanding balance of the Principal at an annual rate equal to seven percent (7.00%) and shall be paid annually on the anniversary of this Note.

(b)      The entire Principal balance, together with all then unpaid and accrued interest thereon, shall be due and payable on the date that is exactly one (1) year subsequent to the date of this Note.

2.      Guaranty:  The payments due under this Note are guaranteed by Bo Chen, pursuant to a separate Guaranty Agreement.

3.      Event of Default: Unless otherwise prohibited by law, upon the occurrence of any of the following events, Borrower shall be in default of this Note:

a.  Borrower fails to make a payment in full of all amounts outstanding, including principal and accrued interest, within a reasonable period after such amounts are due, as described in the preceding paragraph, unless Borrower has submitted a written request to extend the time for such payment to Lender, and Lender has approved such request in writing prior to such delay in payment.

5.      Attorneys' Fees:  In the event of Borrower's default hereunder, Borrower shall pay all costs of collection, including reasonable attorneys' fees incurred by Lender hereof on account of such collection, whether or not suit is filed hereon.

6.      Waiver:  The waiver by Lender of any breach of or default under any term, covenant or condition contained herein or in any of the agreement referred to above shall not be deemed to be a waiver of such term, covenant or condition or any subsequent breach of or default under the same or any other such term, covenant or condition.

7.      No Usury:  Anything in this Note to the contrary notwithstanding, it is expressly stipulated and agreed that the intent of Borrower and Lender is to comply at all times with all usury and other laws relating to this Note. If the laws of the State of California would now or hereafter render usurious, or are revised, repealed or judicially interpreted so as to

- 1 -

EXHIBIT 1 - Page 5

render usurious, any amount called for under this Note, or contracted for, charged or received with respect to the loan evidenced by this Note, or if any prepayment by Borrower results in Borrower having paid any interest in excess of that permitted by law, then it is Borrower's and Lender's express intent that all excess amounts theretofore collected by Lender be credited to the principal balance of this Note (or, if this Note has been paid in full, refunded to Borrower), and the provisions of this Note immediately be deemed reformed and the amounts therefor collectible hereunder reduced, without the necessity of execution of any new document, so as to comply with the then applicable law, but so as to permit the recovery of the fullest amount otherwise called for hereunder.

8.  Prepayment:  Borrower may prepay all or any portion of this Note at any time prior to the stated maturity date, with no penalty, and interest shall thereupon cease on the portion of the principal amount prepaid.

9.  Notices.  Any notice, demand or request to Lender or Borrower hereunder shall be deemed to have been duly given or made, and shall be deemed received if personally delivered, upon delivery, or if mailed, upon the first to occur of actual receipt or seventy-two (72) hours after deposit in the United States mail, first class, postage prepaid addressed to Lender or Borrower as the case may be, or the next business day if sent through a nationally recognized overnight courier service, at the addresses set forth below:

|  |  |
|---|---|
| To Lender: | To Borrower: |
| Grand United Builder Inc. | Fu Bang Group Corp |
| Attn: Danny Liwu He | Attn: Bo Don |
| 132 E Las Tunas Dr. | 4261 Odyssey Dr. |
| San Gabriel, CA 91776 | Corona, CA 92883 |

10.  General Provisions:  This Note shall be governed by and construed in accordance with the laws of the State of California. Borrower hereby waives presentment for payment, protest and demand, notice of protest, demand and dishonor and nonpayment of this Note. Borrower hereby waives the defense of the statute of limitations in any action on this Note to the extent permitted by law. Lender hereof may extend the time for payment or otherwise modify the terms of payment or any part of the whole of the debt evidenced by this Note, at the request of any person liable hereon, and such consent shall not alter nor diminish the liability of any person.

11.  Definitions.  The terms "Borrower" and "Lender" shall be construed to include their respective successors, subsequent holders of this Note, and assigns.

**BORROWER:**

Fu Bang Group Corp

Bo Don, Chief Executive Officer

- 2 -

**EXHIBIT 1 - Page 6**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF BO DON IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 17, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF service list

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  June 17, 2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                    (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                                    Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Fu Bang Group Corp, USA</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company</u>: **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- <u>Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney</u>: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>US Trustee's Office (RS)</u>: ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**