# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, June 18, 2025**                                          **Hearing Room    302**

---

<u>1:30 PM</u>
**6:25-13004    Fu Bang Group Corp, USA**                                          **Chapter 11**

#1.00    CONT'D Creditor's Motion to Dismiss Debtor                    *Rika Kido for movant*

**FR. 6/12/25**
                                                                       *Derrick Talerico for debtor*
                        Docket        18
                                                                       *Abram Feuerstein for OUST*
**Matter Notes:**
                                                                       *✓*
    GRANTED: _____        DENIED: _____        *Dennette Mulvaney for 1st credit Bank*

    CONT'D. TO:        _____

        Briefing filed:        _____

        Opposition filed:        _____

        Reply filed:        _____

    WITHDRAWN:        _____

        Order Lodged by: _*D. Talerico*_

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Fu Bang Group Corp, USA                    Represented By
                                           Derrick  Talerico

**Movant(s):**

Sparknest, LLC, a Delaware Limited          Represented By
                                           Rika  Kido

---