# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Wednesday, June 18, 2025**                                  **Hearing Room        302**

---

1:30 PM
6:25-13004    **Fu Bang Group Corp, USA**                                    **Chapter 11**

#2.00    CONT'D Notice of motion and motion for relief from the                *Rika Kido*
          automatic stay with supporting declarations REAL PROPERTY           *for movant*
          RE: 2798 Troy Court, Corona, CA 92883-5631                          *Derrick Talerico*
                                                                              *for debtor*
          **FR. 6/12/25**
                                                                              *Abram Feuerstein*
                                    Docket        17                          *for OUST*

**Matter Notes:**                                                            *Dennette Mulvaney*
                                                                              *for 1st credit*
        GRANTED: _____     DENIED: ✓ _____                       *Bank*

            APO:        _____

        CONT'D. TO:     _____

        WITHDRAWN:      _____

        ORDER LODGED BY: *D. Talerico*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

---

### Party Information

**Debtor(s):**

    Fu Bang Group Corp, USA              Represented By
                                         Derrick  Talerico

**Movant(s):**

    Sparknest, LLC, a Delaware Limited   Represented By
                                         Rika  Kido

---