# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, June 18, 2025**                                    **Hearing Room     302**

---

__1:30 PM__
6:25-13004    **Fu Bang Group Corp, USA**                                    **Chapter 11**

    **#3.00**    CONT'D Notice of motion and motion for relief from stay/relief     *Dennette Mulvaney*
from turnover with declarations REAL PROPERTY CUSTODIAN     *for movant*
RE: 2798 Troy Court, Corona, CA 92883-5631

    **FR. 6/12/25**     *Derrick Talerico for Debtor*

              Docket     14     *Abram Feuerstein for OUST*

**Matter Notes:**     *Rika Kido for Sparknest*
    **GRANTED:** ✓ *in part*  **DENIED:** _____

        **APO:** _____

    **CONT'D. TO:** _____

    **WITHDRAWN:** _____

    **ORDER LODGED BY:** *D. Mulvaney*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

---

### Party Information

__Debtor(s):__

    Fu Bang Group Corp, USA                    Represented By
                                       Derrick  Talerico

__Movant(s):__

    First Credit Bank                    Represented By
                                         Dennette A Mulvaney

---