| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Dennette A. Mulvaney (State Bar No. 133423)<br>**LEECH TISHMAN NELSON HARDIMAN, INC.**<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>Telephone: (424) 738-4400<br>Facsimile:  (424) 738-5080<br>E-mail: *dmulvaney@leechtishman.com*<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for* First Credit Bank | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>RIVERSIDE</u> DIVISION**

| In re:<br><br><br>FU BANG GROUP CORP, USA,<br><br><br><br><br>Debtor(s) | CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br><br>*Notice of Motion and Motion for (A) Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property), and (B) Relief From Turnover Under 11 U.S.C. § 543 by Prepetition Receiver or Other Custodian* |
|---|---|

PLEASE TAKE NOTE that the order titled **<u>ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>** was lodged on (*date*) **<u>June 26, 2025</u>** and is attached.  This order relates to the motion which is docket number <u>14.</u>

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4899-6308-0017, v. 1

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, June 26, 2025

CONFIRMATION :

Your Lodged Order Info:
( **11327311.docx** )
A new order has been added

- **Office**: Riverside
- **Case Title**: Fu Bang Group Corp, USA
- **Case Number**: 25-13004
- **Judge Initial**: SY
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 14
- **On Date**: 06/26/2025 @ 12:30 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Sandford L. Frey (State Bar No. 117058)
Dennette A. Mulvaney (State Bar No. 133423)
**LEECH TISHMAN NELSON HARDIMAN, INC.**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (424) 738-4400; Facsimile: (424) 738-5080
E-mail: *sfrey@leechtishman.com*
        *dmulvaney@leechtishman.com*

Attorneys for First Credit Bank

LEECH TISHMAN NELSON HARDIMAN, INC.
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.: 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Honorable Scott H. Yun |
| | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | DATE:   June 18, 2025 |
| | TIME:    1:30 p.m. |
| | CTRM:  302 |
| | United States Bankruptcy Court |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |

On June 18, 2025 at 1:30 p.m., the *Notice Of Motion And Motion for (A) Relief from the Automatic Stay Under 11 U.S.C. § 362* (Real Property), and (B) Relief From Turnover Under 11 U.S.C. § 543 by Prepetition Receiver or Other Custodian  [Docket No. 14] ("**Motion**") filed by Secured Creditor First Credit Bank ("**First Credit**"), came on for hearing before this Court, the Honorable Scott H. Yun, presiding. All appearances are as noted on the record.

This Court having considered the Motion, *Debtor's Omnibus Opposition to (1) Motion for Relief From the Automatic Stay and for Relief from Turnover Filed by First Credit Bank, and (2)*

1

*Motion for Relief From the Automatic Stay Filed by Sparknest, LLC* [Docket No. 27], *First Credit Bank's Reply to (1) Debtor's Omnibus Opposition to Motion for Relief From the Automatic Stay and for Relief From Turnover, and (2) Motion for Relief From the Automatic Stay Filed by Sparknest, LLC* [Docket No. 35] and the arguments raised by counsel at the hearing and finding good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is GRANTED to modify the automatic stay to allow the Receiver, Mark Adams of California Receivership Group, Inc. ("**Receiver**"), to file with the State Court in the action entitled, *First Credit Bank vs. Fu Bang Group Corp, USA, Lang Zhang and Richard Don*, Riverside County Superior Court Case No. CVRI2501055, a final report and account and request for order approving compensation and reimbursement of costs and expenses in accordance with non-bankruptcy law requirements; payment of any compensation and reimbursement of costs and expenses to the Receiver remains subject to approval by the Bankruptcy Court;

2.      The remainder of the Motion is DENIED, and the Receiver shall immediately turn over all property of Debtor, Fu Bang Group Corp, USA  ("**Debtor**") to the Debtor pursuant to 11 U.S.C. § 543.

###

LEECH TISHMAN NELSON HARDIMAN, INC.
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90024
(424) 738-4400

2

4932-2609-0311, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
200 South Los Robles Avenue, Suite 300, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Ali Matin**    ali.matin@usdoj.gov
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 26, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, onJune 26, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2025 | Lydia Moya | /s/ Lydia Moya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**
4899-6425-9921, v. 1