| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dennette A. Mulvaney (State Bar No. 133423)<br>**LEECH TISHMAN NELSON HARDIMAN, INC.**<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>Telephone: (424) 738-4400<br>Facsimile: (424) 738-5080<br>E-mail: *dmulvaney@leechtishman.com*<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for *First Credit Bank* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – <u>RIVERSIDE</u> DIVISION | |
|---|---|

| In re:<br><br><br>FU BANG GROUP CORP, USA,<br><br><br><br>Debtor(s) | CASE NO.: 6:25-bk-13004-SY<br>CHAPTER: 11<br>ADVERSARY NO.: |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br><br>*Notice of Motion and Motion for (A) Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property), and (B) Relief From Turnover Under 11 U.S.C. § 543 by Prepetition Receiver or Other Custodian* |

PLEASE TAKE NOTE that the order titled **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was lodged on (*date*) **June 26, 2025** and is attached.  This order relates to the motion which is docket number <u>14.</u>

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

4899-6308-0017, v. 1



**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, June 26, 2025

CONFIRMATION :

 Your Lodged Order Info:
( **11327353.doc** )
  A new order has been added

- **Office**:  Riverside
- **Case Title**:  Fu Bang Group Corp, USA
- **Case Number**:  25-13004
- **Judge Initial**:  SY
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  14
- **On Date**:  06/26/2025 @ 05:16 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sandford L. Frey (State Bar No. 117058)<br>Dennette A. Mulvaney (State Bar No. 133423)<br>LEECH TISHMAN NELSON HARDIMAN, INC.<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024<br>Telephone: (424) 738-4400; Facsimile: (424) 738-5080<br>E-mail: sfrey@leechtishman.com<br>      dmulvaney@leechtishman.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant First Credit Bank* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -<u>RIVERSIDE</u> DIVISION**

| | |
|---|---|
| In re:<br><br>    FU BANG GROUP CORP, USA,<br><br><br><br><br><br><br><br><br><br><br>                                  Debtor(s). | CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR**<br><br>**(1)  RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362, AND**<br><br>**(2)  RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543 BY PREPETITION RECEIVER OR OTHER CUSTODIAN**<br><br>DATE: June 18, 2025<br>TIME: 1:30 p.m.<br>COURTROOM: 302<br>PLACE: United States Bankruptcy Court<br>      3420 Twelfth Street<br>      Riverside, CA 92501 |

**Movant/Lender** (*name*): First Credit Bank

1.  The Motion was:        ☒ Opposed        ☐ Unopposed        ☐ Settled by stipulation

2.  The Motion affects the following real property (Property):

> *Street Address:*        *2798 Troy Court*
> *Unit Number:*
> *City, State, Zip Code:*        *Corona, CA 92883-5631*

Legal description or document recording number (*including county of recording*):
Lot 2 of Tract No. 33151, in the City of Corona, County of Riverside, State of California, as per map recorded in Book 422 Page(s) 52 through 56 inclusive of Maps, in the Office of the County Recorder of said County.

☐ See attached page.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                                **F 4001-1.RFS.CUST.ORDER**

4935-8938-6577, v. 1

3. The Motion is ~~granted~~ denied under:☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   without prejudice.

4. As to Movant, its successors, transferees and assigns (Movant), the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

**Relief from stay to foreclose:**

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with
      applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the
      estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not conduct a foreclosure sale before the following date: _____.

**Annulment, modification, and/or relief from stay regarding custodianship proceedings:**

7. ☐ **Turnover excused; stay annulled**:  Pursuant to 11 U.S.C. § 543(b)(1), the Movant and the Custodian (and their
      agents) are excused from the requirement for immediate turnover of the Property.  The stay is annulled to allow
      all issues regarding the custodianship to be determined by the Custodian's Appointing Court as if this bankruptcy
      case had not been commenced.

8. ☒ **Turnover required; stay modified to allow Appointing Court to complete custodianship proceedings:**
      Pursuant to 11 U.S.C. § 543 (b)(2), Movant and Custodian (and their agents) are required to turnover any
      property of the Debtor, held by the Custodian as of the commencement of the bankruptcy case, to the debtor in
      possession or to the appointed trustee immediately ~~within _____ days of the entry of this order~~.  The stay is
      modified to permit the following proceedings before the Appointing Court:

   a. The Custodian is excused from filing with the bankruptcy court an accounting and request for approval of
      compensation under 11 U.S.C. § § 543(b)(2) and (c)(2), and is authorized to file with the Appointing Court a
      final report and account and request for order approving compensation and reimbursement of costs and
      expenses in accordance with non-bankruptcy law.

   b. The Appointing Court may hear and determine all issues related to the appropriateness of the accounting and
      amounts of compensation requested, including any postpetition period prior to the entry of this order~~, and may
      authorize payment out of any funds in the possession of the Custodian that have not been required to be
      turned over to the Debtor or bankruptcy trustee~~.  Payment of any compensation and reimbursement of costs
      and expenses to the Receiver remains subject to approval by the Bankruptcy Court.

   c. The Appointing Court may proceed as allowed by non-bankruptcy law to terminate the custodianship and
      exonerate any bond or undertaking as may be appropriate.

   d. The Custodian is authorized to file an appropriate motion in the bankruptcy court pursuant to 11 U.S.C.
      § 543(c)(2) to seek an order from this court approving payment of compensation and reimbursement approved
      by the appointing court from funds that have been turned over to the Debtor or bankruptcy trustee.

9. ☐ **Turnover required; all further custodian proceedings to be before the Bankruptcy Court:** Pursuant to
      11 U.S.C. § 543(b)(2), Movant and Custodian (and their agents) are required to turnover any property of the
      Debtor, held by the Custodian as of the commencement of the bankruptcy case, to the debtor in possession or to
      the appointed trustee within _____ days of the entry of this order.  The Custodian is further ordered to file in the
      court and serve on Movant, the Debtor, and any trustee appointed in the bankruptcy case by
      (*specify date*): _____.

   a. An accounting of any property of the Debtor or proceeds thereof that has been received by the Custodian.
   b. A conformed copy of the appointing order.
   c. A motion for payment of compensation for services rendered and costs and expenses incurred by such
      Custodian.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 2                      **F 4001-1.RFS.CUST.ORDER**

4935-8938-6577, v. 1

10. ☐ **Adequate protection required:** The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

11. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

12. **Scope of relief:**  This court further orders as follows:

a. ☐ This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the Bankruptcy Code.

b. ☐ The 14-day stay provided by FRBP 4001(a)(3) is waived.

c. ☐ See attached continuation page for additional provisions.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                                    **F 4001-1.RFS.CUST.ORDER**

4935-8938-6577, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
200 South Los Robles Avenue, Suite 300, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Ali Matin**    ali.matin@usdoj.gov
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 26, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, onJune 26, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2025 | Lydia Moya | /s/ Lydia Moya |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4899-6425-9921, v. 1

**F 9013-3.1.PROOF.SERVICE**