| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone:  (424) 500-8552<br><br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Fu Bang Group Corp, USA | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>FU BANG GROUP CORP, USA,<br><br><br><br><br>                                      Debtor(s) | CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) FILED BY SPARKNEST, LLC |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY SPARKNEST, LLC

was lodged on (*date*) June 27, 2025 and is attached.  This order relates to the motion which is docket number  17 .

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>Paige T. Rolfe (State Bar No. 331096)<br>prolfe@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone:  (424) 500-8552<br><br>☒ *Attorney for Debtor*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>FU BANG GROUP CORP, USA | CASE NO.: 6:25-bk-13004-SY |
|---|---|
| | CHAPTER:_ 11 |
| | **ORDER DENYING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**UNDER 11 U.S.C. § 362** |
| | DATE:            June 18, 2025<br>TIME:            1:30 pm<br>COURTROOM:  302<br>PLACE:          3420 Twelfth Street<br>                        Riverside, CA 92501 |
| Debtor(s). | |
| **Movant:** SPARKNEST, LLC | |

1.  The Motion was:     ☒ Opposed     ☐ Unopposed     ☐ Not Prosecuted

2.  The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

    2798 Troy Court, Corona, CA 92883-5631;  APN: 279-460-064-6

    Lot 2 of Tract No. 33151, in the City of Corona, County of Riverside, State of California, as per map recorded in Book 422, Pages 52 through 56, inclusive, of Maps, in the Office of the County of Recorder of said County.

3.  The Motion is denied:     ☒ without prejudice     ☐ with prejudice     ☐ on the following grounds:

    a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.  ☐ Unexcused non-appearance by Movant

    c.  ☐ Lack of proper service

    d.  ☐ Lack of good cause shown for relief from stay

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                          Page 1                                          **F 4001-1.RFS.DENY.ORDER**

e.  ☐ No stay is in effect under:

(1) ☐ 11 U.S.C. § 362(c)(2)(A)

(2) ☐ 11 U.S.C. § 362(c)(2)(B)

(3) ☐ 11 U.S.C. § 362(c)(3)(A)

(4) ☐ 11 U.S.C. § 362(c)(4)(A)

f.  ☐ Other *(specify)*:

4.  ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                     Page 2                     **F 4001-1.RFS.DENY.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 27, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor Fu Bang Group Corp, USA:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company:  **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney:  **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS):  ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 27, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                 (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.