Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and Debtor in Possession. | **DEBTOR'S CHAPTER 11 STATUS REPORT** |
| | Hearing: |
| | Date:  July 10, 2025 |
| | Time:  1:30 p.m. |
| | Crtrm:  302 |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Fu Bang Group Corp, USA, debtor and debtor in possession herein ("Fu Bang" or the "Debtor"), hereby files its Chapter 11 Status Report.

**A. Brief Description of the Debtor's Business and Operations**

Fu Bang and Dos Lagos Center 2, LLC ("DLC2") own two contiguous parcels of real property in Corona, CA which comprise an intended "live work play" commercial and residential development known as "Dos Lagos." The Fu Bang property was planned for 94 units and a common area swimming pool. The DLC2 property would contain a hotel. Fu Bang and DLC2 share common but not identical ownership. At the time of the bankruptcy filing, 51 of the 94 units have been constructed ("Phase One") and are occupied by tenants, management, or available to rent. The "Phase Two" area intended for 43 additional units has utility infrastructure but is otherwise undeveloped. Fu Bang's current business and operations are managing the Phase One units.

**B. Responses to Scheduling Order Questions:**

**1. What Precipitated the Filing of the Case**

Fu Bang had not made loan payments to First Credit Bank, its senior secured lender, since January 2025. First Credit Bank brought suit on its loan and for a receiver. In April 2025, Mark Adams was appointed as receiver and took possession of the Fu Bang property. At the time of the bankruptcy filing, the Receiver was responsible for collecting rents and paying for the operating costs of the Fu Bang property. The Receiver turned over control of the Fu Bang property to Fu Bang during the week of June 23, 2025. First Credit Bank also recorded a Notice of Default on December 16, 2024 and a Notice of Sale on April 15, 2025 with an initial sale date of May 21, 2025. First Credit Bank also took action to recover against the DLC2 property and recorded a Notice of Default on January 16, 2025 and a Notice of Sale on April 17, 2025 with an initial sale date of May 21, 2025. Sparknest LLC, Debtor's second priority lienholder, recorded a Notice of Sale on March 11, 2025 with an initial sale date of April 15, 2025.

**2. What the Debtor Hopes to Accomplish in this Case**

The Debtor, in consultation with Nicholas Rubin (proposed CRO) and Force Ten Partners, believes value can be maximized with new investment for deferred maintenance, optimization of

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Phase 1 operations, and a sale of the Fu Bang property in two parts – to an apartment operator for Phase 1 and to a developer for Phase 2.

**3.    The Principal Business and Financial Problems Facing the Debtor and Intentions**

The Debtor needs new capital to attend to deferred maintenance. With appropriate investment, the lease rates can be increased and vacancy reduced. The Debtor will obtain DIP financing for these purposes and through professional management, optimize tenancy. Debtor is negotiating the use of cash collateral (rents) with First Credit Bank.

**4.    Main Legal Disputes Facing Debtor and Likely to be Encountered, Recommended Resolutions**

There is currently approximately $28 million of liens recorded against the Fu Bang property. Twelve EB5 investors (the "EB5 Plaintiffs") brought suit again and obtained a judgment in 2024 that is currently a third priority lien against the Fu Bang property (the ("EB5 Judgment Lien"). The EB5 Judgment Lien create disparate rights/outcomes among the Debtor's EB5 investors, which the Debtor believes establishes grounds for equitable subordination. As such, the Debtor intends to bring a motion to equitably subordinate the EB5 Judgment to create a class of similarly situated EB5 interest holders. There are three recorded junior liens related to Lang Zhang (former CEO of the Debtor) – SZ Properties LLC and U.S. Discount Center Corp (the "Junior Liens"). Although Lang Zhang and/or his related companies did make loans to Fu Bang, Fu Bang did not grant Lang Zhan a security interest in property that could be perfected by the Junior Liens. As such, the Debtor contests the Junior Liens and will bring a motion to avoid these liens. Through lien avoidance and equitable subordination, the allowed liens on the Fu Bang property are anticipated to total approximately $14 million, leaving significant equity for creditor recovery.

**5.    The Debtor's Estimate Regarding Timing for Plan Confirmation**

The Debtor intends to file a plan within the 90-day single asset real estate period (by August 7, 2025) as required by Section 362(d)(3) or bring a motion to extend that period for cause. Assuming a plan is filed in the first week of August, the Debtor anticipates plan confirmation in

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

October. Even with an extended period to file a plan, the Debtor anticipates plan confirmation before year end.

**6.      Is the Debtor a Small Business Debtor as Defined in 11 U.S.C. § 191(51D)?**

No.

**7.      Is This Case a Single Asset Real Estate Case as Defined in 11 U.S.C. § 191(51B)?**

Yes.

**8.      Has the Debtor Complied With All of Its Duties Under 11 U.S.C. §§ 521, 1106, & 1107, Fed. R. Bankr. P. 1007, and All Applicable Guidelines of the Office of the US Trustee?**

Yes.

**9.      Do Any Parties Claim an Interest in Cash Collateral of the Debtor?  Is the Debtor using Cash Collateral that Any Party Claims as its Cash Collateral, and if so, on What Date Did the Debtor Obtain an Order Authorizing the Use of Such Cash or the Consent of the Party?**

Rents are the cash collateral of First Credit Bank. Debtor has not used cash collateral to date, but is negotiating a cash collateral stipulation with First Credit Bank to allow for the use of rent proceeds pursuant to an operating budget.

**C.      The Identity of All Professionals Retained or to be Retained by the Estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any), a general description of the services to be rendered by each professional, and an estimate of the expected amount of compensation for each professional.**

WZTS's employment application was filed on June 9, 2025 [Dkt. 37]. A Supplement was filed on June 17, 2025 [Dkt. 50] to address issues informally raised by the United States Trustee. No opposition was timely filed. Force Ten Partners employment application was filed on June 10, 2025 [Dkt. 41] on a request for shortened notice, which was denied. Debtor will refile an application to employ Force Ten Partners prior to the status conference. Force Ten and Nicholas Rubin will provide CRO services and restructuring advice and execute on a plan for restructuring. A Property Manager employment application will be filed. The Property Manager will insure compliance with all applicable building, fire, and other codes, oversee deferred maintenance, and manage leasing.

**D.    Evidence regarding projected income, expenses, and cash flow for the first six months of the case and a comparison to actual results for the 12 months preceding the filing of the case**

The Debtor just regained control over the property and books and records the week of June 23. As such, the Debtor does not have projections and actuals for May and June at this time. The Debtor will supplement this filing as the CRO and Property Manager analyze historical operations and prepare projections.

**E.    Proposed deadlines for the filing of claims and objections to claims**

August 15, 2025

**F.    A discussion of the unexpired leases and executory contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts.**

The Debtor has tenants and/or leases on 45 of the 49 rentable units. The Debtor intends to assume leases paying fair rent and reject any leases that are not paying a fair rent. The CRO and Property Manager are beginning to analyze the leases.

**G.    Whether the Debtor anticipates the sale of any estate assets by motion or in connection with a Plan.**

The Debtor anticipates a sale of the property in connection with a plan.

**H.    Proposed deadline for the filing of a disclosure statement and plan.**

Within the SARE timeline or as extended by the Court.

**I.    Service of the Scheduling Order**

Pursuant to the *Proof of Service of:  Order Scheduling Chapter 11 Status Conference* filed on June 10, 2025 [Dkt. 40], the Debtor served the Scheduling Order upon the NEF service parties, and the parties listed on the Court's Label Matrix.

Dated:  June 29, 2025                      **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By _/s/ Derrick Talerico_____
       Derrick Talerico
       [Proposed] Counsel to Fu Bang Group Corp, USA,
       Debtor and Debtor in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  June 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  June 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                              (via Messenger)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company:  **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney:  **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS):  ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                               **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Fri Jun 30 09:57:20 PDT 2025

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

*Additional Notice Party (Receiver)*
California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320

*20 Largest*
Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

*20 Largest*
Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

*20 Largest*
First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604

*20 Largest*
Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

*20 Largest*
Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728

*20 Largest*
RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

*Debtor*
Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629

*20 Largest*
Bank of America
PO Box 672050
Dallas, TX 75267-2050

*20 Largest*
Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*
Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

*20 Largest*
Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

*Additional Notice Party*
First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Secured Creditor*
Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201

*20 Largest*
Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

*Special Notice*
Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

*20 Largest*
Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605

*20 Largest*
Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

*20 Largest*
Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605

*Secured Creditor*
First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392

*20 Largest*
Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402

*Special Notice*
Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

*Unsecured*
Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001

*Additional Notice Party*
Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

*Secured Creditor*

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

*20 Largest*

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*Secured Creditor*

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
 Filing Attorney

*Special Notice*

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

*20 Largest*

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

*20 Largest*

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126