<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

☒ *Attorney for Debtor*
☐ *Movant appearing without an attorney*

</td><td>

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

**CHANGES MADE BY COURT**

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:

FU BANG GROUP CORP, USA,




                                              Debtor(s). | CASE NO.:  6:25-bk-13004-SY

CHAPTER:  11

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

DATE:           June 18, 2025
TIME:            1:30 pm
COURTROOM:  302
PLACE:         3420 Twelfth Street
                     Riverside, CA 92501 |
|---|---|

**Movant:**  SPARKNEST, LLC

1.  The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Not Prosecuted

2.  The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

    2798 Troy Court, Corona, CA 92883-5631;  APN: 279-460-064-6

    Lot 2 of Tract No. 33151, in the City of Corona, County of Riverside, State of California, as per map recorded in Book 422, Pages 52 through 56, inclusive, of Maps, in the Office of the County of Recorder of said County.

3.  The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds:

    a.   ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.   ☐ Unexcused non-appearance by Movant

    c.   ☐ Lack of proper service

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

d. ☒ Lack of good cause shown for relief from stay

e. ☐ No stay is in effect under:

    (1) ☐ 11 U.S.C. § 362(c)(2)(A)

    (2) ☐ 11 U.S.C. § 362(c)(2)(B)

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: July 7, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.