Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

[Proposed] Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession



FILED & ENTERED

JUL 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

CHANGES MADE BY COURT

*(left margin, rotated)* WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE UNDER 11 U.S.C. § 1112(b)**<br><br><u>Hearing</u>:<br>Date:      June 18, 2025<br>Time:     1:30 p.m.<br>Crtrm:    302<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

On June 18, 2025 at 1:30 p.m. in Courtroom 302 of the above-captioned court the *Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion") [Docket no. 18] filed by Sparknest, LLC, a Delaware limited liability company, in the above-captioned case of Fu Bang Group Corp, USA, debtor and debtor-in-possession (the "Debtor"), came on for hearing. Appearances were as noted on the record.

The court, having reviewed and considered the Motion and papers filed in support thereof, the *Debtor's Opposition to Motion to Dismiss Filed by Sparknest, LLC* [Docket no. 28], the

arguments and representations of counsel set forth at the hearing, notice having been given, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is denied without prejudice for the reasons set forth on the record.

###

Date: July 7, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-