Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:        LShulman@shulmanbastian.com
              RKido@shulmanbastian.com

Former Attorneys for Sparknest, LLC, a
Delaware Limited Liability Company

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:25-bk-13004-SY |
| **FU BANG GROUP CORP, USA,** | Chapter 11 |
| Debtor. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| | [No Hearing Set] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, TO THE DEBTOR AND HIS COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** of the disassociation of Shulman Bastian Friedman Bui & O'Dea LLP ("Shulman Bastian") for secured creditor Sparknest, LLC, a Delaware Limited Liability Company ("Sparknest") in the above-referenced bankruptcy proceeding. Shulman Bastian respectfully requests the removal of Shulman Bastian and the names of attorneys Leonard M.

Shulman and Rika M. Kido from the list of attorneys associated with this case, including but not limited to proofs of service.

All further communications to Sparknest regarding this matter should be directed to:

David B. Golubchik, Esq.
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034

Respectfully submitted,

**SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP**

DATED: July 9, 2025                    By:    /s/ Rika M. Kido

Leonard M. Shulman
Rika M. Kido
Former Attorneys for Sparknest, LLC, a Delaware
Limited Liability Company

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **July 9, 2025** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Ali Matin**    ali.matin@usdoj.gov
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **July 9, 2025** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
U.S. Bankruptcy Court
Attn:  Honorable Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/9/2025 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**