| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico - Bar # 223763<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  424-500-8552<br>Email:  dtalerico@wztslaw.com | |
| ☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>FU BANG GROUP CORP, USA | CASE NO.: 6:25-bk-13004-SY |
|---|---|
| | CHAPTER: 11 |
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*):  06/09/2025   Movant(s) filed a motion or application (Motion) entitled:  Application of Chapter 11

    Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*):  06/09/2025   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than  28  days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: _07/13/2025_                          /s/ Derrick Talerico_____
                                            Signature


                                            _Derrick Talerico_____
                                            Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Fu Bang Group Corp, USA,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>       Debtor and Debtor in<br>       Possession. | Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>**APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Fu Bang Group Corp, USA (the "Debtor" or "Fu Bang"), the above-captioned chapter 11 debtor and debtor in possession, files this application (the "Application") for the entry of an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as its general bankruptcy counsel in the above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to Sections 327 and 1107 of Title 11 of the United States Code (beginning at 11 U.S.C. §§ 101, et seq., the "Bankruptcy Code"), with compensation to be paid to the Firm pursuant to Section 330 of the Bankruptcy Code.

**I.**

**INTRODUCTION**

**A.    The Bankruptcy Case Background**

On May 7, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

Pursuant to a pre-petition suit by secured creditor First Credit Bank ("FCB"), a receiver, Mark Adams (the "Receiver"), was appointed in April 2025 to collect rents and pay for the operating costs of the Fu Bang property. On May 21, 2025, FCB filed a motion which included a request for relief from turnover by the prepetition receiver pursuant to 11 U.S.C. § 543 (the "Turnover Motion") [Dkt. 14]. The Debtor opposed the Turnover Motion on May 29, 2025 [Dkt. 27]. Until the Court rules on the Turnover Motion, the Receiver remains in place.

Both FCB and another secured creditor, Sparknest, LLC ("Sparknest"), have filed motions for relief from the automatic stay (the "RFS Motions") regarding the real property located at 2798 Troy Court, Corona, CA 92883 (the "Property") [Dkt. 14 and Dkt. 17, respectively]. Additionally, Sparknest filed a motion to dismiss the Bankruptcy Case (the "Dismissal Motion") [Dkt. 18]. The Debtor has filed timely oppositions to each of the RFS Motions and the Turnover Motion [Dkt. 27] and to the Dismissal Motion [Dkt. 28]. Each of these motions is set for hearing on June 12, 2025.

**B.    The Debtor's Business**

The Debtor owns the Property, which was planned for 94 mixed-use housing units and a common area swimming pool. Dos Lagos Center 2, LLC ("DLC2"), an affiliated company with common but not identical ownership to Fu Bang, owns an adjacent undeveloped parcel of real

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

property on which a hotel was planned to be built, with the intention of creating a "live work play" commercial and residential development known as "Dos Lagos." DLC2 is a debtor and debtor-in-possession in Case 2:25-bk-13642-SY pending before this Court.

Fu Bang acquired the Property (APN 279-460-064) in 2013 for $7.3 million. In 2016, Fu Bang closed on a loan with FCB for $12 million that consolidated earlier loans from FCB (a 2013 loan for $4,175,000) and one or more other lenders. FCB holds a first priority lien on the Fu Bang Property with a current balanced calculated by FCB to be $10,873,592.52. Fu Bang also financed construction and development through EB5 investment, taking in multiple tranches of loans through Dos Lagos Regional Center and associated limited partnerships ("EB5 Center").

Construction of the first 51 units in phases 1 and 2 of development was completed in 2016 and Fu Bang began renting units to small business third parties for compliance with EB5 terms. The Fu Bang units were intended to be sold as condominiums and to that end, Fu Bang had obtained a condo map for individual unit sales. However, Fu Bang was not able to obtain releases from lien holders for individual condominium sales. In part, this was because 12 of the EB5 investors (the "Mingxhia Lu Plaintiffs") brought suit against Fu Bang and recorded a *lis pendens* on the Property. That lawsuit was dismissed but the *lis pendens* was not released. The Mingxhia Lu Plaintiffs brought suit again and obtained a judgment in 2024 that is currently a third priority lien against the Fu Bang Property (the "Mingxhia Lu Judgment Lien").

Further complicating its business plan, the *lis pendens* frustrated Fu Bang's efforts to refinance the FCB construction loan. Unable to sell condo units, Fu Bang continued to rent units to third parties and provided long-term leases for nominal monthly payments to certain of the EB5 investors in exchange for satisfaction of debt and an intent to transfer ownership when it was able to sell condominiums. As of the Petition Date, 36 units are rented to third parties at various market rates, 8 units are rented to EB5 investors for nominal rates, and one unit is provided rent-free to a religious organization for use as a temple. Four units are vacant and available for rent. One unit is used by Fu Bang as an office and one unit is a community center. At this time, the condo map has expired and would need to be renewed in order for units to be sold individually.

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

The phase 3 development site on the Property is intended for 43 additional condo units. Concrete slabs have been laid down for this development along with utilities stubbed to the site. The Property has recently been appraised at $24 million.

In addition to the FCB first lien, Mingzhe Li was granted a second priority lien on account of a $2 million loan. The Mingzhe Li interests were transferred to Sparknest. There are three recorded liens related to Lang Zhang – SZ Properties LLC and U.S. Discount Center Corp. Although Lang Zhang and/or his related companies did make loans to Fu Bang, Fu Bang did not grant Lang Zhang a security interest in the Property. As such, Fu Bang contests the recorded liens related to Lang Zhang and his companies and will bring a motion to avoid these liens. Fu Bang also acknowledges a third priority tax lien that may exceed $1 million.

Fu Bang has not made loan payments to FCB since January 2025. As set forth above, FCB brought suit on its loan and for a receiver. In April 2025, the Receiver was appointed and took possession of the Fu Bang Property. The Receiver is now responsible for collecting rents and paying for the operating costs of the Fu Bang Property. FCB also recorded a Notice of Default on December 16, 2024 and a Notice of Sale on April 15, 2025, with an initial sale date of May 21, 2025. FCB also took action to recover against the DLC2 property and recorded a Notice of Default on January 15, 2025 and a Notice of Sale on April 15, 2025, with an initial sale date of May 21, 2025. Sparknest recorded a Notice of Sale on March 11, 2025 with an initial sale date of April 15, 2025.

Facing foreclosure of the Property by both FCB and Sparknest, the Debtor filed this Bankruptcy Case. Fu Bang intends to file a joint plan, along with DLC2, that will propose to pay all allowed secured claims and maximize return to unsecured creditors through either a market sale of the Property or new investment that will allow the completion of the Dos Lagos development.

## II.

### PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM

**A.    Services to be Performed**

Subject to the approval of the Court, Sections 327 and 1107 of the Bankruptcy Code authorize a debtor, as debtor in possession, to employ counsel at the expense of the bankruptcy

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

estate. The Debtor requires experienced bankruptcy counsel to represent it in matters before the Court and to assist it in reorganizing its financial affairs in the Bankruptcy Case. Specifically, the Debtor anticipates that the following services will be required by it during the pendency of the Bankruptcy Case (collectively, the "Services"):

1.    Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

2.    Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

3.    Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor-in-possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

4.    Preparation on the Debtor's behalf, as debtor-in-possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

5.    Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of their bankruptcy estate (the "Estate") and creditor claims;

6.    Representation of the Debtor with regard to all contested matters;

7.    Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

8.    Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

9.    Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

10.    Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

11.    Objection to claims as may be appropriate; and

12.    Performance of all other legal services for the Debtor in its capacity as a debtor-in-possession, as may be necessary.

**B.    Qualifications of The Firm**

The Debtor believes the Firm is well-qualified to render the Services.  The Debtor selected the Firm to represent it in the Bankruptcy Case because of the Firm's extensive experience and knowledge in the fields of corporate reorganization and bankruptcy law.  All attorneys comprising, or associated with, the Firm are admitted to practice law in all California courts and before the United States District Court for the Central District of California.  The attorneys employed by the Firm have confirmed numerous chapter 11 plans for businesses and individuals.  The attorneys primarily responsible for representing the Debtor, and their current standard hourly rates, are: Derrick Talerico, Partner, $675 per hour; David Zolkin, Partner, $675 per hour.  Biographies for the primary professionals anticipated to provide services to the Debtor in the Bankruptcy Case are attached as **Exhibit 1** to the Declaration of Derrick Talerico (the "Talerico Decl.").

Accordingly, the Firm possesses the requisite expertise and background to handle all matters that are likely to arise in the Bankruptcy Case.  The Debtor therefore believes that employment of the Firm on the terms and conditions set forth in this Application is in the best interests of the Debtor and the creditors of its Estate.

**C.    The Firm is "Disinterested" and Does Not Hold an Adverse Interest**

Except to the extent set forth in the Talerico Decl., to the best of the Firm's knowledge, after full investigation:

1.    The Firm does not hold or represent any interest adverse to the Debtor or the Estate;

2.    The Firm has no prior connection with the Debtor or any creditor of the Estate;

3.    The Firm has no prior connection with any insiders of the Debtor, any entities disclosed to the Firm to be related to the Debtor, any creditors of the Debtor, or

-6-
DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

any other party in interest in the Bankruptcy Case or their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee; and

4.    None of the professionals, paraprofessionals, or other employees comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee.

Accordingly, the Firm is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

### III.

### RETAINERS AND COMPENSATION PROCEDURES

This Application is brought in accordance with Bankruptcy Code Sections 327 and 330, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).  For its services, the Firm has agreed to be employed and compensated subject to the provisions of the Bankruptcy Code, including without limitation, Section 330.  All fees and expenses for the Firm's services shall be compensated at the Firm's ordinary and customary hourly billing rates (billed in increments of tenths of an hour), which may be subject to adjustment from time to time, plus expenses.  The ordinary and customary hourly billing rates of the Firm, at the time of this Application, are set forth in the Talerico Decl. annexed hereto.

The Firm understands the provisions of Sections 327, 330, and 331 of the Bankruptcy Code, which require, among other things, Court approval of the Debtor's employment of the Firm and of all fees and reimbursement of expenses that the Firm will receive from the Estate for its Services. In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate but shal file interim fee applications not more frequently than once every four (4) months that the Bankruptcy Case is pending.

The Firm began advising the Debtor on or about April 28, 2025.  The Debtor provided the Firm with a prepetition retainer (the "Prepetition Retainer") of $45,000 on April 29, 2025.  The

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Prepetition Retainer was paid to the Firm to compensate it for its legal services and costs, including the filing fee for the Bankruptcy Case. The source of the Prepetition Retainer was proceeds from a loan made to the Debtor.

The Firm incurred $17,104.50 in attorneys' fees and costs prior to the filing of the Petition, which amount was paid from the Prepetition Retainer, leaving a retainer balance of $27,895.50 held in the Firm's client trust account (the "Chapter 11 Retainer"). The Firm was not owed any money by the Debtor on the Petition Date.

The Chapter 11 Retainer is an advance payment retainer and the Firm hereby seeks permission to draw down on the Chapter 11 Retainer following compliance with the procedures for applying trust monies (*i.e.*, the Guide to Applications for Retainers, and Professional and Insider Compensation) promulgated by the Office of the United States Trustee.

During the Bankruptcy Case, the Firm will seek Court authority to be paid by the Debtor for any and all fees incurred and expenses advanced by the Firm in excess of the Chapter 11 Retainer, which payment shall come from the funds in the Estate, and all compensation paid shall be subject to review pursuant to a final fee application and hearing at the conclusion of the representation.

## IV.

## CONCLUSION

**WHEREFORE**, the Debtor requests that the Court enter an order:

1. Granting the Application;

2. Authorizing the Debtor, based upon the foregoing and pursuant to Bankruptcy Code Sections 327 and 1107, and in accordance with Federal Rule of Bankruptcy Procedure 2014(a) and Local Bankruptcy Rule 2014-1(b)(1), to employ the Firm as its general bankruptcy counsel in the Bankruptcy Case, effective as of the Petition Date, with compensation in such amounts as the Court may hereafter allow in accordance with the law, on the terms set forth above; and

3. Granting such other and further relief as this Court deems just and proper under the circumstances.

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Dated:  June 6, 2025                          FU BANG GROUP CORP, USA


By: _____
        Bo Don, Chief Executive Officer


Presented by:

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By: */s/ Derrick Talerico*
        Derrick Talerico
        [Proposed] General Bankruptcy Counsel to
        Debtor and Debtor-in-Possession

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

## <u>DECLARATION OF DERRICK TALERICO</u>

I, Derrick Talerico, hereby declare as follows:

1. I am an attorney duly admitted to practice law in the state of California and am admitted *inter alia* to the United States District Court for the Central District of California, and therefore to practice in the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm, Weintraub Zolkin Talerico & Selth LLP (the "Firm").

2. I submit this Declaration in support of the *Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* (the "Application") filed by Fu Bang Group Corp, USA (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case").[1]

3. On May 7, 2025, the Firm, on the Debtor's behalf, filed a petition for relief under Chapter 11 of the Bankruptcy Code. It is anticipated that the Firm will be required to render the following Services during the Bankruptcy Case:

a. Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

b. Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

c. Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor in possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

d. Preparation on the Debtor's behalf, as a debtor in possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

---

[1] Terms not defined herein shall have the same meanings as ascribed to them in the Application.

-10-

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

e.    Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of its bankruptcy Estate and creditor claims;

f.    Representation of the Debtor with regard to all contested matters;

g.    Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

h.    Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

i.    Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

j.    Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

k.    Objection to claims as may be appropriate; and

l.    Performance of all other legal services for the Debtor in its capacities as debtor in possession, as may be necessary.

4.    The Firm is well qualified for the type of representation required by the Debtor. The attorneys employed by the Firm have confirmed numerous chapter 11 plans for businesses and individuals.  All attorneys comprising, or associated with, the Firm are admitted to practice law in all California courts and before the United States District Court for the Central District of California.  The attorneys primarily responsible for representing the Debtor, and their current standard hourly rates, are:  Derrick Talerico, Partner, $675 per hour; David Zolkin, Partner, $675 per hour.  Biographies for the primary professionals anticipated to provide services to the Debtor, including Martha Araki, Paralegal, $295 per hour, are attached hereto as **Exhibit 1**.  Among other qualifications, my partners and I have served as general bankruptcy counsel to debtors in numerous chapter 11 cases.  We also have decades of experience representing other parties in interest in insolvency proceedings, including without limitation, creditors, creditors' committees and bankruptcy trustees.  The Firm possesses the requisite expertise and background to handle all matters that are likely to arise in the Bankruptcy Case.

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

5.      To the best of my knowledge, after full investigation,

a.      The Firm does not hold or represent any interest adverse to the Debtor or the Estate;

b.      Other than the services provided by the Firm to the Debtor prepetition in connection with the preparation for the Bankruptcy Case, the Firm has no prior connection with the Debtor or any of the Debtor's creditors;

c.      The Firm has no prior connection with any insiders of the Debtor, any entities disclosed to the Firm to be related to the Debtor, any creditors of the Debtor, or any other party in interest in the Bankruptcy Case or their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee; and

d.      None of the professionals, paraprofessionals, or other employees comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee.

6.      The Application is brought in accordance with Bankruptcy Code Section 327, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).   For its services, the Firm has agreed to be compensated subject to the provisions of Bankruptcy Code Section 330.

7.      The Firm's services are to be compensated at the Firm's ordinary and customary hourly billing rates (billed in increments of tenths of an hour), plus expenses.  The ordinary and customary hourly billing rates of the Firm, at the time of this Application, are as follows:

| Professional | Position | Hourly Rate |
| --- | --- | --- |
| David B. Zolkin | Partner | $675 |
| Derrick Talerico | Partner | $675 |
| Catherine Liu | Partner | $550 |
| Paige Rolfe | Associate | $425 |
| Daniel J. Weintraub | Of Counsel | $750 |
| James R. Selth | Of Counsel | $585 |
| Tania Ingman | Of Counsel | $550 |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

| Michael Kim | Of Counsel | $500 |
|---|---|---|
| Martha Araki | Paralegal | $295 |
| Sachie Fritz | Practice Assistant | $175 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions. The Firm will maintain detailed records of any actual and necessary costs incurred in connection with the Services.

8.      I understand the provisions of Sections 327, 330, and 331 of the Bankruptcy Code, require, among other things, Court approval of the Debtor's employment of the Firm and of all fees and reimbursement of expenses that the Firm will seek to be paid from the Estate for its services. In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate, but will file interim fee applications not more frequently than once every four (4) months that the Bankruptcy Case is pending.

9.      The Firm began advising the Debtor on or about April 28, 2025. The Debtor provided the Firm with a Prepetition Retainer of $45,000 on April 29, 2025. The Prepetition Retainer was paid to the Firm to compensate it for its legal services and costs, including the filing fees for the Bankruptcy Case. The source of the Prepetition Retainer was proceeds from a loan made to the Debtor.

10.     The Firm incurred $17,104.50 in attorneys' fees and costs prior to the filing of the Petition, which amount was paid from the Prepetition Retainer, leaving a retainer balance of $27,895.50 held in the Firm's client trust account. The Firm was not owed any money by the Debtor on the Petition Date.

11.     The Chapter 11 Retainer is an advance payment retainer the Firm hereby seeks permission to draw down on the Chapter 11 Retainer following compliance with the procedures for applying trust monies (*i.e.*, the Guide to Applications for Retainers, and Professional and Insider Compensation) promulgated by the Office of the United States Trustee.

12.     During the Bankruptcy Case, the Firm will seek Court authority to be paid by the Debtor for any and all fees incurred and expenses advanced by the Firm in excess of the Chapter

-13-
DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

11 Retainer, which payment shall come from the funds in the Estate, and all compensation paid shall be subject to review pursuant to a final fee application and hearing at the conclusion of the representation.

13.    The Firm has not shared or agreed to share any compensation to be received by it in the Bankruptcy Case with any other person, except as among partners of the Firm.

14.    The Firm's services are necessary to enable the Debtor to execute its duties as a debtor in possession and to accomplish its goals of reorganization.

15.    I believe that authorizing the Debtor to employ the Firm is in the best interests of the Estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of June, 2025, at Los Angeles, California.


_/s/ Derrick Talerico_____
Derrick Talerico

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

# EXHIBIT 1

# Firm Bios

EXHIBIT 1 - Page 15



# Derrick Talerico, Partner

Mr. Talerico's practice centers on bankruptcy, restructuring, and commercial litigation. He is versed in all aspects of financial restructuring, having represented debtors, creditors, and other interest holders in and out of court for more than two decades.  His litigation practice focuses on general commercial disputes.

Prior to founding Weintraub Zolkin Talerico & Selth LLP, Mr. Talerico was a founding partner of Zolkin Talerico LLP.  He began his career practicing for over ten years at the international law firms of Milbank LLP and Loeb & Loeb LLP.

Mr. Talerico represents debtors, secured and unsecured creditors, creditor committees, asset purchasers, receivers, and trustees, in regional and national restructuring matters, both in-court and out-of-court.  He has represented clients in bankruptcy cases throughout California and the United States, from Texas to New York, Delaware, and Florida.

As a litigator, Mr. Talerico has prosecuted and defended a wide range of commercial disputes including fraud, intellectual property, lender liability, insurance, re-insurance, and real estate, among others in both state and federal court. In appellate practice, he has successfully argued before both District Courts and Bankruptcy Appellate Panels.

Education

   University of Texas at Austin School of Law, Austin, TX; JD
   Bond University, Gold Coast, Australia; Legal Studies
   University of Richmond, Richmond, VA; B.S. Business Administration, B.A. Psychology

Professional Activities

   American Bankruptcy Institute
   Financial Lawyers Conference
   National Conference of Bankruptcy Judges
   Los Angeles Bankruptcy Forum

Awards & Recognition

   INSOL Fellow (international and cross-border specialist)
   Public Counsel Attorney of the Year Award - Early Childcare Education Project
   Milbank Tweed Pro Bono Award



# David B. Zolkin, Partner

Mr. Zolkin has been a corporate restructuring attorney for over 30 years and has experience in all aspects of financial restructuring, insolvency law and processes.

Prior to founding Weintraub Zolkin Talerico & Selth LLP, he was a founding partner of the bankruptcy and business litigation boutique of Zolkin Talerico LLP.  Prior to that, Mr. Zolkin was an attorney at the Wall Street law firm of Milbank LLP, where he represented debtors, equity owners, financial institutions, first and second lien lenders, hedge and bond funds, trade creditors, chapter 11 trustees and debt and asset purchasers in complex restructurings, workouts and foreclosures across a variety of industry sectors.

Mr. Zolkin provides his clients with in-court and out-of-court legal strategies and approaches designed to lead to value maximization. His expertise spans various legal and business documents, including secured and unsecured debt documents, indentures, servicing agreements, purchase and sale agreements, confidentiality documents and other commercial and business contracts. He has negotiated and drafted restructuring term sheets, plans of reorganization, cash collateral and debtor in possession financing agreements and orders, bidding procedures for assets sales, sale agreements and other pleadings and documents required in chapter 11 bankruptcy cases.

He has represented clients in bankruptcy cases and out-of-court restructurings that have taken place throughout the United States, including, California, New York, Delaware, Illinois, Indiana, Texas, Louisiana, Nevada, Arizona, Washington and Oregon.

Education

> J.D., University of Southern California, Gould School of Law
> B.A., University of California, Los Angeles

Professional Activities

> American Bankruptcy Institute
> Los Angeles Bankruptcy Forum



# Catherine Liu, Partner

Catherine Liu is an attorney with nearly two decades of litigation experience, focusing primarily in all aspects of business/commercial litigation, lender liability, and real estate.  She is a versatile and motivated trial attorney with solid track record of litigation success and experience in various facets of the law from inception to trial.

Prior to joining Weintraub Zolkin Talerico & Selth LLP, Ms. Liu was an attorney at Zolkin Talerico LLP, and prior to that practiced with the law firm of McKenna, Long & Aldridge (now Dentons) where she handled all facets of state and federal cases in complex business litigation matters, including numerous high profile matters.  Ms. Liu has also successfully handled matters before the 2nd District Court of Appeals.

Education

   J.D., Loyola Law School
   B.A., University of California, Los Angeles



## Paige Rolfe, Associate

Paige Rolfe has practiced in all aspects of bankruptcy and financial restructuring for nearly five years. She is also well versed in all aspects of civil litigation practice in both state and federal courts. Prior to joining Weintraub Zolkin Talerico & Selth LLP, Ms. Rolfe worked at a bankruptcy boutique firm, learning the ins-and-outs of the restructuring practice from a retired bankruptcy judge.

Education

        J.D., New York Law School, New York, NY
        B.S., Champlain University, Burlington, VT

Professional Activities

        American Bankruptcy Institute
        Central District Consumer Bankruptcy Attorneys Association



## Martha Araki, Paralegal

Martha Araki has worked as a paralegal with law firms specializing in bankruptcy and litigation for more than 35 years. Ms. Araki attended Washington State University, completing classes towards a Bachelor of Arts Degree in English. She has worked with some of the most distinguished law firms in Los Angeles specializing in debtor representation practice in Chapters 11 and 7 cases in the Central District, Northern District, Eastern District and Southern District of California, in the District of Nevada, and in Honolulu, Hawaii. Ms. Araki attends multiple bankruptcy-related MCLE seminars to maintain paralegal compliance and was a member of IWIRC (International Women's Insolvency & Restructuring Confederation).

Prior to working with Weintraub Zolkin Talerico & Selth LLP, Ms. Araki was a senior paralegal with Zolkin Talerico LLP, Jeffer Mangels Butler & Marmaro LLP (now Jeffer Mangels Butler & Mitchell LLP) and Levene & Eisenberg, P.C., among others. She has also worked as a project manager at BMC Group, which is a leading global provider of legal, financial and corporate information management solutions that handles administrative and claims processing for large bankruptcy cases nationwide.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   June 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                         Case No. 6:25-bk-13004-SY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company: **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS): ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Fri Jun  6 23:19:32 PDT 2025

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819


*Additional Notice Party (Receiver)*
California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320


*20 Largest*
Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883


*20 Largest*
Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


*20 Largest*
First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604


*20 Largest*
Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883


*20 Largest*
Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728


*20 Largest*
RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

*Debtor*
Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629


*20 Largest*
Bank of America
PO Box 672050
Dallas, TX 75267-2050


*20 Largest*
Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318


*20 Largest*
Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883


*20 Largest*
Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629


*Additional Notice Party*
First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


*Secured Creditor*
Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201


*20 Largest*
Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

*Special Notice*
Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029


*20 Largest*
Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605


*20 Largest*
Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629


*20 Largest*
Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605


*Secured Creditor*
First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392


*20 Largest*
Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402


*Special Notice*
Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518


*Unsecured*
Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001

*Additional Notice Party*
Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

*Secured Creditor*
Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

*20 Largest*
SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*Special Notice*
Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

*20 Largest*
Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*Secured Creditor*
Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

*20 Largest*
Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

*20 Largest*
US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

*20 Largest*
Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126

*20 Largest*
Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
 **Filing Attorney**

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Fu Bang Group Corp, USA, Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

FU BANG GROUP CORP, USA,

              Debtor and Debtor in
              Possession.

Case No. 6:25-bk-13004-SY

Chapter 11

**NOTICE OF APPLICATION OF
CHAPTER 11 DEBTOR AND DEBTOR
IN POSSESSION TO EMPLOY
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP AS GENERAL
BANKRUPTCY COUNSEL**

[No Hearing Set Pursuant to Local
Bankruptcy Rules 2014-1(b) and 9013-1(o)]

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 9, 2025, Fu Bang Group Corp, USA ("Debtor"), the debtor and debtor in possession in the pending chapter 11 bankruptcy case herein (the "Bankruptcy Case"), filed an application (the "Application") with the United States Bankruptcy Court, Central District of California, Riverside Division, for an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as the Debtor's general bankruptcy counsel as of May 7, 2025. A copy of the Application is enclosed with this Notice.

The Application seeks to employ the Firm pursuant to section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1(b)(1) of the Local Rules for the United States Bankruptcy Court for the Central District of California (the "Local Rules"), to perform the following services as the Debtor's general bankruptcy counsel in connection with the Bankruptcy Case:

1. Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

2. Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

3. Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor-in-possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

4. Preparation on the Debtor's behalf, as debtor-in-possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

5. Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of their bankruptcy estate (the "Estate") and creditor claims;

6. Representation of the Debtor with regard to all contested matters;

7. Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

8. Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

9. Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

10. Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

11. Objection to claims as may be appropriate; and

12. Performance of all other legal services for the Debtor in its capacities as debtor-in-possession, as may be necessary.

**PLEASE TAKE FURTHER NOTICE** that, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, the Debtor proposes to pay the Firm its customary hourly rates in effect at the time services are rendered, and to reimburse actual, necessary expenses incurred by the Firm. As

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
NOTICE OF APPLICATION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP

set forth in the Application, the hourly rates range from $425 to $675 per hour for attorneys, and $175 - $295 for practice assistants and paralegals.

**PLEASE TAKE FURTHER NOTICE** that the Application provides specific information as to all funds received by the Firm in contemplation of the Bankruptcy Case, including: (i) the amount of retainer the Firm received from the Debtor to compensate the Firm for its legal services and costs, including the filing fee for the Bankruptcy Case; and (ii) the source of the Prepetition Retainer. The Firm was not owed any money by the Debtor as of the Petition Date and has not received or will receive any lien or other interest in property of the Debtor or of a third party to secure payment of the Firm's fees.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Application, the Firm may seek interim compensation during the Bankruptcy Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Bankruptcy Case will be subject to the approval of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold or represent any interest adverse to the Debtor's estate, the Debtor, its creditors, the Office of the United States Trustee, or any other party in interest in the Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 2014-1(b)(1), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if you do not oppose the proposed employment of the Firm, you need take no further action. In accordance with Local Rule 2014-1(b)(3)(E), any response and request for hearing, in the form required by Local Rule 9013-1(f)(1), must be filed with the Court and served on the: (i) Debtor's proposed counsel, whose name and address appears in the upper-left hand corner of this Notice; and (ii) Office of the United States Trustee, Attn: Abram S. Feuerstein, Esq., 3801 University Ave, Suite 720, Riverside, CA 92501, not later than **14 days** from the date of service of this Notice, plus 3 additional days if you were served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D), (E), or (F).

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-3-
NOTICE OF APPLICATION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-l(h), failure to timely file and serve a response or objection may be deemed to constitute consent to the relief requested.  If the objection period expires without the filing of a response and request for hearing, then the Debtor will submit an order for entry by the Court pursuant to Local Rule 9013-1(o)(4)

Dated:  June 9, 2025                    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By: */s/ Derrick Talerico*
      Derrick Talerico
[Proposed] General Bankruptcy Counsel for
Fu Bang Group Corp, USA, Debtor and
Debtor in Possession

NOTICE OF APPLICATION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   June 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                         Case No. 6:25-bk-13004-SY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Fu Bang Group Corp, USA:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com;
  sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor Sparknest, LLC, a Delaware Limited Liability Company:  **Rika Kido**:
  rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank, and on behalf of Attorney Dennette A. Mulvaney:  **Dennette A Mulvaney**:
  dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com;
  dbender@leechtishman.com
- US Trustee's Office (RS):  ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**:
  abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Fri Jun  6 23:19:32 PDT 2025

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

*Additional Notice Party (Receiver)*
California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320

*20 Largest*
Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

*20 Largest*
Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

*20 Largest*
First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604

*20 Largest*
Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

*20 Largest*
Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728

*20 Largest*
RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

*Debtor*
Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629

*20 Largest*
Bank of America
PO Box 672050
Dallas, TX 75267-2050

*20 Largest*
Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*
Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

*20 Largest*
Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

*Additional Notice Party*
First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Secured Creditor*
Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201

*20 Largest*
Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

*Special Notice*
Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

*20 Largest*
Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605

*20 Largest*
Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

*20 Largest*
Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605

*Secured Creditor*
First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392

*20 Largest*
Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402

*Special Notice*
Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

*Unsecured*
Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001

*Additional Notice Party*
Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

*Secured Creditor*
Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

*20 Largest*
Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*
US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*20 Largest*
Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

*Debtor*
SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

*Secured Creditor*
Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
 **Filing Attorney**

*Special Notice*
Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

*20 Largest*
Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

*20 Largest*
Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  07/14/2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:  See attached NEF service list

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ——————, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/14/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun          (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/14/2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.