Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Debtor and Debtor-in-Possession



**FILED & ENTERED**

**JUL 15 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>          Debtor and Debtor-in-Possession. | Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Requested] |

On June 9, 2025, Fu Bang Group Corp, USA ("Debtor"), the above-captioned chapter 11 debtor and debtor-in-possession, filed and served its *Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Application") [Docket no. 37] and the *Notice of Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Notice") [Docket no. 38].  No opposition or request for hearing on the Notice or the Application was filed with the court or served upon the Debtor.

ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP

Having reviewed the Notice, the Application, and the *Supplement to Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* [Docket no. 50] filed on June 17, 2025, and the record in this case, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Application is granted and the Debtor is authorized to employ Weintraub Zolkin Talerico & Selth LLP as its general bankruptcy counsel, effective as of May 7, 2025. Payment of all compensation and reimbursement of expenses, regardless of source, shall only be upon further application and approval of this court in conformity with the requirements of 11 U.S.C. §§ 327, 330, and 331.

###

Date: July 15, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP