Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Fu Bang
Group Corp, USA, Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 24 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| FU BANG GROUP CORP, USA, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **SCHEDULING ORDER** |
| | Hearing:<br>Date:        July 10, 2025<br>Time:        1:30 p.m.<br>Crtrm:       302<br>               3420 Twelfth Street<br>               Riverside, CA 92501 |

The chapter 11 status conference of Fu Bang Group Corp, USA ("Debtor"), debtor and debtor-in-possession in this case, was held on July 10, 2025 at 1:30 p.m. before the Honorable Scott H. Yun, United States Bankruptcy Judge, in his courtroom and via Zoom audio. Appearances were as noted on the record, and based thereon,

**IT IS HEREBY ORDERED** that:

1.     The claims bar date in this case is set for August 29, 2025;

2.     The Debtor is to serve notice of the bar date by not later than July 18, 2025 to all

-1-
SCHEDULING ORDER

creditors of the Debtor;

3.      The chapter 11 status conference is continued to September 25, 2025 at 1:30 p.m.;

4.      The Debtor is to file and serve an updated chapter 11 status report by September 11, 2025;

5.      No status report is required if the Debtor has filed its chapter 11 plan by September 11, 2025;

6.      The Debtor may schedule a disclosure statement hearing to coincide with the September 25, 2025 status conference.

###

Date: July 24, 2025

Scott H. Yun
United States Bankruptcy Judge

SCHEDULING ORDER