Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Fu Bang Group Corp, USA,
Debtor and Debtor in Possession



**FILED & ENTERED**

**AUG 05 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO RETAIN FORCE TEN PARTNERS, LLC TO PROVIDE NICHOLAS RUBIN AS CHIEF RESTRUCTURING OFFICER AND RESTRUCTURING ADVISOR PERSONNEL**<br><br>[No Hearing Requested] |

On July 10, 2025, Fu Bang Group Corp, USA ("Debtor"), the above-captioned chapter 11 debtor and debtor-in-possession, filed and served its *Motion for Entry of an Order (I) Authorizing the Debtor to Retain Force Ten Partners, LLC to Provide Nicholas Rubin as Chief Restructuring Officer and Restructuring Advisor Personnel, as Necessary, Effective as of the Petition Date; (ii) Approving the Retention Agreement; and (iii) Granting Related Relief* (the "Motion") [Docket no. 73], and on July 11, 2025 the Debtor file and served the *Notice of Opportunity to Request a Hearing on Motion* (the "Notice") [Docket no. 76].  No opposition or

request for hearing on the Notice or the Motion was filed with the court or served upon the Debtor. Having reviewed the Notice and the Motion and the papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Debtor is authorized to retain Force Ten Partners, LLC to provide Nicholas Rubin as chief restructuring officer, and restructuring advisor personnel, as necessary, under 11 U.S.C.§ 363, on the terms and conditions set forth in the Retention Agreement attached as Exhibit 1 to the Motion.

###

Date: August 5, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

ORDER GRANTING MOTION TO RETAIN FORCE TEN PARTNERS, LLC AS CRO