Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Fu Bang Group Corp, USA,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>**DEBTOR'S MOTION FOR JOINT ADMINISTRATION; DECLARATION OF NICHOLAS RUBIN IN SUPPORT THEREOF**<br><br>*[To be determined without additional notice and without a hearing pursuant to LBR 9013-1(q)(1)]* |

FU BANG GROUP CORP, USA, a California corporation, the debtor and debtor-in-possession ("Fu Bang"), in the pending chapter 11 bankruptcy case identified as *In Re Fu Bang Group Corp, USA* (the "FB Bankruptcy Case"), hereby moves (the "Motion") this court (the "Court"), for the entry of an order for the joint administration of its Bankruptcy Case with the chapter 11 bankruptcy case of Dos Lagos Center 2, LLC ("DLC2", collectively with Fu Bang, the "Debtors"), case no. 6:25-bk-13642-SY (the "DLC2 Bankruptcy Case," collectively with the FB Bankruptcy Case, "Bankruptcy Cases" or the "Cases").

Joint administration is sought pursuant to 11 U.S.C. § 105, Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "FRBP"), and Rule 1015-1 of the Local Bankruptcy Rules for the Bankruptcy Court of the Central District of California (the "Local Rules").

## I.    STATEMENT OF FACTS

### A.    Jurisdiction and Venue

The Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.  By the Motion, the Debtors seek the joint administration of their Cases.

### B.    The Debtors' History and Employment of Chief Restructuring Officer

On May 7, 2025 (the "Fu Bang Petition Date") and on May 30, 2025 (the "DLC2 Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner and no committee has been appointed or designated in the Bankruptcy Cases. Force 10 Partners, LLC ("F10") and specifically, Nicholas Rubin, has been employed by the Debtors as Chief Restructuring Officer by order of this Court entered August 5, 2025 [Fu Bang Dkt. 86; DLC2 Dkt. 41] (the "F10 Employment Orders").

1.    The Debtors share ownership and operational control.

Fu Bang is owned by Ms. Bo Don (Chen). Ms. Don is one of two current board members of Fu Bang. On August 14, 2023, the Fu Bang board (then a four-member board) elected Ms. Don as Secretary of Fu Bang. As of December 2024, Ms. Don was also the CEO of Fu Bang, replacing Lang (Anthony) Zhang.

DLC2 is owned 70% by Lang Zhang and 30% by Richard Don. Mr. Don's has been living in China since 2019 and is not able to participate in these Cases. Mr. Zhang executed a board resolution designating Ms. Don as an authorized representative of DLC2 in the DLC2 Bankruptcy Case.

/ / /

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Bo Don's and Richard Don's ownership interests in Fu Bang and DLC2, whether recorded in their individual or joint names, are community property interests.

Over the past six weeks – in anticipation of entry of the F10 Employment Orders – Mr. Rubin has assembled a team of real estate experts within F10 and engaged with the Debtors to rapidly learn of their history and circumstances. Mr. Rubin has developed a plan to reorganize the Debtors that will maximize the value of the Debtors assets and bring a return to creditors that would be unachievable outside of these Cases. To that end, Mr. Rubin has interviewed multiple property management firms to take over the management of the Fu Bang Property and has selected a firm capable of assuming management and executing on the anticipated plan to maximize value. Mr. Rubin is working with Debtors' counsel to prepare and file an application to employ the property manager. Through the course of his investigation, Mr. Rubin has determined that the Debtors' will mutually benefit from a joint plan of reorganization, joint marketing, and refinancing that will necessarily impact both estates due to Fu Bang's senior secured lender holding a senior lien on the property of both Debtors and the cohesive nature of the contiguous properties.

2. <u>The Debtors share creditors and own adjacent properties which together comprise a planned development</u>.

Fu Bang acquired its property (APN 279-460-064, the "Fu Bang Property") in 2013 for $7.3 million. Fu Bang financed construction and development through loans and EB5 investment, taking in multiple tranches of EB5 loans through Dos Lagos Regional Center and associated limited partnerships ("EB5 Center").

Construction of the first 51 units in phases 1 and 2 of development have been completed. Although intended as a condominium development, Fu Bang was unable to sell condo units and instead operated the completed units as apartments. The phase 3 development site on the Fu Bang Property is intended for 43 additional condo units. Concrete slabs have been laid down for this development along with utilities stubbed to the site.

DLC2 owns an adjacent piece of real property (APN 279-460-063, the "DLC2 Property") which at present is undeveloped. Fu Bang's senior secured lender, First Credit Bank, holds a lien

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

on the DLC2 Property, and prior to the DLC2 Petition Date, had commenced foreclosure proceedings.

## II.  DISCUSSION

Pursuant to Local Bankruptcy Rule 1015-1(b), "[i]f two or more cases are pending before the same judge, an order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to FRBP 1015, supported by a declaration establishing that joint administration of the cases is warranted, will ease the administrative burden for the Court and the parties, and will protect creditors of the different estates against potential conflicts of interest."

Joint administration of the Debtors' Cases is warranted and appropriate under FRBP 1015(b). FRBP 1015 provides that the Court may order the joint administration of cases involving a debtor and an affiliate where such an order "may tend to avoid unnecessary costs and delay." FRBP 1015 is designed to promote the fair and efficient administration of related cases of affiliated debtors, while ensuring that no rights of individual creditors are unduly prejudiced. *In re Brookhollow Assocs.*, 435 F.Supp. 763, 766 (D.Mass.1977) (joint administration "help[s] the bankruptcy court to administer economically and efficiently different estates with substantial interests in common"); *In re H&S Transportation Co.*, 55 B.R. 786 (Bankr.M.D.Tenn.1985).

Based on the foregoing, the Debtors believe that the joint administration of their chapter 11 Bankruptcy Cases is appropriate. The Debtors are related parties and affiliates on account of common ownership and management. 11 U.S.C. 101(2). Ms. Don owns 100% of Fu Bang and Mr. Don owns 30% of DLC2. Both Ms. Don and Mr. Don – husband and wife – own these interests as community property. Mr. Rubin is the CRO of both Debtors. It is anticipated that the Debtors will propose a joint plan and will seek approval of financing that will impact both Debtors' properties.

The joint administration of the Debtors' Cases will avoid duplicative expenses and will ensure that creditors in the Cases will receive appropriate notice of pertinent matters.  In addition, the Debtors believe that the joint administration of the Cases, including the use of a single pleadings docket, the combining of notices to creditors of the two estates, and the joint handling of purely

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

MOTION FOR JOINT ADMINISTRATION OF CASES

administrative matters will aid in expediting the Cases and rendering the process less costly, without prejudicing the substantive rights of any creditor.

Furthermore, in addition to their CRO and bankruptcy counsel, the Debtors are likely to share common retention of other bankruptcy and ordinary course professionals. The Debtors have common issues to address in their administration and restructuring plans including funding and other commonalities. To the extent any conflict between the estates herein arises, the Court may take further steps to modify its order of joint administration to eliminate any such conflict.

Granting joint administration will eliminate further need for the Debtors to file identical motions and orders in each of their respective Cases when seeking relief that is common to both of the Debtors, will avoid the further waste of judicial resources related to, for example, the docketing of identical motions, declarations and orders in all of the Cases, and will allow the Debtors' estates to avoid the substantial copy costs and service costs associated with filing and serving motions and other pleadings in the Cases that seek common relief for the Debtors.

Should the Court orders joint administration of the Debtors' Cases, the Debtors respectfully request that the following caption be approved and that Fu Bang's Bankruptcy Case be designated as the lead Case:

| In re:<br><br>FU BANG GROUP CORP, USA, *et al.,*<br><br>    Debtors and<br>    Debtors in Possession. | Lead Case No. 6:25-bk-13004-SY<br><br>Jointly Administered with Case No.<br>6:25-bk-13642-SY |
| --- | --- |
| ☐ Affects All Debtors.<br>☐ Affects Fu Bang Group Corp, USA<br>☐ Affects Dos Lagos Center 2, LLC | Chapter 11<br><br>**[TITLE]**<br><br><u>Hearing</u>:<br>Date:<br>Time:<br>Crtrm:        302, 3rd Floor<br>              3420 Twelfth Street<br>              Riverside, CA 92501 |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-5-

**III.    CONCLUSION**

Based upon all of the foregoing, Fu Bang respectfully requests that this Court enter an order, in the form lodged concurrently herewith:

1.    Authorizing the joint administration of the Debtors' Cases;

2.    Approving the form of caption suggested herein; and

3.    Granting such other and further relief as the Court deems just and proper.

Dated:  August 5, 2025                    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By: */s/ Derrick Talerico*
          Derrick Talerico
Attorneys for Fu Bang Group Corp, USA, Debtor and
Debtor in Possession

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

### DECLARATION OF NICHOLAS RUBIN

I, Nicholas Rubin, hereby declare as follows:

1.　　I am the Chief Restructuring Officer of Fu Bang Group Corp, USA and Dos Lagos Center 2, LLC. I make this declaration in support of the *Debtor's Motion for Joint Administration* (the "Motion"), to which this declaration is attached. All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

2.　　Since mid-June I have assembled a team of real estate experts within F10 and engaged with the Debtors to rapidly learn of their history and circumstances. I have developed a plan to reorganize the Debtors that will maximize the value of the Debtors assets and bring a return to creditors that would be unachievable outside of these Cases. To that end, I have interviewed multiple property management firm to take over the management of the Fu Bang Property and have selected a firm capable of assuming management and executing on the anticipated plan to maximize value. I am working with Debtors' counsel to prepare and file an application to employ the property manager. Through the course of my investigation, I have determined that the Debtors' will mutually benefit from a joint plan of reorganization, joint marketing, and refinancing that will necessarily impact both estates due to Fu Bang's senior secured lender holding a senior lien on the property of both Debtors and the cohesive nature of the contiguous properties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of August, 2025, at Irvine, California.

NICHOLAS RUBIN

<div style="margin-left:-2em">WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 WILSHIRE BLVD., SUITE 730<br>LOS ANGELES, CA 90025</div>

MOTION FOR JOINT ADMINISTRATION OF CASES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Motion for Joint Administration; Declaration of Nicholas Rubin in Support Thereof,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  August 5, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott Yun                          (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                              Case No. 6:25-bk-13004-SY

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Fu Bang Group Corp, USA</u>:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company</u>:  **David B Golubchik**:  dbg@lnbyg.com
- <u>Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney</u>:  **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>:  **Jeffrey S Shinbrot**:  jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>On behalf of the U.S. Trustee (RS)</u>:  **Abram Feuerstein, Everett L Green, Ali Matin**:  abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov
- <u>US Trustee's Office (RS)</u>:  ustpregion16.rs.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.