

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Derrick Talerico          Attorney Bar# 223763

Law Firm: Weintraub Zolkin Talerico & Selth LLP

Mailing Address: 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Martha Araki

Telephone: ( 310 ) 721-4645     E-mail: maraki@wztslaw.com

Bankruptcy Case #: 6:25-bk-13004-SY     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 06/18/2025  Time: 1:30 pm

Debtor: Fu Bang Group Corp (USA)

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: S. Yun                    Courtroom #: RS 302          .

**TRANSCRIBER:** Ben Hyatt          **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☒ 3 Days   ☐ Entire Hearing
☐ 14 Days   ☐ Next Day (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days           ☐ Testimony of Witness _____
                    ☐ Other* _____ (name of witness)

*Special Instructions: Calendar matters 1, 2 and 3 for the 1:30 pm hearing

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*