

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### **TRANSCRIPT ORDER FORM**

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Derrick Talerico          Attorney Bar# 223763

Law Firm: Weintraub Zolkin Talerico & Selth LLP

Mailing Address: 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Martha Araki

Telephone: ( 310 ) 721-4645     E-mail: maraki@wztslaw.com

Bankruptcy Case #: 6:25-bk-13004-SY     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 07/10/2025   Time: 1:30 pm

Debtor: Fu Bang Group Corp (USA)

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: S. Yun          Courtroom #: RS 302

**TRANSCRIBER:** Ben Hyatt          **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☒ 3 Days   ☐ Entire Hearing
☐ 14 Days   ☐ Next Day (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
           ☐ Other* _____ (name of witness)

*Special Instructions: Calendar 5, 6, 7 heard with Dos Lagos Center 2, LLC

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote <u>prior</u> to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*