# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Thursday, September 25, 2025**                                              **Hearing Room      302**

---

**1:30 PM**
**6:25-13004    Fu Bang Group Corp, USA**                                      **Chapter 11**

Telephonic Hearing

**#5.00    CONT'D STATUS CONFERENCE re: Chapter 11**

**FR. 7/10/25**

**Robyn B Sokol to appear by telephone (424)738-4400**   *Derek Talerico for debtor* ✓
**Jeffrey S Shinbrot to appear by telephone (310)659-5444**

*David Golubchik on the phone* — *First Credit Bank — Najavo Apartnet*
*Nicolas Rubin on the phone — CRO*

Docket    1

*Abram Feuerstein for OUST* ✓

**Matter Notes:**

Status Conference date continued to:    *2-26-26 @1:30pm*

Status Report due:    *2-12-26*

Status Report due:    _____

Set Claims bar date notice deadline:    _____

Set Claims bar date:    _____

Set deadline to Objection to Claims:    _____

Last day to file Plan and Disclosure Statement: _____

   Joint Plan permitted:    _____

Date Disclosure Statement can be heard, if timely filed: _____

   Disclosure Statement to be filed (42 days): _____

   Disclosure Statement Objections filed (14 days): _____

   Disclosure Statement Approved _____

---

## United States Bankruptcy Court
### Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

Thursday, September 25, 2025                                                          Hearing Room    302

1:30 PM
CONT...    **Fu Bang Group Corp, USA**                                                        **Chapter 11**

**Plan Confirmation Hearing:**            _____

    Brief in Support filed:            _____

    Objection filed:                  _____

    Reply filed:                      _____

    Ballot Summary filed:             _____

**Plan Confirmed** _____

**Case Dismissed** _____ **180 day bar** _____ **without 180 day bar**

**Case Converted to Chapter 7:**          _____

**Chapter 11 Trustee Appointed:**         _____

**Hearing continued to:**                 _____

    Brief filed:                      _____

    Opposition filed:                 _____

    Reply filed:                      _____

**Tentative Ruling:**

    The court may take any action specified in the Order Scheduling Chapter 11 Status Conference entered in this case. Specifically, counsel should be prepared to address dismissal, conversion, or appointment of a chapter 11 trustee without further notice.

---

## United States Bankruptcy Court
### Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, September 25, 2025**                                    **Hearing Room    302**

1:30 PM

**CONT...     Fu Bang Group Corp, USA**                                    **Chapter 11**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Fu Bang Group Corp, USA              Represented By
                                     Derrick  Talerico