| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for*: Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____ **DIVISION**

| In re: | CASE NO.: |
|---|---|
| | ADVERSARY NO. (*if applicable*): |
| | CHAPTER: |
| Debtor(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)** |
| Plaintiff(s).<br>vs. | **[LBR 2090-1(b); 9013-1(q)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1.  I, _____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): _____,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2.  I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  I am a lawyer with the following law firm (*specify name and address of law firm*):

4.  I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
    Please see Attachment "A."

5.  I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.  I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7.  I  ☐ have   ☐ have not  been disciplined by any court or administrative body.  ☐ Disciplinary proceedings are pending; details are as follows:

_____

_____

_____

_____

_____

_____

I  ☐ resigned   ☐ did not resign     while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.  The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

Information about Local Counsel:

Name and Bar Number:

Name and Address of law firm:

Telephone number:

Email Address:

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                   Page 2                                   **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _____

*Matt Livingston*
Signature of applicant

_____
Printed name of applicant

**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.

Date: __10/09/2025__

_____
Signature of Local Counsel

_____
Printed name of Local Counsel

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Attachment "A" to Pro Hac Vice Application**

I, Matthew Livingston, am and have been a member of good standing of the Bar of the State of New York since September 12, 2016, where I practice law. I am also admitted to practice law in the following courts:

| State/Court | Date Admitted |
|---|---|
| State of New York | 9/12/2016 |
| US District Court, Southern District of NY | 3/6/2018 |
| US District Court, Eastern District of NY | 8/20/2024 |

I am a member in good standing in each of the foregoing courts. I have never been suspended or disbarred by any court.



U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Matthew Livingston

**Firm Name:** Reid & Wise, LLC

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 6:25-bk-13004-SY

**Party Name:** Secured Creditors Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu

**Tracking Number:** PHV-251009-000-0794

**Pay.gov Tracking ID:** 27S502VM

**Amount:** $500

**Date:** 10/9/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Payment | Lawyer Representatives | |
| Facilities | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to | |
| Statistical Reports | Security | Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier | |
| | Checking Status / Confirming | Password Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Reid & Wise, LLC, One Penn Plaza, Ste 2015, New York, NY 10119

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/09/2025   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/09/2025   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/09/2025 | YING FAN, OU | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**In re Fu Bang Group Corp, USA**
**Case No. 6:25-bk-13004-SY**

**NEF Service List**

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC**: Derrick Talerico: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- **Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company**: David B Golubchik: dbg@lnbyg.com
- **Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney**: Dennette A Mulvaney: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- **Attorneys for Creditor Na Jiang**: Jeffrey S Shinbrot: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- **On behalf of the U.S. Trustee (RS)**: Abram Feuerstein, Everett L Green, Ali Matin: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov
- **US Trustee's Office (RS)**: ustpregion16.rs.ecf@usdoj.gov

# In re Fu Bang Group Corp, USA
# Case No. 6:25-bk-13004-SY

# US Mail Service List

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Thu Sep 18 09:17:39 PDT 2025

Dos Lagos Center 2, LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Force Ten Partners LLC
5271 California Avenue Suite 270
Irvine, CA 92617-3222

Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629

Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Bank of America
PO Box 672050
Dallas, TX 75267-2050

Bin Lin
122 Turquoise
Irvine, CA 92620-2235

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320

Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035

First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402

Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728

Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201

Mingxia Lu et al (11 Judgment Creditors)
Zheng Gao, Esq., Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119
NY, NY 10119-2002

Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 OPMB 1
Irvine, CA 92612-1001

Peter Y Hong
150 North Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

Sparknest, LLC
c/o David Golubchik. Esq.
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave.
Los Angeles, CA 90034-2618

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126

YUNYI LIANG
4 VENTURE
IRVINE CA 92618-3338

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)First Credit Bank

(u)Dennette A. Mulvaney

(u)Na Jiang

End of Label Matrix
Mailable recipients    49
Bypassed recipients     4
Total                  53