**REID & WISE, LLC**
SIYAO LIN (SBN: 355138)
slin@reidwise.com
One Penn Plaza, Ste 2015
New York, NY 10119

Attorney for Secured Creditors Mingxia Lu,
Guangquan Liang, Cheukhing Lau, Saiying
Xiao, Yiyi Liang, Lin Li, Haifeng Zhang,
Lijuan Ye, Haochang Huang, Dabao Guan, and
Cong Liu

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—RIVERSIDE Division

| | |
|---|---|
| In Re:<br><br>FU BANG GROUP CORP, USA, | Case No.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters its appearance for secured creditors Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu ("Lu *et al.*"), pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 3017, 9007, and 9010, and section 342 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Central District of California, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon secured creditors Lu *et al.* through their undersigned counsel, as follows:

Siyao Lin
**Reid & Wise, LLC**
One Penn Plaza, Ste 2015
New York, NY 10119
slin@reidwise.com

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of secured creditors Lu *et al.*'s substantive or procedural rights, including without limitation, Lu *et al.*'s rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases; (v) to have documents served in accordance with Bankruptcy rule 7004 and rule 4 of the Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which secured creditors Lu *et al.* are or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that, this request encompasses all notices, copies and pleadings referred to in the Bankruptcy Rules, Local Rules, and sections of the Bankruptcy Code specified above, including, without limitation, any and all notices of any orders, motions, demands, complaints, schedules, petitions, pleadings, plans of reorganization, disclosure

1

statements, letters, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced chapter 11 case and any proceedings related thereto or otherwise which affect or seek to affect these cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney consents to service via the Case Management/Electronic Case Files system for this chapter 11 case except for service of process.

**PLEASE TAKE FURTHER NOTICE** the undersigned further requests to be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned chapter 11 case.

Dated: September 26, 2025

REID & WISE, LLC

By: */s/ Siyao Lin*
    Siyao Lin
Attorney for Secured Creditors
Mingxia Lu, Guangquan Liang,
Cheukhing Lau, Saiying Xiao, Yiyi
Liang, Lin Li, Haifeng Zhang,
Lijuan Ye, Haochang Huang,
Dabao Guan, and Cong Liu

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Reid & Wise, LLC, One Penn Plaza, Ste 2015, New York, NY 10119

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE _____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/09/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __10/09/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/09/2025 | YING FAN , OU | *signature* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**In re Fu Bang Group Corp, USA**
**Case No. 6:25-bk-13004-SY**

### NEF Service List

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC**: Derrick Talerico: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- **Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company**: David B Golubchik: dbg@lnbyg.com
- **Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney**: Dennette A Mulvaney: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- **Attorneys for Creditor Na Jiang**: Jeffrey S Shinbrot: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- **On behalf of the U.S. Trustee (RS)**: Abram Feuerstein, Everett L Green, Ali Matin: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov
- **US Trustee's Office (RS)**: ustpregion16.rs.ecf@usdoj.gov

# In re Fu Bang Group Corp, USA
# Case No. 6:25-bk-13004-SY

# US Mail Service List

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Thu Sep 18 09:17:39 PDT 2025

Dos Lagos Center 2 LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Force Ten Partners LLC
5271 California Avenue Suite 270
Irvine, CA 92617-3222

Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629

Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Bank of America
PO Box 672050
Dallas, TX 75267-2050

Bin Lin
122 Turquoise
Irvine, CA 92620-2235

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320

Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035

First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402

Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728

Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201

Mingxia Lu et al (11 Judgment Creditors)
Zheng Gao, Esq., Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119
NY, NY 10119-2002

Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 0PMB 1
Irvine, CA 92612-1001

Peter Y Hong
150 North Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

Sparknest, LLC
c/o David Golubchik. Esq.
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave.
Los Angeles, CA 90034-2618

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126

YUNYI LIANG
4 VENTURE
IRVINE CA 92618-3338

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)First Credit Bank

(u)Dennette A. Mulvaney

(u)Na Jiang

End of Label Matrix
Mailable recipients    49
Bypassed recipients     4
Total                  53