| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>REID & WISE, LLC<br>SIYAO LIN (SBN: 355138)<br>slin@reidwise.com<br>One Penn Plaza, Ste 2015<br>New York, NY 10119<br><br><br><br>☐  Individual *appearing without an attorney*<br>☑  *Attorney for:* Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION**

| In re:<br><br>FU BANG GROUP CORP, USA,<br><br><br><br><br>Debtor(s) | CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>MATTHEW LIVINGSTON'S APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S) |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON MATTHEW LIVINGSTON'S APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)</u> was lodged on (*date*) <u>October 9, 2025</u> and is attached.  This order relates to the motion which is docket number <u>115</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Exhibit A

Proposed Order

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, October 09, 2025

CONFIRMATION :

 Your Lodged Order Info:

( **11334013.doc** )
 A new order has been added

- **Office**: Riverside
- **Case Title**: Fu Bang Group Corp, USA
- **Case Number**: 25-13004
- **Judge Initial**: SY
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 115
- **On Date**: 10/09/2025 @ 09:20 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**REID & WISE, LLC**<br>SIYAO LIN (SBN: 355138)<br>slin@reidwise.com<br>One Penn Plaza, Ste 2015<br>New York, NY 10119<br><br>☑ *Attorney for*:  Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -<u>RIVERSIDE</u> DIVISION

| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>Debtor(s)<br><br><br>Plaintiff(s)<br>vs.<br><br><br>Defendant(s) | CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>ADVERSARY NO. (*if applicable*):<br><br>### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE<br><br>### [LBRs 2090-1(b) and 9013-1(q)]<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  <u>Matthew Livingston</u> may appear on behalf of the following party Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                    **F 2090-1.2.ORDER.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Reid & Wise, LLC, One Penn Plaza, Ste 2015, New York, NY 10119

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MATTHEW LIVINGSTON'S APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR
DVERSARY PROCEEDING(S)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__10/09/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

See attached NEF Service List

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __10/09/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/05/2025__, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/09/2025 | YING FAN, OU | *signature* |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**In re Fu Bang Group Corp, USA**
**Case No. 6:25-bk-13004-SY**

**NEF Service List**

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC**: Derrick Talerico: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- **Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company**: David B Golubchik: dbg@lnbyg.com
- **Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney**: Dennette A Mulvaney: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- **Attorneys for Creditor Na Jiang**: Jeffrey S Shinbrot: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- **On behalf of the U.S. Trustee (RS)**: Abram Feuerstein, Everett L Green, Ali Matin: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov
- **US Trustee's Office (RS)**: ustpregion16.rs.ecf@usdoj.gov

# In re Fu Bang Group Corp, USA
# Case No. 6:25-bk-13004-SY

# US Mail Service List

Label Matrix for local noticing
0973-6
Case 6:25-bk-13004-SY
Central District of California
Riverside
Thu Sep 18 09:17:39 PDT 2025

Dos Lagos Center 2 LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Force Ten Partners LLC
5271 California Avenue Suite 270
Irvine, CA 92617-3222

Fu Bang Group Corp, USA
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629

Sparknest, LLC, a Delaware Limited Liability
c/o Rika M. Kido, Esq.
100 Spectrum Center Drive
Suite 600
Suite 600
Irvine, CA 92618-4969

Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Bank of America
PO Box 672050
Dallas, TX 75267-2050

Bin Lin
122 Turquoise
Irvine, CA 92620-2235

California Dept of Tax & Fee Admin
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

California Receivership Group BC
Attn Mark S Adams
3435 Ocean Park Blvd Ste 107
Santa Monica, CA 90405-3320

Central Trading
Attn Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Chen Yu
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Dos Lagos Center 1 LP
Attn Bo Don
426 Odyssey Dr Unit 116
Corona, CA 92883

Dos Lagos Center 2 LP
Attn Bo Don
4260 Odyssey Dr Unit 116
Rowland Heights, CA 92883

Dos Lagos Center 3 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 4 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Center 5 LP
Attn Bo Don
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629

Dos Lagos Realty & Co (WFCMD)
Attn Yu Chen
2786 Evan Ln Unit 101
Corona, CA 92883-5605

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035

First Credit Bank
Attn Kam Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Grand United Builder Inc
Attn Danny Liwu He CEO
132 E Las Tunas Dr
San Gabriel, CA 91776-1402

Hua YiXu / Ge Shixuan
4260 Odyssey Dr Unit 116
Corona, CA 92883

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518

Micah Property LLC
Attn Lucy Seh
136 N Grand Ave Unit 235
West Covina, CA 91791-1728

Mingxia Lu et al
Attn Chris C Han
Han LLP
515 S Flower St 18th FL
Los Angeles, CA 90071-2201

Mingxia Lu et al (11 Judgment Creditors)
Zheng Gao, Esq., Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119
NY, NY 10119-2002

Na Jiang
Attn Robert Harlan
Harlan Legal PC
2102 Business Center Dr # 13 OPMB 1
Irvine, CA 92612-1001

Peter Y Hong
150 North Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

RDD Freight International (LA) Inc
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318

Richard H Huang
102 Summitridge Dr
Diamond Bar, CA 91765

Riverside County Sheriffs Office
4095 Lemon St 4th FL
Riverside, CA 92501-3688

Riverside County Treasurer-Tax Collector
PO Box 12005
Riverside, CA 92502-2205

SZ Properties LLC
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Shulman Bastian Friedman & Bui LLP
Attn Rika M Kido
100 Spectrum Center Dr Ste 600
Irvine, CA 92618-4969

Sierra Home Material Trade Inc
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

Sparknest LLC
Attn Managing Member
8 The Green Ste A
Dover, DE 19901-3618

Sparknest, LLC
c/o David Golubchik. Esq.
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave.
Los Angeles, CA 90034-2618

Twen Ma Architects
17200 Red Hill Ave
Irvine, CA 92614-5628

US Discount Center Corp
Attn Anthony Zhang
125 Vineland Ave
La Puente, CA 91746-2318

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Xiaoyan Tang
Attn Richard Song
6230 Wilshire Blvd No 157
Los Angeles, CA 90048-5126

YUNYI LIANG
4 VENTURE
IRVINE CA 92618-3338

Zhang Lang
125 Vineland Ave
La Puente, CA 91746-2318

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)First Credit Bank

(u)Dennette A. Mulvaney

(u)Na Jiang

End of Label Matrix
Mailable recipients    49
Bypassed recipients     4
Total                  53