Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
REID & WISE, LLC
SIYAO LIN (SBN: 355138)
slin@reidwise.com
One Penn Plaza, Ste 2015
New York, NY 10119

☑ *Attorney for*:  Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

In re:

FU BANG GROUP CORP, USA,

                                          Debtor(s)

                                          Plaintiff(s)
                    vs.

                                          Defendant(s)

CASE NO.: 6:25-bk-13004-SY

CHAPTER: 11

ADVERSARY NO. (*if applicable*):

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**

**[LBRs 2090-1(b) and 9013-1(q)]**

[No hearing required per LBR 2090-1(b)(6)]

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). [Docket no. 125]. For good cause appearing,

///

///

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Matthew Livingston may appear on behalf of the following party Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:  N/A

###

Date: October 14, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                    **F 2090-1.2.ORDER.NONRES.ATTY**