Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

REID & WISE, LLC
SIYAO LIN (SBN: 355138)
slin@reidwise.com
One Penn Plaza, Ste 2015
New York, NY 10119

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

☑ *Attorney for*:  Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

In re:

FU BANG GROUP CORP, USA,

Debtor(s)

Plaintiff(s)

vs.

Defendant(s)

CASE NO.: 6:25-bk-13004-SY

CHAPTER: 11

ADVERSARY NO. (*if applicable*):

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**

**[LBRs 2090-1(b) and 9013-1(q)]**

[No hearing required per LBR 2090-1(b)(6)]

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). [Docket no. 116]. For good cause appearing,

///

///

///

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                            **F 2090-1.2.ORDER.NONRES.ATTY**

IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): <u>Zheng Gao</u> may appear on behalf of the following party <u>Mingxia Lu, Guangquan Liang, Cheukhing Lau, Saiying Xiao, Yiyi Liang, Lin Li, Haifeng Zhang, Lijuan Ye, Haochang Huang, Dabao Guan, and Cong Liu</u> in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: <u>N/A</u>

###

Date: October 14, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                               **F 2090-1.2.ORDER.NONRES.ATTY**