Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP (USA),<br><br>            Debtor. | Lead Case No. 6:25-bk-13004-SY<br><br>Chapter 11 |
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>            Debtor. | Jointly Administered with:<br>Case No. 6:25-bk-13642-SY |
| ☒ Affects All Debtors.<br>☐ Affects Fu Bang Group Corp (USA)<br>        Case No. 6:25-bk-13004-SY.<br>☐ Affects Dos Lagos Center 2, LLC<br>        Case No. 6:25-bk-13642-SY.<br><br>            Debtors. | **DEBTORS' CHAPTER 11 STATUS REPORT – MARCH 2026**<br><br>Hearing:<br>Date:         March 5, 2026<br>Time:        1:30 p.m.<br>Crtrm:      302<br>                3420 Twelfth Street<br>                Riverside, CA 92501 |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

        Fu Bang Group Corp, USA, debtor and debtor in possession herein ("*Fu Bang*") and Dos Lagos Center 2, LLC ("*DLC2*," together with Fu Bang, the "*Debtors*"), hereby files their Chapter 11 Status Report.

**A.    Brief Description of the Debtors' Business and Operations**

Debtors own two contiguous parcels of real property in Corona, CA which comprise an intended "live work play" commercial and residential development known as "Dos Lagos." The Fu Bang property was planned for 94 units and a common area swimming pool. The DLC2 property would contain a hotel. Fu Bang and DLC2 share common but not identical ownership. At the time of the bankruptcy filing, 51 of the 94 units had been constructed ("*Phase One*") and are occupied by tenants, management, investors, or available to rent. The "Phase Two" area intended for 43 additional units has utility infrastructure but is otherwise undeveloped. Fu Bang's current business and operations are managing the Phase One units.

**B.    Operations in Bankruptcy**

**1.    Property Manager – Sares Regis Group**

Upon taking over the operations and management of the Debtors' property, Chief Restructuring Officer Nicholas Rubin ("*CRO*") determined that Fu Bang was in immediate need of a professional property management company to manage the tenancy and address regular care and maintenance. Together with Force 10 real estate professionals, the CRO interviewed a number of property management firms and ultimately selected Sares Regis Group ("*SRG*") who were employed on the terms set forth in this Court's Order Approving Employment of Sares Regis [Dkt. 124]. SRG has provided reliable and professional 24/7 on-site property management services to Fu Bang that has stabilized revenue, addressed health and safety issues, which has not only preserved but increased value for the estate. SRG has established accounting records and an operating budget; completed a whole-property lease audit; established risk management protocol and incident log; setup vendors through SRG with proper insurance; transferred utilities to SRG; obtained access control of all units; and conducts regular maintenance and repairs of facilities.

**2.    Stabilizing Tenancy**

When SRG assumed management of the property rent collection was approximately $84,000 per month and intermittent throughout the month. SRG is now regularly collecting approximately $104,000 per month with collections at the beginning of the month. SRG prepared 3 vacant units for move-in and lease. Two units remain vacant along with a third unit that was

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

recently recovered from an eviction. These units require approximately $15,000 of improvements each to bring to a leaseable condition and remain off-line for the time being.

### 3.    Inspections, Compliance, and Safety

The properties compliance with city and county requirements was severely delinquent. The CRO and SRG have overseen and addressed all reporting and compliance issues to bring the property in good operating standing. The issues addressed include annual fire inspections; back flow compliance for sewage at each unit; SB721 balcony inspections. SRG has also overseen remediation of units with water and mold damage. Issues existing at the pool at the time of the CRO's assumption of duties were initially addressed, but the pool is currently out of operation at more significant capital expense is required to maintain the pool in a safe and compliant condition.

### 4.    Occupied Non-Tenancy Units

The CRO and SRG have investigated eight units that are occupied without leases, each of which are purportedly associated with EB5 investors (the "***Non-Tenancy Units***"). The CRO has determined that these occupants do not have a right to possession and will immediately begin unlawful detainer proceedings if the current occupants do not agree to and honor a lease agreement.

### 5.    Cash Collateral

Fu Bang was operating on an approved budget that expired in October. The Debtor has developed a revised budget (attached as **Exhibit 1**) that reflects the now known costs of operating the property. The CRO is communicating with the secured lenders for approval to use cash collateral pursuant to the new budget. Although the Debtor does not have authorization to use cash collateral at the moment, the secured lenders are aware of the use of cash collateral, have not asked the Debtor to discontinue the use of cash collateral, and remain engaged in discussions for approval for use of cash collateral.

## C.    DIP / Exit Financing and the Plan

In consultation with SRG and Force 10 experts, the CRO has developed a plan to maximize the value of the Debtors' property and create a return for unsecured creditors that requires a capital infusion and 18-30 months of hold time. The CRO is working with no less than half a dozen interested DIP lenders who would finance a take-out of the first and second lienholders and

outstanding taxes, and fund the capital needed to execute on the CRO's plan. The plan (the "***Plan***") will call for a division of the Fu Bang property into an un-built parcel and the completed parcel. This process is anticipated to take 12-24 months. The unbuilt parcel would be marketed and sold together with the Dos Lago raw land to a developer. The Fu Bang parcel with the completed units would be marketed and sold to an operator. Targeted capital improvements would be completed that can be expected to create a net positive increase to the purchase price of the parcels.

As it stands, the value of the Debtors' property is uncertain and could range anywhere from $11.5 million to in excess of $20 million. What is certain is that without the power of the bankruptcy court to strike liens and approve the Plan, there will be no recovery for unsecured creditors. Through efforts of the CRO and Bo Don, three to four groups have expressed interest in purchasing the property and have come on-site to inspect the property. Pre-inspection indications of value were indicated to be in the $13 - $15 million range. Following inspections, the Debtor received only one offer: $9 million for the Fu Bang property and $2.5 million for the Dos Lagos property (to be sold together).

The CRO has determined that the Plan is the best means to provide full recovery to the legitimate secured lienholders and will also provide a meaningful recovery to unsecured creditors in an expected range of 20-50% of allowed general unsecured claims. However, the Plan requires capital to be committed based not upon the current value of the property, but the prospective value proposition created by the Plan. In order to secure the financing needed on a prospective value basis, every lender requires certain property inspections and reports to establish the viability of the project envisioned by the Plan. This includes: ALTA Survey - $20-25k (30-45 days); Phase I Environmental Site Assessment - $7.5k (30 days); Land Use Memo - $20-25k (30-45 days); Site Plan - $7.5k (30 days); civil engineering due diligence - $15k (30 days) (collectively, the "***Reports***"). The CRO is discussing a special authorization for use of cash collateral with the senior lienholders to allow the Debtor to fund these Reports. In addition, in order to fund a DIP loan, lenders require a resolution of the Non-Tenancy Units to provide comfort that there will not be title issues that could compromise the value proposition offered by the Plan.

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**D.    Junior Liens**

The Debtor has commenced an adversary proceeding (Case No. 25-ap-01132, the "*Adversary*") against Lang Zhang and a number of related entities (the "*Lang Zhang Defendants*") that have asserted claims and liens against Fu Bang and its real property (the "*Lang Zhang Claims*"). The Debtor has contested the amounts of certain of the Lang Zhang Claims and has challenged all of the liens alleged by the Lang Zhang Claims, asking the Court to set them aside. Fu Bang's counsel is engaged with counsel to the Lang Zhang Defendants to resolve the Adversary and is hopeful resolution can be reached without extensive litigation.

**E.    EB5 Claims**

Twelve EB5 investors (the "*EB5 Plaintiffs*") brought suit again and obtained a judgment in 2024 that is currently a third priority lien against the Fu Bang property (the ("*EB5 Judgment Lien*"). The EB5 Judgment Lien create disparate rights/outcomes among the Debtor's EB5 investors, which the Debtor believes establishes grounds for equitable subordination. The Debtor has had extensive discussions and negotiations with counsel to the EB5 Plaintiffs and believes a controlling interest of the EB5 Judgment Lien will support a plan that will treat all EB5 claim holders as general unsecured creditors.

Another EB5 investor, Xiaoyan Tang ("*Tang*") also obtained a judgment against Fu Bang prior to bankruptcy. The Debtor reached an agreement with Tang for Tang to support a plan that will treat all EB5 claim holders as general unsecured creditors.

**F.    The Debtor's Estimate Regarding Timing for DIP Financing and Plan Confirmation**

Assuming the Debtor obtains the Reports, the CRO intends to bring a motion to approve DIP financing within six to eight weeks. An amended Plan could run parallel to the DIP financing motion, which would lead to a potential confirmation hearing in August 2026.

Dated: March 3, 2026          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By */s/ Derrick Talerico*
          Derrick Talerico
          Counsel to Fu Bang Group Corp, USA, and
          Dos Lagos Center 2, LLC,
          Debtors and Debtors in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# EXHIBIT 1

# Budget

EXHIBIT 1 - Page 6

**FU BANG GROUP CORP, USA Cash Flow Budget**
*4 Month Budget*
DRAFT Dated Feburary 5, 2026

**Reporting period**

**January 2026 to April 2026**

| | Month 1 2026 Jan 01/31/26 Budget | Month 2 2026 Feb 02/28/26 Budget | Month 3 2026 Mar 03/31/26 Budget | Month 4 2026 Apr 04/30/26 Budget | Cumulative Jan to Apr Budget |
|---|---|---|---|---|---|
| **Rental Income** | | | | | |
| Apartment Rent | 106,897 | 104,635 | 104,635 | 102,094 | 418,260 |
| Other Income | - | - | - | - | - |
| **RENTAL INCOME** | **106,897** | **104,635** | **104,635** | **102,094** | **418,260** |
| **Property Operating Expenses** | | | | | |
| Payroll | (16,305) | (23,065) | (16,413) | (16,413) | (72,196) |
| Marketing | (3,275) | (3,275) | (4,125) | (4,125) | (14,799) |
| Turnover Costs | - | - | - | - | - |
| Repairs & Maintenance | (6,484) | (11,058) | (9,493) | (9,493) | (36,529) |
| Startup Costs for Property Manager | - | - | - | - | - |
| Capital Repairs & Replacements | (5,000) | (15,000) | (15,000) | (5,000) | (40,000) |
| Utilities | (5,772) | (5,772) | (5,772) | (5,772) | (23,088) |
| General & Administrative | (1,728) | (1,728) | (1,728) | (1,728) | (6,912) |
| Management Fee | (9,000) | (9,000) | (9,000) | (9,000) | (36,000) |
| **PROPERTY OPERATING EXPENSES** | **(47,564)** | **(68,897)** | **(61,531)** | **(51,531)** | **(229,524)** |
| **Property Operating Cash Flow** | **59,333** | **35,737** | **43,103** | **50,563** | **188,736** |
| **Detor Operating Expenses** | | | | | |
| Taxes & Insurance | (2,019) | (2,019) | (2,019) | (2,019) | (8,076) |
| Protective Payments | (20,000) | (20,000) | (20,000) | (20,000) | (80,000) |
| HOA | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) |
| Other | (250) | (250) | (250) | (250) | (1,000) |
| **DEBTOR OPERATING EXPENSES** | **(23,269)** | **(23,269)** | **(23,269)** | **(23,269)** | **(93,076)** |
| **Total Cash Flow** | **36,064** | **12,468** | **19,834** | **27,294** | **95,660** |
| **Professional and Restructuring Fees** | | | | | |
| **Debtor Professionals** | | | | | |
| Weintraub Zolkin Talerico & Selth LLP | - | - | - | - | - |
| Force Ten Partners LLC | - | - | - | - | - |
| Other Professionals | - | - | - | - | - |
| **Ch. 11 Related Expenses** | | | | | - |
| Office of the U. S. Trustee | (1,600) | - | - | (1,250) | (2,850) |
| **PROFESSIONAL AND RESTRUCTURING FEES** | **(1,600)** | **-** | **-** | **(1,250)** | **(2,850)** |
| **Cash** | | | | | |
| Beginning Cash | 313,787 | 348,251 | 360,719 | 380,554 | 313,787 |
| Ending Cash | 348,251 | 360,719 | 380,554 | 406,597 | 406,597 |

**EXHIBIT 1 - Page 7**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 3, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  March 3, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott Yun                          (via Messenger)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA and Dos Lagos Center 2, LLC (Jointly Administered)   Lead Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Defendants Central Trading Corp., RDD Freight International (LA) Inc., SZ Properties LLC, Sierra Home Material Trade Inc., U.S. Discount Center Corp. and Lang Zhang</u>: **Paul A Beck**: pab@pablaw.org; raychael@pablaw.org
- <u>Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company</u>: **David B Golubchik**: dbg@lnbyg.com
- <u>Attorneys for Creditors Cheukhing Lau, Cong Liu, Dabao Guan, Guangquan Liang, Haifeng Zhang, Haochang Huant, Lijuan Ye, Lin Li, Mingxia Lu, Saiying Xiao, and Yiyi Liang</u>: **Siyao Lin**: lin.silvacy@gmail.com
- <u>Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney</u>: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>On behalf of the U.S. Trustee (RS)</u>: **Abram Feuerstein, Ali Matin**: abram.s.feuerstein@usdoj.gov; ali.matin@usdoj.gov
- <u>US Trustee's Office (RS)</u>: ustpregion16.rs.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.