# United States Bankruptcy Court
## Central District of California
### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

**Thursday, June 4, 2026**          **Hearing Room 302**

1:30 PM

**6:25-13004**    **Fu Bang Group Corp, USA**          **Chapter 11**

Telephonic Hearing

#2.00    Debtor's Motion for Entry of Order Approving Second
Stipulation Authorizing Use of Cash Collateral

**Derrick Talerico to appear by telephone (310)403-0090** *~debtor*
**Dennette A Mulvaney to appear by telephone (310)730-7020** *~First Credit Bank*
David Gdubonik on the phone - *Apartment*

Docket 155

**Matter Notes:**

     **GRANTED:** ✓             **DENIED:** _____

**CONT'D. TO:** _____

     **Briefing filed:** _____

     **Opposition filed:** _____

     **Reply filed:** _____

**WITHDRAWN:** _____

     **Order Lodged by:** *debtor's counsel*

**Tentative Ruling:**

No judge's copy of the motion was provided. This is a warning. Future
failure to comply with LBR 5005-2(d) and The Central Guide Section
2-02 TCG Supplement: Serving a Judge's Copy may result in the hearing
being vacated. See Judge Yun's Judicial Variance Statement.

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, June 4, 2026**                                                      **Hearing Room      302**

1:30 PM
CONT...       **Fu Bang Group Corp, USA**                                              **Chapter 11**

**Party Information**

**Debtor(s):**

Fu Bang Group Corp, USA                    Represented By
                                           Derrick  Talerico

**Movant(s):**

Fu Bang Group Corp, USA                    Represented By
                                           Derrick  Talerico