Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Fu Bang Group Corp, USA
Debtor and Debtor in Possession

FILED & ENTERED

JUL 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason     DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP (USA),<br><br>Debtor.<br><br>In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>Debtor.<br><br>☐ Affects All Debtors.<br>☒ Affects Fu Bang Group Corp (USA)<br>　　Case No. 6:25-bk-13004-SY.<br>☐ Affects Dos Lagos Center 2, LLC<br>　　Case No. 6:25-bk-13642-SY.<br><br>Debtors. | Lead Case No. 6:25-bk-13004-SY<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 6:25-bk-13642-SY<br><br>**ORDER GRANTING APPLICATION OF DEBTOR FU BANG GROUP CORP (USA) TO EMPLOY COX, CASTLE & NICHOLSON LLP AS SPECIAL COUNSEL TO ADVISE ON LAND USE ISSUES**<br><br>[No Hearing Requested or Held Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

On June 24, 2026, Fu Bang Group Corp, USA ("Debtor"), debtor and debtor-in-possession in the above-captioned bankruptcy case, filed and served its *Application for Entry of an Order Authorizing Fu Bang Group Corp (USA) to Employ Cox, Castle & Nicholson LLP as Special Counsel to Advise on Land Use Issues* [Docket No. 160] ("Application") and *Notice of Application for Entry of an Order Authorizing Fu Bang Group Corp (USA) to Employ Cox, Castle & Nicholson LLP as Special Counsel to Advise on Land Use Issues* [Docket No. 163]. No

opposition or request for hearing was filed with the court or served upon the Debtor. Having reviewed the Application, and the record in this case, notice being proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Application is granted and the Debtor is authorized to employ Cox, Castle & Nicholson LLP as special land use counsel, effective as of May 1, 2026. Payment of all compensation and reimbursement of expenses shall only be upon further application and approval of this court in conformity with the requirements of 11 U.S.C. §§ 327, 330, and 331.

###

Date: July 23, 2026

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
ORDER GRANTING APPLICATION TO EMPLOY COX, CASTLE & NICHOLSON LLP