**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Thursday, August 27, 2026** **Hearing Room 302**

1:30 PM

**6:25-13004** **Fu Bang Group Corp, USA** **Chapter 11**

Telephonic Hearing

Derrick Talerico for Debtor

**#13.00** CONT'D STATUS CONFERENCE re: Chapter 11

**FR. 7/10/25; 9/25/25; 2/26/26; 3/5/26; 5/7/26**

**Ali Matin to appear by telephone (951)276-6990** - UST
**Dennette A Mulvaney to appear by telephone (310)730-7020** - First Credit Bank
**David B Golubchik to appear by telephone (310)229-1234** - Sparknet
**Xinyuan (Echo) Zhang to appear by telephone (206)627-0681 - Listen Only** -
Sang L Zhen on the phone - judgment creditor

Docket 1

**Matter Notes:**

**Status Conference date continued to:** 9-17-26 @ 1:30pm

**Status Report due:** N/A

**Status Report due:** ______

**Set Claims bar date notice deadline:** ______

**Set Claims bar date:** ______

**Set deadline to Objection to Claims:** ______

**Last day to file Plan and Disclosure Statement:** ______

**Joint Plan permitted:** ______

**Date Disclosure Statement can be heard, if timely filed:** ______

**Disclosure Statement to be filed (42 days):** ______

**Disclosure Statement Objections filed (14 days):** ______

**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Thursday, August 27, 2026** **Hearing Room 302**

1:30 PM
**CONT...** **Fu Bang Group Corp, USA** **Chapter 11**

**Disclosure Statement Approved** ________________________

**Plan Confirmation Hearing:** ________________________

**Brief in Support filed:** ________________________

**Objection filed:** ________________________

**Reply filed:** ________________________

**Ballot Summary filed:** ________________________

**Plan Confirmed** ________________________

**Case Dismissed** ________________________

**with 180 day bar** ____________ **without 180 day bar**____________

**Case Converted to Chapter 7:** ________________________

**Chapter 11 Trustee Appointed:** ________________________

**Hearing continued to:** ________________________

**Brief filed:** ________________________

**Opposition filed:** ________________________

**Reply filed:** ________________________

**Tentative Ruling:**

The court may take any action specified in the Order Scheduling Chapter 11 Status Conference entered in this case. Specifically, counsel should be prepared to address dismissal, conversion, or appointment of a chapter 11

1:30 PM
**CONT... Fu Bang Group Corp, USA** **Chapter 11**

trustee without further notice.

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**

**Debtor(s):**

| | |
|---|---|
| Fu Bang Group Corp, USA | Represented By<br>Derrick Talerico<br>Paige T Rolfe |