Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

FOR COURT USE ONLY

☐ *Individual appearing without attorney*
● *Attorney for:* Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

In re:

FU BANG GROUP CORP (USA),
Lead Case No. 6:25-bk-13004-SY

Jointly administered with:

DOS LAGOS CENTER 2, LLC,
Case No. 6:25-bk-13642-SY

Debtor(s).

CASE NO.: 6:25-bk-13004-SY (Lead Case)
CHAPTER: 11

# NOTICE OF SALE OF ESTATE PROPERTY

| | |
|---|---|
| **Sale Date:** November 5, 2026 | **Time:** 1:30 p.m. |
| **Location:** Courtroom 302. United States Bankruptcy Court. 3420 Twelfth Street. Riverside. CA 92501 | |

**Type of Sale**: ☐ Public ☑ Private **Last date to file objections**: October 22, 2026

**Description of property to be sold**:
Real property in Corona, California, consisting of: (i) the parcel owned by Fu Bang Group Corp (USA), APN 279-460-064, and (ii) the adjacent undeveloped parcel owned by Dos Lagos Center 2, LLC, APN 279-460-063, together with the improvements, fixtures, and appurtenances; the Debtors' personal property used exclusively at the real property; the leases and contracts listed on Schedules 1 and 2 to the Purchase and Sale Agreement, which will be assumed and assigned to the buyer; and transferable intangible property relating exclusively to the real property.

**Terms and conditions of sale**: Private sale to Real Estate Income Fund I LLC ("REIF")
Sale under the Purchase and Sale Agreement dated September 17, 2026, as amended. All cash at closing. REIF's $300,000 deposit is in escrow and becomes non-refundable on entry of the sale order, except for seller default. The only condition to closing is entry of the sale order; there is no financing, inspection, title, environmental, appraisal, or diligence contingency. The sale is "as is, where is." Closing will occur on a date REIF designates, no later than the later of December 31, 2026 and 15 business days after the sale order becomes final. REIF pays all closing costs. The estates pay no broker commission and no cure costs. The undisputed secured claims (property taxes and the undisputed amounts of the First Credit

**Proposed sale price**: $20,750,000.00

**Overbid procedure (*if any*)**: None. The sale is not subject to overbid.

REIF's offer was made on the condition that it not be exposed to competitive bidding. The Debtors have determined in their business judgment that accepting it is in the best interest of the estates.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Hearing: November 5, 2026, at 1:30 p.m., Courtroom 302, United States Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501.

The Debtors seek to sell the property free and clear of all liens, claims, encumbrances, and interests under 11 U.S.C. § 363(f), subject only to the Permitted Exceptions defined in the Purchase and Sale Agreement. Liens not paid at closing attach to the sale proceeds with the same validity, extent, and priority as against the property. Responses are due by October 22, 2026.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552
Email: dtalerico@wztslaw.com

Date: 10/15/2026

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Boulevard, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/15/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/15/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

(via Priority Mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/15/2026 | Martha E. Araki | /s/ Martha E. Araki |
| *Date* | *Printed Name* | *Signature* |

In re Fu Bang Group Corp, USA and Dos Lagos Center 2, LLC (Jointly Administered) Lead Case No. 6:25-bk-13004-SY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Defendants Central Trading Corp., RDD Freight International (LA) Inc., SZ Properties LLC, Sierra Home Material Trade Inc., U.S. Discount Center Corp. and Lang Zhang: **Paul A Beck**: pab@pablaw.org; raychael@pablaw.org
- Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company: **David B Golubchik**: dbg@lnbyg.com
- Attorneys for Creditors Cheukhing Lau, Cong Liu, Dabao Guan, Guangquan Liang, Haifeng Zhang, Haochang Huant, Lijuan Ye, Lin Li, Mingxia Lu, Saiying Xiao, and Yiyi Liang: **Siyao Lin**: lin.silvacy@gmail.com
- Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- Attorneys for Creditor Na Jiang: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- Interested Party/Courtesy NEF: **Xinyuan Zhang**: echozhang@shanzepartners.com; leowang@shanzepartners.com; siyunli@shanzepartners.com
- On behalf of the U.S. Trustee (RS): **Abram Feuerstein, Ali Matin**: abram.s.feuerstein@usdoj.gov; ali.matin@usdoj.gov
- US Trustee's Office (RS): ustpregion16.rs.ecf@usdoj.gov