Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors and Debtors in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP (USA),<br><br>Debtor. | Lead Case No. 6:25-bk-13004-SY<br><br>Chapter 11 |
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>Debtor. | Jointly Administered with:<br>Case No. 6:25-bk-13642-SY |
| ☒ Affects All Debtors.<br>☐ Affects Fu Bang Group Corp (USA) Case No. 6:25-bk-13004-SY.<br>☐ Affects Dos Lagos Center 2, LLC Case No. 6:25-bk-13642-SY.<br><br>Debtors. | **DEBTORS' CHAPTER 11 STATUS REPORT – OCTOBER 2026**<br><br>Hearing:<br>Date: October 22, 2026<br>Time: 1:30 p.m.<br>Crtrm: 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Fu Bang Group Corp, USA, debtor and debtor in possession herein ("***Fu Bang***") and Dos Lagos Center 2, LLC ("***DLC2***," together with Fu Bang, the "***Debtors***"), hereby files their Chapter 11 Status Report to update the Court and interested parties on the status of the Debtors' Chapter 11 bankruptcy cases and the related adversary proceeding.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**A.** ***Motion to Sell Property***

Debtors own two contiguous parcels of real property in Corona, CA which comprise an intended “live work play” commercial and residential development known as “Dos Lagos.” (the “***Property***”). The Debtors have filed a motion to sell the Property, which is set to be heard on November 5, 2026 (the “***Sale Hearing***”).

**B.** ***Fu Bang Group Corp, USA v. Lang Zhang et al. Adversary Proceeding***

The Debtor has commenced an adversary proceeding (Case No. 25-ap-01132, the “***Adversary***”) against Lang Zhang and a number of related entities (the “***Lang Zhang Defendants***”) that have asserted claims and liens against Fu Bang and its real property (the “***Lang Zhang Claims***”). The Debtor has contested the amounts of certain of the Lang Zhang Claims and has challenged all of the liens alleged by the Lang Zhang Claims, asking the Court to set them aside.

Fu Bang’s counsel continues to engage with counsel to the Lang Zhang Defendants to resolve the Adversary and is hopeful that the Adversary can be resolved prior to the Sale Hearing.

**C.** ***Subordination of Mingxia Lu Judgment Creditors***

Eleven judgment creditors (Minxia Lu *et al*., the “***Minxia Lu Judgment Creditors***”) filed Proof of Claim No. 6 asserting a secured claim of $7,061,487.67 in the Property. Debtor Fu Bang is preparing an adversary action to subordinate the claims of the Minxia Lu Judgment Creditors pursuant to Section 510(b) of the Bankruptcy Code.

Dated: October 19, 2026 **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By *_/s/ Derrick Talerico_*
Derrick Talerico
Counsel to Fu Bang Group Corp, USA, and
Dos Lagos Center 2, LLC,
Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Debtors' chapter 11 Status Report – October 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun (via Personal Delivery)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 20, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Defendants Central Trading Corp., RDD Freight International (LA) Inc., SZ Properties LLC, Sierra Home Material Trade Inc., U.S. Discount Center Corp. and Lang Zhang: **Paul A Beck**: pab@pablaw.org; raychael@pablaw.org
- Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company: **David B Golubchik**: dbg@lnbyg.com
- Attorneys for Creditors Cheukhing Lau, Cong Liu, Dabao Guan, Guangquan Liang, Haifeng Zhang, Haochang Huant, Lijuan Ye, Lin Li, Mingxia Lu, Saiying Xiao, and Yiyi Liang: **Siyao Lin**: lin.silvacy@gmail.com
- Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- Attorneys for Creditor Na Jiang: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- Interested Party/Courtesy NEF: **Xinyuan Zhang**: echozhang@shanzepartners.com; leowang@shanzepartners.com; siyunli@shanzepartners.com
- On behalf of the U.S. Trustee (RS): **Abram Feuerstein, Ali Matin**: abram.s.feuerstein@usdoj.gov; ali.matin@usdoj.gov
- US Trustee's Office (RS): ustpregion16.rs.ecf@usdoj.gov